UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY STEARNS, *et al.*,

    *Plaintiffs*,

v.

THE ISLAMIC REPUBLIC OF IRAN

    *Defendant.*

Case No. 1:17-cv-131-RCL

## FINDING OF LIABILITY

For the reasons stated in the Court's Memorandum Opinion, issued on September 27, 2022 and unsealed on October 3, 2022, the Court hereby **GRANTS** the plaintiffs' Motion for Default Judgment and holds as follows:

1. As to Count I, defendant the Islamic Republic of Iran ("Iran") is **LIABLE** to plaintiff Michael Lucas.

2. As to Count III, defendant Iran is **LIABLE** to plaintiff Michael Lucas.

**IT IS SO ORDERED.**

SIGNED this \_\_4th\_\_ day of August, 2023

Royce C. Lamberth
United States District Judge