UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------x

SHIRLEY STEARNS, *et al.*,                          :
                                                    :
                    Plaintiffs,                     :    **Case No.: 17-cv-131 (RCL)**
                                                    :    **FILED UNDER SEAL**
-against-                                           :
                                                    :
ISLAMIC REPUBLIC OF IRAN,                           :
                                                    :
                    Defendant.                      :
------------------------------------------------------------------------x

## SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING DAMAGES FOR <u>17 PLAINTIFFS IDENTIFIED IN THE COURT'S OCTOBER 3, 2022, ORDER</u>

## TABLE OF CONTENTS

INTRODUCTION ..................................................................................................................... 1

I.    PROCEDURAL BACKGROUND ................................................................................. 1

II.   CATEGORIES OF CLAIMS ......................................................................................... 1

III.  THE 17 PLAINTIFFS' INJURIES ................................................................................ 3

   a.   The May 6, 2007, Attack – Baghdad ....................................................................... 4

      1.   Solatium Claims Brought by SPC Dixon's Family Members ................................. 5

         i.    Logan Rice ....................................................................................................... 6

         ii.   Michael Rice .................................................................................................... 9

         iii.  David Dixon ................................................................................................... 11

         iv.   Daniel Austin Dixon ...................................................................................... 13

         v.    Gretchen Lang ................................................................................................ 15

   b.   July 15, 2011, Attack – Basra ................................................................................ 18

      1.   Solatium Claim Brought by SPC Elliott's Family Member ................................. 18

         i.    Ed Elliott ........................................................................................................ 18

   c.   April 8, 2008, Attack – Kharguliah ....................................................................... 20

      1.   Solatium Claims Brought by SSG Hartley's Family Members ............................. 21

         i.    David Hartley ................................................................................................. 21

         ii.   Kaylie Hartley ................................................................................................ 24

         iii.  Lisa Duncan ................................................................................................... 27

   d.   January 6, 2008, Attack – Baghdad ....................................................................... 29

      1.   Solatium Claim Brought by CPL Gudridge's Family Member ............................. 30

         i.    Judy Hoffman ................................................................................................. 30

   e.   The October 22, 2006, Attack – Baghdad ............................................................. 33

      1.    Solatium Claims Brought by SGT Mock's Family Members ................................... 34

          i.    Michael Mock .................................................................................. 34

          ii.    Tammy Dorsey ................................................................................ 37

          iii.   Eric Phye ......................................................................................... 41

  f.    April 7, 2008, Attack – Baghdad .......................................................................... 44

      1.    Solatium Claim Brought by SGT Smith's Family Member ...................................... 44

          i.    Thomas Smith ................................................................................. 45

  g.   May 6, 2007, Attack – Baghdad ........................................................................... 47

      1.    Solatium Claim Brought by SSG Martinez's Family Member ................................. 48

          i.    Kimberlee Austin-Oliver ............................................................... 48

  h.   January 22, 2007, Attack – Baghdad .................................................................... 51

      1.    Solatium Claim Brought by SPC Stout's Family Member ...................................... 52

          i.    Adam Stout ..................................................................................... 52

  i.    January 20, 2007, Attack – Karbala ..................................................................... 55

      1.    Solatium Claim Brought by PFC Falter's Family Member ...................................... 56

          i.    Michael Lucas ................................................................................ 56

CONCLUSION ................................................................................................................. 60

# <u>TABLE OF AUTHORITIES</u>

**Cases**

*Cabrera v. Islamic Republic of Iran*,
No. CV 18-2065 (JDB), 2022 WL 2817730 (D.D.C. July 19, 2022) ........................................ 6

*Elahi v. Islamic Republic of Iran*,
124 F. Supp. 2d 97 (D.D.C. 2000) ............................................................................................. 2

*Estate of Brown v. Islamic Republic of Iran*,
872 F. Supp. 2d 37 (D.D.C. 2012) ............................................................................................. 3

*Flanagan v. Islamic Republic of Iran*,
87 F. Supp. 3d 93 (D.D.C. 2015) .............................................................................................. 35

*Fritz v. Islamic Republic of Iran*,
320 F. Supp. 3d 48 (D.D.C. 2018) ............................................................................................ 53

*Fritz v. Islamic Republic of Iran*,
324 F. Supp. 3d 54 (D.D.C. 2018) ....................................................................... 26, 35, 54, 55

*Fritz v. Islamic Republic of Iran*,
No. 15-cv-456 (RDM), 2018 WL 5046229 (D.D.C. Aug. 13, 2018) ................................. 36, 54

*Heiser v. Islamic Republic of Iran*,
466 F. Supp. 2d 229 (D.D.C. 2006) ........................................................................................... 3

*In re Terrorist Attacks on September 11, 2001*,
No. 03-MDL-1570(GBD)(FM), 2012 WL 4711407 (S.D.N.Y. Oct. 3, 2012) ........................ 36

*Karcher v. Islamic Republic of Iran*,
396 F. Supp. 3d 12 (D.D.C. 2019) ............................................................................................ 54

*Lee v. Islamic Republic of Iran*,
518 F. Supp. 3d 475 (D.D.C. 2021) .......................................................................................... 54

*Murphy v. Islamic Republic of Iran*,
740 F. Supp. 2d 51 (D.D.C. 2010) ............................................................................................. 3

*Oveissi v. Islamic Republic of Iran*,
768 F. Supp. 2d 16 (D.D.C. 2011) ............................................................................................. 3

*Peterson v. Islamic Republic of Iran*,
515 F. Supp. 2d 25 (D.D.C. 2007) ....................................................................................... 3, 26

*Smith ex rel. Smith v. Islamic Emirate of Afghanistan*,
  262 F. Supp. 2d 217 (S.D.N.Y. 2003), *amended*, 2003 WL 23324214 (S.D.N.Y. May 19,
  2003) ............................................................................................................................... 2

*Stearns v. Islamic Republic of Iran*,
  Case No. 1:17-cv-131-RCL, 2022 WL 4764905 (D.D.C. Oct. 3, 2022) .......................... *passim*

*Valore v. Islamic Republic of Iran*,
  700 F. Supp. 2d 52 (D.D.C. 2010) ............................................................................ 3

**Statutes**

28 U.S.C. § 1605A(a)(2)(A)(ii)(I) ........................................................................... *passim*

28 U.S.C. § 1605A(c) ........................................................................................... *passim*

## INTRODUCTION

The Special Master submits his Report and Recommendations Regarding Damages as to the injuries sustained by 17 of the 229 Plaintiffs for whom the Court granted default judgment against Defendant, Islamic Republic of Iran, in its October 3, 2022, Order, 2022 WL 4764905 (D.D.C. Oct. 3, 2022).

## I.    PROCEDURAL BACKGROUND

Plaintiffs filed their first Proposed Findings of Fact and Conclusions of Law in Support of their Motion for Default Judgment on December 30, 2021, in which they requested default judgment for Plaintiffs injured in 61 attacks. ECF No. 35. The Court granted default judgment in favor of those Plaintiffs on October 3, 2022. ECF No. 47.

On January 13, 2023, Plaintiffs moved to appoint me as Special Master to make a report and recommendation for the compensatory damages claims of the 229 Plaintiffs implicated in the Court's Order granting default judgment, ECF No. 50, which the Court granted on February 21, 2023, ECF No. 52.

## II.    CATEGORIES OF CLAIMS

Plaintiffs have brought three categories of claims which are typically adjudicated within the framework for damages in Foreign Sovereign Immunities Act ("FSIA") cases developed and utilized frequently in this District:

**(i)    Economic loss claims**: The representatives of a number of estates seek compensation for economic losses in the form of lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c) ("damages may include economic damages"). To support these claims for economic losses, Plaintiffs have submitted reports prepared by L. Wayne Plumly, Jr., Ph.D.

1

Dr. Plumly served as Professor of Economics at Langdale College of Business at Valdosta State University in Valdosta, Georgia, until 2005, and as Dean until 2020. He has previously provided expert reports regarding economic losses in terrorism cases which were adopted by courts, including in *Relvas v. Islamic Republic of Iran*, No. 14-cv-01752 (RCL) (D.D.C. Feb. 28, 2018), ECF No. 83 (accepting economic claims calculated by Dr. Plumly and adopting reports and recommendations found at ECF Nos. 50-52, 55-56, 62-63, 65, 71-72, 77) and *John Doe A-1 to A-49 v. Democratic People's Republic of Korea*, No. 18-cv-00252 (DLF) (D.D.C. Feb. 24, 2021), ECF No. 108.

(ii)    **Conscious pain and suffering claims**: The representatives of a number of estates also seek conscious pain and suffering claims. Courts have awarded $1 million to victims who experienced conscious pain and suffering for seconds before their deaths. In *Smith ex rel. Smith v. Islamic Emirate of Afghanistan*, 262 F. Supp. 2d 217, 234 (S.D.N.Y. 2003), *amended*, 2003 WL 23324214 (S.D.N.Y. May 19, 2003), a plaintiff who worked in the South Tower of the World Trade Center was told to leave his office after a plane struck the North Tower. His office was on the 97th floor, and the second plane that struck his building did so between the 73rd and 82nd floors, creating the possibility – although uncertain – that he experienced pain and suffering while descending the staircase when the second plane hit his building. The court awarded the victim $1 million. The court in *Elahi v. Islamic Republic of Iran*, 124 F. Supp. 2d 97, 113 (D.D.C. 2000), also awarded a plaintiff who struggled with his assassin for thirty seconds before being shot and killed $1 million.

(iii)    **Solatium claims**: Courts have established baseline solatium awards for family members of victims who died as a result of terrorist attacks: The spouses of deceased victims typically receive $8 million; their parents receive $5 million; their siblings receive $2.5 million;

and their children receive $5 million. *See Peterson v. Islamic Republic of Iran* ("*Peterson II*"), 515 F. Supp. 2d 25, 52 (D.D.C. 2007); *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 85 (D.D.C. 2010); *Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229, 269 (D.D.C. 2006). Courts in this District have also established baseline solatium awards for family members of victims who survived terrorist attacks: Spouses receive $4 million, parents and children receive $2.5 million, and siblings receive $1.25 million. *See Peterson II*, 515 F. Supp. 2d at 52.

These baseline awards are "not set in stone," *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010), and may be adjusted based on "an especially close relationship between the plaintiff and decedent, particularly in comparison to the normal interactions to be expected given the familial relationship; medical proof of severe pain, grief or suffering on behalf of the claimant; and circumstances surrounding the terrorist attack which made the suffering particularly more acute or agonizing." *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 26-27 (D.D.C. 2011). *See also Estate of Brown v. Islamic Republic of Iran*, 872 F. Supp. 2d 37, 43-44 (D.D.C. 2012) (awarding 20% upward departure to victim's sister who "suffered a 'nervous breakdown' following Anthony's death for which she sought medical treatment and was prescribed medication for approximately one year") (citing special master report and recommendation).

## III.    THE 17 PLAINTIFFS' INJURIES

The following describes the nine attacks for which this Court found Iran liable, the injuries Plaintiffs sustained, and their ensuing claims.  Plaintiffs have requested the typical baseline awards granted for 14 of the 17 solatium claims, and have requested upward departures for three Plaintiffs.

a.      The May 6, 2007, Attack – Baghdad

On May 6, 2007, Specialist ("SPC") Robert Dixon was the gunner in the lead vehicle of a five-vehicle patrol, traveling north along Route Jackson in Baghdad when a multi-array explosive struck the right side of his vehicle, causing him to suffer a fatal abdominal wound. SPC Dixon's casualty report confirms that he was killed in the attack. *See* 2022 WL 4764905, at *20. The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for SPC Dixon's death in the May 6, 2007, attack was an Explosively Formed Penetrator ("EFP") "traceable to Iran and its proxies," and found Iran responsible for the attack "by supporting proxy forces who conducted the attack." *Id.*

SPC Dixon's two sons, Logan Rice and Michael Rice[1]; two brothers, David Dixon and Daniel Dixon; and sister, Gretchen Lang, are Plaintiffs in this case. *See* Amended Complaint ("AC"), ECF No. 14, ¶¶ 679-90. The following chart reflects the claims asserted by each of the Plaintiffs injured in the May 6, 2007, attack, as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the Declaration of Dina Gielchinsky ("Gielchinsky Declaration").[2]

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|-----------|-------------------------------|-------------------|----------|---------|
| Logan Rice | SPC Dixon's son | Solatium claim $5 million | Copy of Logan Rice's birth certificate | A |
| | | | Declaration of Logan Rice, dated March 17, 2023 | B |
| Michael Rice | SPC Dixon's son | Solatium claim $5 million | Copy of Michael Rice's birth certificate | C |
| | | | Declaration of Michael Rice, dated March 17, 2023 | D |

---

[1]      Logan Rice and Michael Rice were minors when this case was filed, and were listed as "LR" and "MR" in the complaints. They have since turned 18.

[2]      Because of how voluminous the exhibits to the Gielchinsky Declaration are, Plaintiffs provided me with a link to them, and have indicated that they will provide the Court with the same materials.

| David Dixon | SPC Dixon's brother | Solatium claim $2.5 million | Copy of David Dixon's birth certificate | E |
| | | | Declaration of David Dixon, dated June 10, 2020 | F |
| | | | Declaration of Daniel Allan Dixon, dated August 2, 2019, submitted in *Karcher v. Islamic Republic of Iran*, No. 16-cv-232 | G |
| Daniel A. Dixon | SPC Dixon's brother | Solatium claim $2.5 million | Copy of Daniel A. Dixon's birth certificate | H |
| | | | Copy of Daniel A. Dixon's court order of name change | I |
| | | | Declaration of Daniel Austin Dixon, dated May 19, 2020 | J |
| | | | Declaration of Daniel Allan Dixon, dated August 2, 2019, submitted in *Karcher v. Islamic Republic of Iran*, No. 16-cv-232 | G |
| Gretchen Lang | SPC Dixon's sister | Solatium claim $2.5 million | Copy of Gretchen Lang's birth certificate | K |
| | | | Declaration of Gretchen Lang, dated June 19, 2020 | L |
| | | | Declaration of Daniel Allan Dixon, dated August 2, 2019, submitted in *Karcher v. Islamic Republic of Iran*, No. 16-cv-232 | G |

**1.    Solatium Claims Brought by SPC Dixon's Family Members**

SPC Dixon was fostered by his parents, who also fostered Daniel Dixon.[3] SPC Dixon was about eight years old when he entered their home,[4] and Daniel entered their home about two years later, at the age of 11.[5] Courts in this District award foster relatives the same amounts awarded to biological relatives when they comprise the "functional equivalents" of immediate family. *See Cabrera v. Islamic Republic of Iran*, No. CV 18-2065 (JDB), 2022 WL 2817730, at *42 n.33 (D.D.C. July 19, 2022), *adhered to*, 2023 WL 1975091 (D.D.C. Jan. 27, 2023). The decedent's foster father in *Cabrera* met the decedent when he was 11; his foster sister was 13 when he moved into their family home; and his foster brother was 17. *See id.* at **42 n.33 and 52. The court awarded the baseline amount of $2.5 million to the siblings. *See id.* at *53.[6] Based on the evidence, I conclude that SPC Dixon's siblings constitute the "functional equivalent" of immediate family members.

### i.  Logan Rice[7]

---

[3]    *See* Ex. F, Declaration of David Dixon, dated June 10, 2020, ¶ 5. SPC Dixon's father submitted a declaration in *Karcher v. Islamic Republic of Iran*, No. 16-cv-232, in which he described how, in 1992, he and his wife "did a 'fos/dop' of Bobby and Danny. That means we took full responsibility of them but did not formally adopt them. We did that because when kids are formally adopted, it's harder for them to go back and find their parents. Ilene wanted that to be an option for them." Ex. G, Declaration of Daniel Allan Dixon, dated August 2, 2019, ¶ 12.

[4]    *See* Ex. F, Declaration of David Dixon, ¶ 5.

[5]    *See* Ex. J, Declaration of Daniel Austin Dixon, dated May 19, 2020, ¶ 5.

[6]    The court awarded only $4 million (instead of the baseline $5 million) to the decedent's father, but not because of his status as a foster father. Rather, the court found that the decedent's father was the "functional equivalent" of a father, *see id.* at *42 n.33, but determined that since the father "likely was at least in his sixties" when his son died, "the amount of time Robert must suffer with this loss is comparatively less than the suffering of other family-member victims." *Id.* at *51. The propriety of that conclusion has no import here.

[7]    Logan Rice's declaration and birth certificate confirm that he is a U.S. citizen, and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. A, birth certificate; Ex. B, Declaration of Logan Rice, dated March 17, 2023, ¶ 1.

Logan Rice was three and a half years old when his father died,[8] and his primary memory of SPC Dixon is from his funeral.[9] He described feeling like he has a "crack or a hole" in his life because his father is gone.[10] His mother, who had divorced his father three years before the attack, remarried a man with whom he does not always get along.[11]

Logan recounted the times he has wished his father were with him, and there are many: his elementary school's "Donuts for Dads" program,[12] his birthdays,[13] learning how to ride a bike,[14] hunting,[15] playing football,[16] running track,[17] having his first girlfriend,[18] learning how to drive,[19] graduations,[20] getting his first job[21] - the list goes on.[22] His friends' fathers and his own grandfather

---

[8] *See id.*, ¶ 4.

[9] *See id.*

[10] *Id.*, ¶ 5.

[11] *See id.*, ¶¶ 2, 12.

[12] *See id.*, ¶ 7.

[13] *See id.*, ¶ 8.

[14] *See id.*, ¶ 9.

[15] *See id.*, ¶ 10.

[16] *See id.*

[17] *See id.*, ¶ 11.

[18] *See id.*, ¶ 12.

[19] *See id.*

[20] *See id.*, ¶¶ 16, 18.

[21] *See id.*, ¶ 17.

[22] *See id.*, ¶¶ 9, 30.

have stepped in, but they are not the same.[23] Not having SPC Dixon around used to make Logan "sad and angry," and even as an adult, it still does.[24]

When Logan was in eighth grade, he decided he would track down some of SPC Dixon's Army friends, but did not know where to start. He Googled his father, and was gratified to find pictures of him online. Logan observed that they look alike, which made him both happy and sad.[25] He persisted in trying to find names of the other soldiers who served with SPC Dixon and was unsuccessful until just a year ago, when someone contacted him to ask "if I was Robert Dixon's kid."[26] It turned out to be a member of SPC Dixon's squad, who connected Logan to another 10 to 15 soldiers.[27] They had group conversations online, and one soldier told Logan that "[t]here isn't a single person in this chat who didn't love your dad."[28] Through them, Logan discovered that his father loved sportscars, which Logan loves too.[29] SPC Dixon was a track star in high school, and Logan ran in high school as well.[30] Logan also learned from the medic that treated SPC Dixon after the attack that he was too injured to be air evacuated, and that his last words were instructions to tell his wife and children that he loved them.[31] Logan was given pictures of the vehicle SPC

---

[23]    *See id.*, ¶¶ 7, 9.

[24]    *Id.*, ¶ 12.

[25]    *See id.*, ¶ 19.

[26]    *Id.*, ¶ 20.

[27]    *See id.*, ¶ 20.

[28]    *Id.*, ¶ 21.

[29]    *See id.*, ¶ 24.

[30]    *See id.*, ¶ 11.

[31]    *See id.*, ¶ 26.

Dixon had been driving, and described how it was "really hard for me to see the damage to his truck."[32]

Logan is grateful for the memories his father's fellow soldiers have shared with him, as well as the stories his mother and grandparents have told him about his father.[33] But he "hate[s]" the reality that he does not have more of his own memories.[34] He wants to keep his father in his life, but "[t]he reality is that I never got to know my Dad, and nothing can change that."[35]

Plaintiffs have requested an award of $5 million for Logan Rice's solatium claim, and I recommend that the Court approve that award.

### ii.    Michael Rice[36]

Michael Rice was two years old when his father died.[37] Like Logan, Michael has also sought out stories about his father from his mother and grandparents, and has learned that SPC Dixon was artistic, just like he is.[38] He described how he wishes he could show his art to his father.[39] Logan has handed him his phone when he is on with the soldiers SPC Dixon served with

---

[32]    *Id.*, ¶ 23.

[33]    *See id.*, ¶¶ 6, 30.

[34]    *Id.*, ¶ 30.

[35]    *Id.*.

[36]    Michael Rice's declaration and birth certificate confirm that he is a U.S. citizen, and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. C, birth certificate; Ex. D, Declaration of Michael Rice, dated March 17, 2023, ¶ 1.

[37]    *See id.*, ¶ 3.

[38]    *See id.*, ¶ 6.

[39]    *See id.*, ¶¶ 7-8.

so that Michael can ask them questions directly. He liked that they told him how "lighthearted" SPC Dixon was because people have also described him using the same term.[40]

Also like Logan, Michael described their school's "Donuts for Dads" program, during which fathers eat donuts with their children for "some nice one-on-one time."[41] Michael was invited by his friend to sit with him and his father, but "[o]f course, it was not the same." [42] During high school, he had a genealogy assignment requiring him to ask his father about his life growing up. Michael stated: "It isn't fair that I could not and never can ask him questions."[43] According to Michael, it is also unfair that his father was not around to teach him how to drive, play baseball, or help him decide on colleges.[44]

Michael described his emotions over his father's death: "anger" at how SPC Dixon died and at the "terrible human beings who killed him,"[45] and "sadness" and "disappointment" at how he does not have his own memories of his father.[46] Not only does he not have a future with his father; he has very little past.[47]

Plaintiffs have requested an award of $5 million for Michael Rice's solatium claim, and I recommend that the Court approve that award.

---

[40]  *See id.*, ¶ 12.

[41]  *Id.*, ¶ 5.

[42]  *Id.*

[43]  *Id.*, ¶ 9.

[44]  *See id.*, ¶¶ 10-11.

[45]  *Id.*, ¶ 15.

[46]  *Id.*, ¶ 16.

[47]  *See id.*, ¶ 16.

### iii.        David Dixon[48]

Born on November 10, 1964,[49] David Dixon was about 24 when SPC Dixon – David called him "Bobby" – was fostered by his parents, followed by Daniel about a year later.[50] David "loved having two younger brothers."[51]

The Dixon family moved to wherever David moved – in the mid-1980s, he moved from Michigan to California, and they moved there too.[52] In about 1990, David moved back to Michigan, and his family followed again.[53] One of David's favorite family memories is pulling his younger brothers on a sled behind his snowmobile in Michigan when they were still in junior high school.[54]

David recalled how he loved watching SPC Dixon's high school football games. He was proud of his "little brother's skills," which did not end with football – SPC Dixon "was an overachiever off the field, too," and David "really admired the drive I saw in him."[55] David described how SPC Dixon could also imitate different actors: "In particular, I remember his impersonation of Jim Carrey was very, very funny."[56]

---

[48]        David Dixon's declaration and birth certificate confirm that he is a U.S. citizen, and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. E, birth certificate; Ex. F, Declaration of David Dixon, dated June 10, 2020, ¶ 1.

[49]        See Ex. E, birth certificate.

[50]        *See* Ex. F, Declaration of David Dixon, ¶ 5.

[51]        *Id.*

[52]        *See id.*

[53]        *See id.*, ¶ 7.

[54]        *See id.*

[55]        *Id.*, ¶¶ 8-9.

[56]        *Id.*, ¶ 10.

11

David got married in 1997 and moved to a nearby city. He and his wife had twins, and SPC Dixon came over to babysit them at least once a week. David was happy his brother had a relationship with his children.[57]

The last time David saw SPC Dixon was at the family's annual Fourth of July gathering in 2006. As many as 70 relatives stayed at David's aunt's house for days each year. David remembered that they would spend hours in the river, and played games like horseshoes and cornhole.[58] SPC Dixon had completed boot camp and attended the gathering. "[E]veryone seemed to want some of his time," so aside from a hug and a brief catch up, David did not get to spend much time with him. David regrets that to this day.[59]

David also regrets yelling at the service members who showed up at his parents' house to tell them SPC Dixon had been killed.[60] He explained that he was "very angry that the Army had not prevented what happened to my brother."[61] David remembered crying for hours.[62] At the funeral home, David spoke to SPC Dixon in his head. He asked him why he had to join the military. David described how he was angry, and also devastated: "How could my little brother be gone?"[63] A service at SPC Dixon's high school followed, and David remembered that it was "packed with people."[64] The family then traveled to Minnesota for SPC Dixon's burial and military service.

---

[57]    *See id.*, ¶ 11.

[58]    *See id.*, ¶¶ 13, 14.

[59]    *See id.*, ¶ 14.

[60]    *See id.*, ¶ 16.

[61]    *Id.*

[62]    *See id.*

[63]    *Id.*, ¶ 19.

David relayed how, when he thinks of that time, "my mind becomes flooded with many images. Nearly every part of that period was horrible for me and difficult for me to get through."[65]

Memories of his little brother surface for David when he passes by places he recalls SPC Dixon in, like the high school football field, and also at other random times.[66] He feels deep sadness that he will never see his little brother again. David laments, "I wish I had more time with Bobby. I wish he were here."[67]

Plaintiffs have requested an award of $2.5 million for David Dixon's solatium claim, and I recommend that the Court approve that award.

### iv.    Daniel Austin Dixon[68]

Daniel Dixon was less than two years older than SPC Dixon, and the two were only one grade apart in school.[69] After Daniel joined the Dixon family when he was about 11, he and SPC Dixon shared a bedroom for years, and would talk to each other at night until they fell asleep.[70] Daniel recalled how they did everything together: they were on the same track, football and wrestling team at school, and after school, they went hunting, snowmobiling, and paintballing

---

[64]    *Id.*, ¶ 20.

[65]    *Id.*

[66]    *See id.*, ¶ 22.

[67]    *Id.*, ¶ 23.

[68]    Daniel Austin Dixon's declaration and birth certificate confirm that he is a U.S. citizen, and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. H, birth certificate; Ex. J, Declaration of Daniel Austin Dixon, dated May 19, 2020, ¶ 1.

[69]    *See id.*, ¶ 6.

[70]    *See id.*, ¶¶ 5-6.

together.[71] According to Daniel, SPC Dixon was a "star athlete," as well as a "very good student."[72] They shared an "incredibly close relationship" throughout their lives.[73]

Daniel described how he and his brother "simply liked talking to one another."[74] When Daniel enlisted in the Navy and SPC Dixon enlisted in the Army, they talked to each other and compared trainings, agreeing that SPC Dixon's was more challenging than Daniel's. They e-mailed frequently,[75] and stayed in touch when SPC Dixon was deployed to Iraq in February 2007.[76] SPC Dixon lost members of his unit there, and during a phone call with Daniel, he wondered how much longer he could last.[77] Daniel recalled feeling unsettled at that phone call.[78]

Three weeks later, Daniel's father called him at 11:00 p.m. Daniel knew immediately that it was bad news.[79] He described how "[p]art of me had been waiting for that call ever since Bobby and I had had our phone conversation where he'd admitted his fears."[80] Daniel recalled feeling a range of emotions, from "anger" to "deep hurt."[81]

---

[71]    *See id.*, ¶¶ 7-8.

[72]    *Id.*, ¶ 7.

[73]    *Id.*, ¶ 8.

[74]    *Id.*, ¶ 8.

[75]    *See id.*, ¶ 12.

[76]    *See id.*, ¶ 13.

[77]    *See id.*, ¶ 14.

[78]    *See id.*

[79]    *See id.*, ¶ 15.

[80]    *Id.*

[81]    *Id.*

Daniel recalled that when he saw SPC Dixon's body, he thought that his face "was still Bobby's face," and that his brother had gained some weight.[82] He also noted that his brother's left arm was gone.[83]

A service member himself, Daniel explained that he has dealt with his brother's death in a very practical way: "My brother gave his life in the service of our country and this reality is something that each soldier is trained to accept."[84] Nonetheless, Daniel misses talking to his brother, and hunting and fishing together.[85] Daniel recently took up running, and knows that if his brother were still alive, they would be running together.[86] He "always figured that Bobby and I would live near each other," and that their children would be close.[87] If he needed help at his house, SPC Dixon would come over, and vice versa. But those plans "never came to be, and that fact still makes me very sad."[88]

Plaintiffs have requested an award of $2.5 million for Daniel Dixon's solatium claim, and I recommend that the Court approve that award.

> ### v.    Gretchen Lang[89]

---

[82]    *Id.*, ¶ 16.

[83]    *See id.*

[84]    *Id.*, ¶ 17.

[85]    *See id.*, ¶¶ 19, 21.

[86]    *See id.*, ¶ 19.

[87]    *Id.*, ¶ 25.

[88]    *Id.*

[89]    Gretchen Lang's declaration and birth certificate confirm that she is a U.S. citizen, and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. K, birth certificate; Ex. L, Declaration of Gretchen Lang, dated June 19, 2020, ¶ 1.

Gretchen Lang was about 17 years old when SPC Dixon was fostered by her parents.[90] She recalled how he got into trouble during the first year after he was fostered, and then stopped misbehaving. Years later, SPC Dixon told her why: After their parents spoke to SPC Dixon about his behavior, he responded that typically, when he behaved poorly, his foster family would give him away. Their mother told him that he was not going anywhere. Gretchen felt that that moment was the first time SPC Dixon knew he belonged to a family.[91]

Gretchen described how SPC Dixon was clearly a very athletic child even before he started high school, but when he joined the track and football teams in high school, he excelled. She "especially enjoyed attending Bobby's football games" because of how the fans in the stands would stand up, ready to cheer when he caught the ball – "everyone just knew that Bobby was so fast that no one would catch him."[92] Gretchen relayed how she "always loved my little brother, but when he focused and achieved success on the field, I was really proud of him, too."[93]

Gretchen believes SPC Dixon joined the Army to bring some structure into his life; after high school, he married and divorced, and worked a variety of jobs.[94] They kept in touch, and she recalled a particular phone call from SPC Dixon while he was deployed less than two weeks before his attack. Gretchen answered a call from a number she did not recognize, and heard a cheerful "Hi, Sis!"[95] Gretchen was excited to hear from her brother, and passed the phone to her children

---

[90]    *See* Ex. K, birth certificate; Ex. L, Declaration of Gretchen Lang, ¶ 5.

[91]    *See id.*, ¶ 6.

[92]    *Id.*, ¶ 9.

[93]    *Id.*

[94]    *See id.*, ¶¶ 10-11.

[95]    *Id.*, ¶ 13.

so they could talk to him too. SPC Dixon told her that he had re-enlisted, and she told him she loved him, wished he were home, and that she was praying for him.[96]

Gretchen recalled pleading "[d]on't let this be Bobby[, d]on't let this be Bobby" as she drove home after her father called to tell her she had to go to her parents' house immediately.[97] As soon as she saw the service members, she started "bawling."[98] In the coming days, she experienced her own heartbreak, exacerbated by her parents' suffering.[99] Seeing her brother at the funeral home was "traumatic;" his arm had blown off and she saw an empty sleeve. She also saw that the back of his head had been impacted. Gretchen sobbed while her husband held her hand.[100] She was gratified at the hundreds of people who showed up to her brother's funeral service, but recalled asking herself constantly: "Why did it have to end like this?"[101]

Certain songs remind Gretchen of her brother;[102] hearing "Taps" or bagpipes bring her to tears.[103] Sometimes she recalls SPC Dixon's dimple – "When he was young and got caught doing something he probably shouldn't have done, his dimple got bigger and I couldn't help but smile at it."[104] It brings her some relief to think that her mother, who passed away in 2014, is with her brother in heaven together, enjoying their reunion. "Meanwhile, I miss him here."[105]

---

[96]    *See id.*

[97]    *Id.*, ¶ 14.

[98]    *Id.*, ¶ 15.

[99]    *See id.*, ¶ 17.

[100]    *See id.*, ¶ 19.

[101]    *Id.*, ¶ 20.

[102]    *See id.*, ¶ 27.

[103]    *See id.*, ¶ 28.

[104]    *Id.*, ¶ 22.

[105]    *Id.*, ¶ 29.

Plaintiffs have requested an award of $2.5 million for Gretchen Lang's solatium claim, and I recommend that the Court approve that award.

### b.    July 15, 2011, Attack – Basra

On the morning of July 15, 2011, SPC Daniel Elliott was occupying the gunner position in the lead vehicle of a four-vehicle convoy traveling west on Route Detroit in northern Basra. At approximately 6:40 a.m., SPC Elliott's vehicle was struck by a multi-array explosive emplaced on the right side of the road. SPC Elliott's death certificate confirms that he was killed in the attack. *See* 2022 WL 4764905, at *43. This Court found satisfactory evidence in the record to demonstrate that the explosive used in this attack was "an EFP traceable to Iran and its proxies," and found Iran responsible for the attack "by supporting proxy forces who conducted the attack." *Id.*

The Plaintiff in this case injured as a result of this attack is Ed Elliott, SPC Elliott's father. *See* AC, ¶¶ 1336-41. The following chart reflects the claim asserted by the Plaintiff injured in the July 15, 2011, attack, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Ed Elliott | SPC Elliott's father | Solatium claim $5 million | Copy of Ed Elliott's birth certificate | M |
| | | | Declaration of Ed Elliot, dated September 14, 2020 | N |

### 1.    Solatium Claim Brought by SPC Elliott's Family Member

#### i.    Ed Elliott[106]

---

[106]    Ed Elliott's declaration and birth certificate confirm that he is a U.S. citizen, and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. M, birth certificate; Ex. N, Declaration of Ed Elliott, dated September 14, 2020, ¶ 1.

Ed Elliott called SPC Elliott by his middle name, "Lucas" – "Lucas and I were best friends."[107] He described how they used to hunt and fish together, and how he coached SPC Elliott's football team.[108] Ed "beamed with pride" over his son, "whether I was watching him on the field or shooting a buck."[109] Most of all, Ed loved talking to his son: "I enjoyed teaching him life lessons through love and patience, and he would love to learn."[110]

SPC Elliott was motivated to join the military after the 9/11 attacks. Ed recalled that he was "proud," but scared to death at his son's decision.[111] During his first deployment, Ed sent him deer jerky he had made himself, and French fry seasoning from SPC Elliott's favorite restaurant.[112] SPC Elliott returned home from that deployment "a changed man," according to his father.[113] Ed recalled how he was "jumpy and nervous," "less patient and more irritable."[114] Nevertheless, SPC Elliott volunteered to return to Iraq. Ed described how "[a] piece of me broke when he told me."[115]

SPC Elliott was just a few weeks away from returning home when he was killed. Ed remembered that he was at his hunting club when his other son called to let him know.[116] "I fell to

---

[107] *Id.*, ¶ 5.

[108] *See id.*, ¶¶ 6-7, 9.

[109] *Id.*, ¶ 11.

[110] *Id.*, ¶ 10.

[111] *Id.*, ¶¶ 15-16.

[112] *See id.*, ¶ 17.

[113] *Id.*, ¶ 18.

[114] *Id.*, ¶ 19.

[115] *Id.*, ¶¶ 21, 22.

[116] *See id.*, ¶¶ 24-25.

my knees," Ed stated. "[M]y entire world came crashing down."[117] His friends had to carry him to his truck.[118]

Ed described how he did not know how to live without his son. He did not eat or sleep, and when he did fall asleep, he would dream that his son was calling to him for help but he could not reach him.[119] ██████████████████████████████████ "No amount of time will ever make it better," Ed stated.[121] He thinks of his son every second, and is "sad all the time."[122] "Each day is as hard for me as the day Lucas was killed."[123]

Plaintiffs have requested an award of $5 million for Ed Elliott's solatium claim, and I recommend that the Court approve that award.

### c.    April 8, 2008, Attack – Kharguliah

On April 8, 2008, Staff Sergeant ("SSG") Jeffery Hartley was riding in the lead vehicle of a four-vehicle convoy traveling east in Kharguliah from Forward Operating Base ("FOB") Rustamiyah to FOB Hammer. At approximately 8:30 p.m. local time, SSG Hartley's vehicle was struck by a multi-array explosive disguised within a burlap sack and placed just off the side of the road. SSG Hartley's casualty report confirms that he was killed in the attack. *See* 2022 WL 4764905, at *38. The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for SSG Hartley's death was an "EFP traceable to Iran and its proxies," and

---

[117]    *Id.*, ¶ 26.

[118]    *See id.*, ¶ 27.

[119]    *See id.*, ¶¶ 29-31.

[120]    *See id.*, ¶ 32.

[121]    *Id.*, ¶ 31.

[122]    *Id.*, ¶¶ 34, 40.

[123]    *Id.*, ¶ 40.

found Iran responsible for the April 8, 2008, EFP attack "by supporting proxy forces who conducted this attack." *Id.*, at *39.

Plaintiffs in this case injured as a result of this attack include David Wayne Hartley, SSG Hartley's brother; Kaylie Hartley, SSG Hartley's half-sister; and Lisa Duncan, SSG Hartley's sister. *See* AC, ¶¶ 1097-1104.

The following chart reflects the claims asserted by each of the Plaintiffs injured in the April 8, 2008, attack, as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| David Wayne Hartley | SSG Hartley's brother | Solatium claim $2.5 million | Copy of David Wayne Hartley's birth certificate | O |
| | | | Declaration of David Hartley, Jr., dated June 19, 2020 | P |
| Kaylie Hartley | SSG Hartley's half-sister | Solatium claim $2.5 million | Copy of Kaylie Hartley's birth certificate | Q |
| | | | Declaration of Kaylie Hartley, dated May 25, 2021 | R |
| Lisa Duncan | SSG Hartley's sister | Solatium claim $2.5 million | Lisa Duncan's birth certificate | S |
| | | | Declaration of Lisa Duncan, dated April 20, 2020 | T |

### 1.    Solatium Claims Brought by SSG Hartley's Family Members

#### i.    David Hartley[124]

---

[124]    David Hartley's birth certificate and declaration confirm that he is a U.S. citizen, and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. O, birth certificate; Ex. P, Declaration of David Hartley, Jr., dated June 19, 2020, ¶ 1.

David Hartley was two years younger than SSG Hartley,[125] and described how they were "sandwiched" by an older and younger sister.[126] Their "brotherly bond" started early; they slept in the same bedroom throughout most of their childhood and into their high school years.[127] David recalled how they would sneak out of their bedroom and play hide and seek while wearing their father's SWAT fatigues.[128] David described how they did everything together, including playing video games and basketball. He remembered that SSG Hartley let him tag along with his friends, even when he was in middle school and SSG Hartley was in high school.[129]

According to David, the "drive to serve" ran in SSG Hartley's blood.[130] SSG Hartley was patriotic, and "always wanted to be the best he could be."[131] David followed in his brother's footsteps and enlisted after graduation. His older brother gave him advice on how to endure training, without which David is not sure he would have passed.[132] SSG Hartley complimented David on his uniform the first time he saw him wearing it, but was quick to point out that his own uniform bore a lot more awards.[133]

---

[125]    *See* Ex. O, birth certificate; Ex. P, Declaration of David Hartley, Jr., ¶ 2.

[126]    *See id.*, ¶¶ 5-6.

[127]    *Id.*, ¶¶ 6, 8.

[128]    *See id.*, ¶ 8.

[129]    *See id.*, ¶ 7.

[130]    *Id.*, ¶ 9.

[131]    *Id.*

[132]    *See id.*, ¶ 11.

[133]    *See id.*, ¶ 12.

In 2005, the brothers were stationed together in Fort Benning. David called that period "a great time in our lives."[134] David was deployed in 2006 with some of the same men that had served with SSG Hartley, and remembered thinking that he was truly following in his brother's footsteps.[135] After that deployment, they were stationed at Fort Benning together again. David recalled riding horses with his brother at a nearby ranch.[136] SSG Hartley deployed again in 2007, and despite the time difference – David was living in Korea – they spoke often. They also messaged each other and stayed connected through Myspace.[137]

David described how he felt like he "had been hit with a ton of bricks" when he found out SSG Hartley had been killed; "my heart felt like it had been crushed."[138] He recalled thinking that it should have been him who died: "How could it be that this guy, the master of so many crafts, the person who taught me so much, was gone?"[139] ██████████████████ He lost his job and hit rock-bottom.[140]

David found a way to move forward with his life in a way that honors his brother. He joined the Texas National Guard and trains his troops the way he thinks SSG Hartley would have done. He asks himself what SSG Hartley would have done in a particular situation, and sometimes he actually asks his brother. Then he has to "deal with the fact that I cannot hear his response and find

---

[134]   *Id.*, ¶ 13.

[135]   *See id.*, ¶ 14.

[136]   *See id.*, ¶ 15.

[137]   *See id.*, ¶¶ 15-16.

[138]   *Id.*, ¶ 18.

[139]   *Id.*, ¶ 21.

[140]   *See id.*, ¶ 22.

out how he might guide me," which "adds to my sadness."[141] He wonders if his brother is proud of him.[142]

David drives a truck that belonged to SSG Hartley. It makes him feel like his brother is riding shotgun, and he is amused whenever it has some kind of mechanical issue – "I feel like Jeffery is messing with me in some way."[143] No matter the state of the truck's disrepair, David has pledged that he will never replace it: "That truck, like everything about Jeffery, will stay with me and my family."[144]

Plaintiffs have requested an award of $2.5 million for David Hartley's solatium claim, and I recommend that the Court approve that award.

### ii.    Kaylie Hartley[145]

Kaylie Hartley described how she and SSG Hartley shared a father who married her mother in 1986, when SSG Hartley was about three.[146] Kaylie was born to them on June 23, 1988;[147] SSG Hartley was five years older than she was.[148] Her mother already had a son named Jeremy during her previous marriage.[149] While her parents were married, they lived together as a large family

---

[141]    *Id.*, ¶ 24.

[142]    *See id.*

[143]    *Id.*, ¶¶ 26-28.

[144]    *Id.*, ¶ 27.

[145]    Kaylie Hartley's birth certificate and declaration confirm that she is a U.S. citizen, and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. Q, birth certificate; Ex. R, Declaration of Kaylie Hartley, dated May 25, 2021, ¶ 1.

[146]    *See id.*, ¶¶ 2, 5.

[147]    *See* Ex. Q, birth certificate.

[148]    *See* Ex. R, Declaration of Kaylie Hartley, ¶ 5.

[149]    *See id.*

with five children. After her parents divorced in 1996, she and Jeremy lived with their mother, and SSG Hartley, David, and Lisa lived with her father about 25 minutes away. Kaylie spent every other weekend at her father's house, alternating holidays, and much of the summer.[150]

Kaylie remembered those summers fondly: "we spent hours and hours fishing and watching home movies on VHS tapes together."[151] A self-described "tomboy," she recalled playing "war" with SSG Hartley, and having water balloon fights.[152] One summer, SSG Hartley had a goal to gain weight so he could play on his varsity football team. Kaylie remembered her grandmother spending weeks feeding him and "fattening Jeffery up."[153] She was successful, and SSG Hartley made the team.[154]

Kaylie recalled how she and her siblings often said that SSG Hartley "represented the best in all of us."[155] If they were angry at their parents or each other, he helped them resolve the situation. According to Kaylie, SSG Hartley was the glue that held them together.[156] SSG Hartley reciprocated the admiration, often telling Kaylie: "You're gonna do better than all of us."[157]

Kaylie's teenage years were tumultuous. When she was 16, her mother moved four hours away and did not help her maintain a relationship with her father. When she turned 18, her mother left her to move to North Carolina. Kaylie could have moved in with her father, but had

---

[150]     *See id.*, ¶¶ 6-7.

[151]     *Id.*, ¶ 7.

[152]     *See id.*, ¶¶ 9-10.

[153]     *Id.*, 12.

[154]     *See id.*

[155]     *Id.*, ¶ 11.

[156]     *See id.*

[157]     *Id.*, ¶ 8.

experienced problems with the teenagers who lived in his neighborhood, so she moved in with a friend. She laments losing time with her father, and not being able to see SSG Hartley as much as possible before he redeployed in 2007.[158] She was able to travel home for the summer in 2006, which was the last time she saw her older brother. She described them laughing together as he walked around in a cowboy hat, shirtless and covered in oil, hoping to get a tan. They warned him that he would get a sunburn, which he did: "like a hot dog."[159]

Kaylie's mother called her to tell her that her older brother had been killed. Kaylie was confused; she thought her mother meant David, who "had always been reckless and a bit of a hot head."[160] Her mother clarified that it was SSG Hartley, and instructed her to go to her aunt's house, who was a doctor. Kaylie recalled "sobbing," and being given a sedative by her aunt.[161] She does not remember anything else until the funeral,[162] when her father would not let her open the casket to see SSG Hartley. Kaylie remembered how distraught she was; it had been such a long time since she had seen her brother, and no one would let her open his casket. "That upsets me to this day."[163] Kaylie described how she is also "overwhelmed by feelings of regret" at not seeing SSG Hartley more, after her mother moved her away from him.[164] She wishes she could turn back the clock.[165]

---

[158]    *See id.*, ¶ 16.

[159]    *Id.*, ¶ 17.

[160]    *Id.*, ¶ 18.

[161]    *Id.*, ¶ 19.

[162]    *See id.*

[163]    *Id.*, ¶ 20.

[164]    *Id.*, ¶¶ 28-29.

[165]    *See id.*, ¶ 29.

Over the years, Kaylie has sought counseling to deal with her brother's death. Her other brother, Jeremy, also died young. When she has rough days, she wishes "I could lean on Jeffery again and ask his perspective about decisions I need to make."[166] In 2020, Kaylie moved in with her father. She helps clean up her brother's gravesite by weeding the area and mowing the grass. She and her father placed a wind chime at the gravesite where SSG Hartley can hear it. They raise and lower the American flag there.[167]

The foregoing demonstrates that Kaylie has satisfied the "functional equivalent" test required for half-siblings to recover solatium damages. *See Fritz v. Islamic Republic of Iran*, 324 F. Supp. 3d 54, 63 (D.D.C. 2018) ("Accordingly, '[s]iblings of half-blood … are presumed to recover as a full-sibling would.'") (citing *Peterson II*, 515 F. Supp. 2d at 52). Plaintiffs have requested an award of $2.5 million for Kaylie Hartley's solatium claim, and I recommend that the Court approve that award.

### iii.    Lisa Duncan[168]

Lisa Duncan was three when SSG Hartley was born.[169] She described herself, SSG Hartley, and their brother David as a "trio."[170] Their personalities were different, but they were "very

---

[166]    *Id.*, ¶ 27.

[167]    *See id.*, ¶ 25.

[168]    Lisa Duncan's declaration and birth certificate confirm that she is a U.S. citizen, and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. S, birth certificate; Ex. T, Declaration of Lisa Duncan, dated April 20, 2020, ¶ 1.

[169]    *See id.*, ¶ 5.

[170]    *Id.*, ¶ 27.

close."[171] Lisa recalled how impressed she was with SSG Hartley's determination – he was injured playing football every year, but that did not stop him from playing.[172]

Lisa remembered that SSG Hartley began talking about joining the military during his junior year of high school. She was not surprised; she knew he "wanted to be challenged and achieve results."[173] They kept in touch during his deployments via e-mail, Myspace, and letters.[174] During one of SSG Hartley's leaves from Iraq, the two of them drove half a day to visit their grandparents in Mississippi. They listened to a comedian as they drove, and Lisa remembered "lots of laughing."[175]

Lisa recalled how excited SSG Hartley was to become an uncle when she was pregnant.[176] Indeed, he was a devoted uncle to both of Lisa's sons, and delighted in playing with them. Lisa remembered that she thought of him as their jungle gym.[177] SSG Hartley gifted her older son a huge stuffed Elmo for his first Christmas, which was three times his size. According to Lisa, "Elmo has been re-stuffed multiple times," and her son – now grown – still has it.[178]

---

[171]   *Id.*

[172]   *See id.*, ¶ 7.

[173]   *Id.*, ¶ 9.

[174]   *See id.*, ¶ 11.

[175]   *Id.*, ¶ 14.

[176]   *See id.*, ¶ 12.

[177]   *See id.*, ¶ 13.

[178]   *Id.*, ¶ 24.

Lisa recalled crying for days after finding out that her brother had been killed.[179] She thought she had cried all her tears out, but nonetheless continued to cry.[180] To this day, she cannot hear "Taps" without reacting,[181] and visiting SSG Hartley's gravesite is too painful.[182] She sometimes feels "overwhelmed by my loss," as though "a scab has been ripped off a wound."[183]

Lisa described how her brother's death has changed her: "I have become terrified of losing anyone."[184] She hesitates to let people get close to her because she cannot handle suffering the way she did when she lost her brother. She feels that her "heart is barely held together, as if only by duct tape."[185]

Plaintiffs have requested an award of $2.5 million for Lisa Duncan's solatium claim, and I recommend that the Court approve that award.

### d.    January 6, 2008, Attack – Baghdad

On January 6, 2008, Corporal ("CPL") James D. Gudridge was riding in the lead vehicle of a seven-vehicle convoy during a mounted patrol of the West Rashid neighborhood of Baghdad when a multi-array explosive struck the passenger door of his vehicle. The blast sent multiple slugs through the vehicle, killing CPL Gudridge. CPL Gudridge's casualty report confirms that he died

---

[179]    *See id.*, ¶ 16.

[180]    *See id.*, ¶ 18.

[181]    *See id.*, ¶ 20.

[182]    *See id.*, ¶ 21.

[183]    *Id.*, ¶ 25.

[184]    *Id.*, ¶ 28.

[185]    *Id.*

during the attack. *See* 2022 WL 4764905, at *23.[186] The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for the January 6, 2008, attack was an "EFP traceable to Iran and its proxies," and found Iran responsible for the EFP attack "by supporting proxy forces who conducted this attack." *Id.* at *24.

The Plaintiff in this case injured as a result of this attack is Judy Hoffman, CPL Gudridge's mother. *see* AC, ¶¶ 944-49. The following chart reflects the claim asserted by the Plaintiff injured in the January 6, 2008, attack, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Judy Hoffman | CPL Gudridge's mother | Solatium claim $5 million | Copy of Judy Hoffman's birth certificate | U |
| | | | Declaration of Judy Hoffman, dated December 12, 2020 | V |

### 1.    Solatium Claim Brought by CPL Gudridge's Family Member

#### i.    Judy Hoffman[187]

Judy Hoffman recalled how she "wasn't sure" when her son told her he wanted to join the military.[188] She was not surprised – CPL Gudridge and his two brothers had loved playing Army as children; she remembered them building forts in the woods behind their house.[189] CPL Gudridge

---

[186]    Private First Class ("PFC") Joshua Schichtl and SSG Steve Wadleigh were wounded in this attack and granted default judgment; Plaintiffs will submit evidence of their injuries in a future PFFCL.

[187]    Judy Hoffman's birth certificate and declaration confirm that she is a U.S. citizen, and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. U, birth certificate; Ex. V, Declaration of Judy Hoffman, dated December 12, 2020, ¶ 1.

[188]    *Id.*, ¶ 12.

[189]    *See id.*, ¶¶ 7-8.

had even learned which local vegetation was edible.[190] Judy described how her family would play their own version of "Survivor" in a rustic campsite during the summer, where they went hiking and fishing.[191] Her second husband had served in the military, and CPL Gudridge and his brothers loved to ask him about his service.[192] One Christmas, when CPL Gudridge was around 12 years old, Judy bought her sons Army uniforms and gear. They were "over the moon."[193] Judy ultimately signed the paperwork for her son – "it was what he clearly wanted to do."[194] Even now, she can hear him insisting: "I really wanna do this."[195]

Judy recalled the first time she saw her son in uniform: "I felt tremendous pride in how he looked and felt joy to see how proud he was at his own efforts."[196] Unfortunately, she did not have her camera with her and did not get a picture of the moment, a fact that "haunted" Judy for a long time.[197] Judy recalled how CPL Gudridge would call her from his duty station and begin the conversation with, "Hey Ma, guess what?"[198] She loved hearing what he had to say.[199] Once, she surprised him with a short visit while he was stationed at Fort Stewart in Georgia. CPL Gudridge gave her a tour, which included the "Warriors Walk," an area where he said "his tree" would be

---

[190]  *See id.*, ¶ 8.

[191]  *See id.*, ¶ 6.

[192]  *See id.*, ¶ 11.

[193]  *Id.*, ¶ 7.

[194]  *Id.*, ¶ 12.

[195]  *Id.*

[196]  *Id.*, ¶ 19.

[197]  *Id.*

[198]  *Id.*, ¶ 15.

[199]  *See id.*

planted after he was killed in Iraq.[200] Judy did not want to hear him talk about dying. Looking back, she believes that somehow, her son knew he would not be returning from Iraq.[201]

Judy found out that her son had been killed on the evening of January 6, 2008, after returning from dinner with her husband and his brother and wife.[202] She recalled that they had talked about CPL Gudridge over dinner. He was scheduled to come home on leave just a month or two later; she could not process that he would not be returning.[203] Until CPL Gudridge's body was returned stateside, Judy stopped sleeping and eating.[204] His plane arrived days later, on a "nasty, cold, and wet day."[205] Judy recalled experiencing "an odd sense of calm" when his casket arrived on the tarmac, "as if my body became warm when I saw him."[206] Her son was home, and she told him so.[207] Her family members convinced her that she did not want to see his body, and she relented. To this day, she regrets not opening his casket to see him.[208]

Judy finds it difficult to face her new reality: she had four children, now she has only three.[209] For years, she searched for her son among the uniformed soldiers she saw.[210] She had

---

[200]    *Id.*, ¶¶ 17-18.

[201]    *See id.*, ¶ 18.

[202]    *See id.*, ¶ 20.

[203]    *See id.*

[204]    *See id.*, ¶ 22.

[205]    *Id.*, ¶ 23.

[206]    *Id.,* ¶ 24.

[207]    *See id.*

[208]    *See id.*, ¶ 26.

[209]    *See id.*, ¶ 31.

[210]    *See id.*, ¶ 32.

dreams about him and felt comforted while asleep, but then she would wake up and be confronted with this new reality again.[211]

On her "tough" days, Judy sits and talks to her son.[212] She finally has a photograph of him in uform - during his tree ceremony, Judy saw a photograph of CPL Gudridge and his fellow soldiers at his base, and asked his sergeant for a copy. Judy cropped the others out and added an American flag as a background. She looks at that photo every day, and feels "both pride and sadness."[213] That photo "means the world" to her.[214]

Plaintiffs have requested an award of $5 million for Judy Hoffman's solatium claim, and I recommend that the Court approve that award.

### e.    The October 22, 2006, Attack – Baghdad

On October 22, 2006, Sergeant ("SGT") Willsun Mock was serving as the truck commander for the lead vehicle of a four-vehicle convoy traveling west on Route Florida in Baghdad. At approximately 9:10 a.m., his vehicle was struck by a multi-array explosive which had been placed on the right side of the road. The blast killed SGT Mock. His casualty report confirms that he was killed in the attack. *See* 2022 WL 4764905, at *31. The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for the October 22, 2006, attack was an EFP "traceable to Iran and its proxies," and found Iran responsible for the attack "by supporting proxy forces who conducted the attack." *Id.*

---

[211]    *See id.*, ¶ 31.

[212]    *Id.*, ¶ 35.

[213]    *Id.*, ¶ 39.

[214]    *Id.*

SGT Mock's father, Michael Mock; sister, Tammy Dorsey; and half-brother, Eric Phye, are Plaintiffs in this case. *See* AC, ¶¶ 482-89. The following chart reflects the claims asserted by each of the Plaintiffs injured in the October 22, 2006, attack, as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration. Plaintiffs have requested upward departures for SGT Mock's father and sister.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Michael Mock | SGT Mock's father | Solatium claim $6 million | Copy of Michael Mock's birth certificate | W |
| | | | Declaration of Michael Mock, dated March 3, 2022 | X |
| Tammy Dorsey | SGT Mock's sister | Solatium claim $3 million | Copy of Tammy Dorsey's birth certificate | Y |
| | | | Declaration of Tammy Dorsey, dated August 17, 2021 | Z |
| Eric Phye | SGT Mock's half-brother | Solatium claim $2.5 million | Copy of Eric Phye's birth certificate | AA |
| | | | Declaration of Eric Phye, dated July 8, 2021 | BB |

### 1.    Solatium Claims Brought by SGT Mock's Family Members

#### i.    Michael Mock[215]

Michael Mock served as a member of the U.S. Army during the Vietnam War. He believes that his service is the reason SGT Mock joined the Army, and he was proud of his son.[216] SGT Mock's mother moved with him 70 miles away when he was seven or eight years old, but father and son remained close, seeing each other about twice a month and enjoying hunting and fishing

---

[215]    Michael Mock's declaration and birth certificate confirm that he is a U.S. citizen, and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. W, birth certificate; Ex. X, Declaration of Michael Mock, dated March 3, 2022, ¶ 1.

[216]    *See id.*, ¶¶ 11-12.

together.[217] For about three months before he started his Army service, SGT Mock joined his father at work.[218] SGT Mock "made me laugh," Michael recalled.[219]

Michael detailed his son's service proudly: he was deployed to Germany, where he was awarded "Iron Man of all the Sergeants," and then to Kosovo. He re-enlisted and deployed to Iraq twice.[220] Michael described an encounter they had during one of his son's leaves, where SGT Mock faced him and said, "like father, like son." Michael said right back to him, "like son, like father."[221] Michael remembered the grin on his son's face when they exchanged those words, and he "hold[s] onto that image of him."[222] During that same leave, SGT Mock told his father that if he were to get killed, he would have Michael "covered" financially. Michael told him he did not want his money. He just wanted his son to be okay.[223] To Michael, his son was "a hero of heroes."[224]

Michael was alone when military representatives came to his house to tell him that his "dear son" had been killed.[225] He described how the loss "has broken me."[226] He "hate[s]" that the

---

[217]     *See id.*, ¶ 7.

[218]     *See id.*, ¶ 10.

[219]     *Id.*, ¶ 9.

[220]     *See id.*, ¶ 12.

[221]     *See id.*, ¶ 14.

[222]     *Id.*

[223]     *See id.*, ¶ 15.

[224]     *Id.*, ¶ 24.

[225]     *Id.*, ¶ 17.

[226]     *Id.*, ¶ 27.

relationship is gone, along with the chance to continue hunting and fishing together.[227] It "pains" him to know that his son never got married, never had children, and never bought a home.[228] SGT Mock had planned to "serve our country for a very long time," and he never will.[229]

Michael described how he suffers from severe PTSD from his service in Vietnam; previously, his condition was simply referred to as being "shell-shocked."[230] Michael explained that it feels as though "part of me never came back from Vietnam – I am still in combat as 'Doc,' as I was called back then."[231] The death of his son greatly exacerbated his condition, causing his VA disability rating to increase to 100%.[232] In particular, SGT Mock points to the fact that a book about the October 22, 2006, attack described how his son suffered before dying as the cause of his "intensified … distress and PTSD."[233] Michael's daughter, Tammy Dorsey, described the particular passage, which depicts how SGT Mock had been conscious after the attack, and exclaimed: "You've got to get me back to the aid station! I don't want to die."[234] Michael states that he will never be fine – "[o]f that I am sure."[235] He thinks about his own death, knowing that he will be reunited with his son then.[236]

---

[227]   *Id.*, ¶ 26.

[228]   *Id.*, ¶ 25.

[229]   *Id.*

[230]   *Id.*, ¶ 20.

[231]   *Id.*

[232]   *See id.*, ¶ 20.

[233]   *Id.*, ¶ 22.

[234]   Ex. Z, Declaration of Tammy Dorsey, dated August 17, 2021, ¶ 39.

[235]   Ex. X, Declaration of Michael Mock, ¶ 21.

[236]   *See id.*, ¶ 29.

Plaintiffs have requested an upward departure award of $6 million for Michael Mock's solatium claim, representing a 20% upward departure from the $5 million baseline awarded to parents because of the particularly egregious suffering Michael has endured, knowing that his son suffered before he died. This request is commensurate with the 20% upward departure recommended and adopted in *Fritz v. Islamic Republic of Iran*, No. 15-cv-456 (RDM), 2018 WL 5046229, *7 (D.D.C. Aug. 13, 2018), report and recommendation adopted as modified, 324 F. Supp. 3d 54, 62 (D.D.C. 2018) ("The deaths of Jacob Fritz, Bryan Chism, Shawn Falter, and Ahmed Al-Taie, and the manner in which they occurred, have wrought profound harm to each of these families—emotional, physical, and financial."). *See also Flanagan v. Islamic Republic of Iran*, 87 F. Supp. 3d 93, 118 (D.D.C. 2015) (awarding 25% upward departure for family members of the deceased, due to how "the violent nature in which he died further exacerbated their grief and mental suffering, with several of his family members tortured by the fact that he may have suffered before he died"); *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570(GBD)(FM), 2012 WL 4711407, *2 note 2 (S.D.N.Y. Oct. 3, 2012) (increasing the solatium awards for spouses, parents, siblings, and children of September 11 victims across the board by 56.25%, 70%, 183.33%, and 70%, respectively, on the basis of the "extraordinarily tragic circumstances surrounding the September 11th attacks"). In view of this Plaintiff's service history and severe PTSD, his knowledge of his son's suffering would have had a profound impact upon him, which supports my recommendation that the Court approve a $6 million solatium award for Michael Mock.

ii.        **Tammy Dorsey**[237]

---

[237]    Tammy Dorsey's declaration and birth certificate confirm that she is a U.S. citizen, and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. Y, birth certificate; Ex. Z, Declaration of Tammy Dorsey, dated August 17, 2021, ¶ 1.

Tammy Dorsey was two years old when SGT Mock was born.[238] She remembered that their family was poor, but they had fun. No air conditioning in their home forced them to play outside, where they played dodgeball and football (with rules they made up), and rode bicycles.[239] Tammy often teamed up with SGT Mock during their games, and recalled how often they would lose – she was not athletic, and he was so young. But they had fun, and she "would give anything to go back in time and live those memories again."[240]

Tammy recalled that SGT Mock was "a scrawny kid – shorter than average and thin as a rail."[241] He was bullied as a result in school.[242] He also did not perform well academically. Aside from his dyslexia and difficulties with reading comprehension, SGT Mock worked at a local grocery store to help his family, which took time away from his homework.[243] Still, Tammy remembered how SGT Mock wanted to give to those in need. When he saw the poor condition of her car's tires, he maxed out his credit card to get her new ones.[244] He also refused to join the street gangs prevalent in the area, and instead formed a group with the goal of "look[ing] out for the little guys."[245] That "was part of the fabric who he was."[246]

---

[238]     *See id.*, ¶ 6.

[239]     *See id.*, ¶ 7.

[240]     *Id.*

[241]     *Id.*, ¶ 13.

[242]     *See id.*

[243]     *See id.*, ¶ 12.

[244]     *See id.*, ¶ 10.

[245]     *Id.*, ¶ 14.

[246]     *Id.*

Tammy recalled how her "baby brother" had "hardened a bit" after completing boot camp.[247] After his deployment in Germany and Kosovo, he was "guarded."[248] Tammy could tell he did not want his family to worry about him.[249] Even as SGT Mock traveled for his different duty stations, they remained "incredible close."[250] They wrote letters to each other, and could "pick up where we left off."[251] Tammy recalled feeling like she was "on pins and needles" when her brother deployed to Iraq.[252] He was injured in combat and declined the Purple Heart, insisting that others had sustained more severe injuries.[253] Tammy saw that SGT Mock struggled during both of his deployments to Iraq – he wanted to be with his family and felt challenged by some of the orders he had to take, but he also believed in the goals of the U.S. military and did not want to abandon his men there.[254] Tammy sent him Bible passages that she hoped would comfort him.[255]

Tammy feels "powerful regret" that she forgot to give her brother a goodbye hug the last time she saw him. She remembered thinking that she would give him a hug the next time she saw him.[256] The next time she was given the opportunity was at the funeral home, when she viewed her brother in a casket that was only half open because he had lost his legs in the attack. Tammy

---

[247]   *Id.*, ¶ 18.

[248]   *Id.*, ¶ 20.

[249]   *See id.*

[250]   *Id.*, ¶ 21.

[251]   *Id.*

[252]   *Id.*, 23.

[253]   *See id.*

[254]   *See id.*, ¶¶ 24-25.

[255]   *See id.*, ¶ 26.

[256]   *See id.*, ¶ 27.

did not recognize her brother; "[h]is hair was too short, and his face was puffy."[257] Her mother encouraged her to hold him, but she could not. She regrets it to this day.[258] The "nightmare" her family was experiencing became worse when the military contacted her family six months after the funeral to let them know SGT Mock's legs had been identified. They returned to the gravesite and buried them.[259]

████████████████████████████████████████████

████████████████████████████████ She relies on her faith to get her through until she can see her brother again.[261] She compared losing him to an amputation; part of her is gone and she needs to learn to live without. She called her loss "beyond difficult every day."[262] Tammy's suffering was made worse by the book recently published that described how her brother pleaded with his fellow soldiers to rush him to an aid station.[263] The passage left her "shocked and horrified" at knowing that her brother "had survived for a few hours, long enough to experience the pain and terror of death approaching."[264]

Plaintiffs have requested an award of $3 million for Tammy Dorsey's solatium claim, reflecting a 20% upward departure from the baseline $2.5 million typically awarded to siblings,

---

[257]    *Id.*, ¶ 33.

[258]    *See id.*

[259]    *See id.*, ¶ 37.

[260]    *See id.*, ¶ 45.

[261]    *See id.*, ¶ 47.

[262]    *Id.*, ¶ 48.

[263]    *See id.*, ¶ 39.

[264]    *Id.*

premised on her knowing the horrific manner in which SGT Mock died, and the effect that had on her suffering. My recommendation is that the Court approve that award, taking into account that Tammy Dorsey had to bury her brother and months later return to the gravesite and bury his legs which had been blown off in the attack that killed him.

### iii.    Eric Phye[265]

Eric Phye was SGT Mock's half-brother – his mother married Michael Mock.[266] Eric was 13 years old when SGT Mock was born, and Eric spent time with him during the many weekends he stayed at his maternal grandparents' house nearby.[267] He recalled the "guys" camping overnight together with their grandfather and male cousins, and playing penny poker games with his friends and SGT Mock.[268] He described a game where he and his friends would challenge SGT Mock to balance pennies on his forehead, and they would tickle him to shake the coins off.[269] Eric always enjoyed building cars and engines, and SGT Mock used to like standing by his side and helping him.[270]

Eric described how he stayed connected with SGT Mock after graduating high school. He attended a vocational school hours away, but often drove home for weekend visits, during which he would spend time with SGT Mock. After Eric married and had children, he brought his family

---

[265]    Eric Phye's declaration and birth certificate confirm that he is a U.S. citizen, and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. AA, birth certificate; Ex. BB, Declaration of Eric Phye, dated July 9, 2021, ¶ 1.

[266]    *See id.*, ¶¶ 5-6.

[267]    *See id.*, ¶ 6.

[268]    *See id.*, ¶¶ 7, 9.

[269]    *See id.*, ¶ 9.

[270]    *See id.*, ¶ 10.

with him to his grandparents' home, and SGT Mock became a wonderful uncle.[271] Eric recalled how, after SGT Mock completed boot camp, he could not stop himself from responding "yes, sir" and "yes, ma'am" to his family.[272] Eric remembered how "gung-ho" SGT Mock was about his training, and he was proud of his younger brother.[273]

Eric sent SGT Mock care packages filled with beef jerky and toiletries during his first deployment; "I was glad to send him whatever he wanted."[274] The two kept in touch through letters and e-mails, and Eric is happy he kept those letters.[275] In between SGT Mock's deployments, he lived with Eric and his wife for about a year. Eric described how, despite all that he had experienced in Iraq, he was "still the little brother I knew and loved."[276] Before SGT Mock returned to Iraq, Eric told him not to "do anything stupid. I don't want to have to go after anyone over there for you."[277] The brothers continued to keep in touch through letters and e-mails, and Eric is glad that they stayed connected.[278]

Eric had a "weird sensation" the morning of October 22, 2006, and decided to drive to his mother's house. He saw her talking to two men on her front lawn, and he knew something was wrong. His mother looked like she was about to pass out, and while he tried holding her up, he

---

[271]    *See id.*, ¶ 12.

[272]    *Id.*, ¶ 14.

[273]    *Id.*

[274]    *Id.*, ¶ 15.

[275]    *See id.*

[276]    *Id.*, ¶ 16.

[277]    *Id.*, ¶ 17.

[278]    *See id.*, ¶ 18.

heard some of what the men were saying.[279] He recalled feeling "shock," "disbelief," and "incredibly angry."[280] He wanted to fly to Iraq and take revenge, but he had to calm his mother down.[281] He drove home and went to his garage. Alone, he "cried and cried."[282]

For years, Eric hated that he was not able to protect his little brother.[283] It was a "nightmare" to realize that SGT Mock was gone, and "he was going into the ground,"[284] one that his family had to live through all over again after the military sent them his legs.[285]

Eric asks every single day why his brother had to die.[286] It makes no sense to him; he "was a good kid."[287] He misses SGT Mock "terribly"[288] and tries to honor him on Memorial Day and Veterans Day, but he makes a point of trying to forget the anniversary of the day he died.[289] He got a tattoo on his back with his brother's name on it, as well as the words "Honor" and "Strength," which SGT Mock had on his own tattoo. It was Eric's first and only tattoo.[290] He explained: "I wanted to do this for my brother."[291]

---

[279]    *See id.*, ¶ 19.

[280]    *Id.*, ¶ 20.

[281]    *See id.*

[282]    *Id.*, ¶ 21.

[283]    *Id.*, ¶ 23.

[284]    *Id.*, ¶ 26.

[285]    *See id.*, ¶ 27.

[286]    *See id.*, ¶ 29.

[287]    *Id.*

[288]    *Id.*, ¶ 33.

[289]    *See id.*, ¶¶ 30-31.

[290]    *See id.*, ¶ 32.

The foregoing in my opinion demonstrates that Eric has satisfied the "functional equivalent" test required for half-siblings to recover solatium damages. *See Fritz*, 324 F. Supp. 3d at 63; *Peterson II*, 515 F. Supp. 2d at 52. Plaintiffs have requested an award of $2.5 million for Eric Phye's solatium claim, and I recommend that the Court approve that award.

> **f.    April 7, 2008, Attack – Baghdad**

On March 31, 2008, SGT Timothy Smith was operating a vehicle as part of a seven-vehicle convoy during a patrol traveling in Sadr City when a multi-array explosive struck his vehicle, sending multiple slugs through the vehicle. SGT Smith's casualty report confirms that he was killed in the attack as a result of blast and blast fragmentation injuries. *See* 2022 WL 4764905, at *25. This Court found satisfactory evidence in the record to demonstrate that the explosive used in this attack was "an EFP traceable to Iran and its proxies," and found Iran responsible for the attack "by supporting proxy forces who conducted the attack." *Id.*

The Plaintiff in this case injured as a result of this attack is Thomas Smith, SGT Smith's brother. *See* AC, ¶¶ 1091-96. The following chart reflects the claim asserted by the Plaintiff injured in the April 7, 2008, attack, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Thomas Smith | SGT Smith's brother | Solatium claim $2.5 million | Copy of Thomas Smith's birth certificate | CC |
| | | | Declaration of Thomas Smith, dated July 13, 2020 | DD |

> **1.    Solatium Claim Brought by SGT Smith's Family Member**

---

[291]    *Id.*

### i.    Thomas Smith[292]

Thomas Smith was born two days after SGT Smith's second birthday;[293] the two brothers often celebrated their birthdays together.[294] They were so close in age that they would hang out with all their friends as "one big group" growing up.[295] Thomas recalled camping and jet skiing together with their friends.[296] Their mother was very hands-on, serving as the assistant coach for their ski teams and hitting baseballs to them so they could practice their fielding skills together.[297]

Thomas was not surprised when SGT Smith enlisted in the Army; he had always liked to play "war" with fake BB guns, and spent hours playing military video games.[298] Thomas took a trip to Australia with a friend while SGT Smith was in basic training, and on the day he arrived home, flew straight to Missouri to attend SGT Smith's graduation.[299] He recalled how his brother, who previously had hair "a tad long" and a 5 o'clock shadow, was clean-shaven with a crewcut.[300] His personality was the same, however; "he was still my big brother."[301]

---

[292]    Thomas Smith's declaration and birth certificate confirm that he is a U.S. citizen, and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. CC, birth certificate; Ex. DD, Declaration of Thomas Smith, dated July 13, 2020, ¶ 1.

[293]    *See id.*, ¶ 5.

[294]    *See id.*, ¶ 28.

[295]    *Id.*, ¶ 9.

[296]    *See id.*, ¶ 6.

[297]    *See id.*, ¶¶ 8, 11.

[298]    *See id.*, ¶ 12.

[299]    *See id.*, ¶ 13.

[300]    *See id.*

[301]    *Id.*

Thomas kept in touch with SGT Smith during his first deployment to Afghanistan through letters and telephone calls.[302] When SGT Smith came home and stayed at their mother's house, Thomas would often sleep there too instead of at his own apartment so that he could spend more time with his brother. He wanted to hear all about his service.[303]

Before SGT Smith deployed to Iraq, Thomas and their father spent about a week with him at Fort Polk. Thomas remembered how SGT Smith showed off his new SUV by driving them on the Humvee endurance course. It was a "blast," Thomas recalled.[304]

Thomas's mother called him in the early morning of April 8, 2008. Immediately, Thomas knew something was wrong; his mother never called that early. She could not speak clearly, and it took some time for Thomas to understand that she was telling him SGT Smith had been killed.[305] He rushed to her house and found her in a "hysterical state," which lasted for hours.[306] He recalled hugging his family and crying together.[307] When SGT Smith's body arrived stateside, Thomas viewed his brother in the half-open casket at the mortuary. He had never seen a dead body before that day, and remembered feeling confused – his brother looked fine. He wondered why SGT Smith could not wake up and talk to him.[308] He called the experience "heartbreaking."[309]

---

[302]    *See id.*, ¶ 14.

[303]    *See id.*, ¶ 15.

[304]    *Id.*, ¶ 17.

[305]    *See id.*, ¶ 19.

[306]    *Id.*, ¶ 20.

[307]    *See id.*

[308]    *See id.*, ¶ 22.

[309]    *Id.*, ¶ 23.

For the first year or two after SGT Smith was killed, Thomas could not take part in any of the ceremonies commemorating veterans: "It was too painful and each event seemed to open a wound."[310] Eventually, Thomas was able to attend – he wants to show his children "all that my brother accomplished and what his death stood for."[311] The week of his birthday, which he shared with SGT Smith, and the anniversary of the date on which SGT Smith was killed, however, are still particularly difficult for Thomas.[312] Seeing his mother continue to suffer also pains Thomas. She has pictures of SGT Smith all over her home, including some life-sized photographs.[313]

Thomas talks to his brother while driving – when a song comes on the radio that SGT Smith liked, Thomas thanks him.[314] He misses asking his brother for advice, and grieves the fact that he and his brother are not going to grow old together, which they had looked forward to.[315]

Plaintiffs have requested an award of $2.5 million for Thomas Smith's solatium claim, and I recommend that the Court approve that award.

### g.    May 6, 2007, Attack – Baghdad

On May 6, 2006, SSG Virgil Martinez was riding in the passenger seat of the lead vehicle in a multi-vehicle convoy in Baghdad traveling south on Route Cubs to FOB Liberty when a multi-array explosive struck his vehicle. SSG Martinez's casualty report confirms that he was killed in the attack. *See* 2022 WL 4764905, at *19. This Court found satisfactory evidence in the record to

---

[310]    *Id.*, ¶ 26.

[311]    *Id.*

[312]    *See id.*, ¶¶ 27-28.

[313]    *See id.*, ¶ 29.

[314]    *See id.*, ¶ 32.

[315]    *See id.*, ¶ 31.

demonstrate that the explosive used in this attack was "an EFP traceable to Iran and its proxies," and found Iran responsible for the attack "by supporting proxy forces who conducted the attack." *Id.*

The Plaintiff in this case injured as a result of this attack is Kimberlee Austin-Oliver, SSG Martinez's sister. *See* AC, ¶¶ 673-78. The following chart reflects the claim asserted by the Plaintiff injured in the May 6, 2007, attack, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Kimberlee Austin-Oliver | SSG Martinez's sister | Solatium claim $2.5 million | Copy of Kimberlee Austin-Oliver's birth certificate | EE |
| | | | Declaration of Kimberlee Austin-Oliver, dated October 6, 2020 | FF |

### 1.    Solatium Claim Brought by SSG Martinez's Family Member

### i.    Kimberlee Austin-Oliver[316]

Kimberlee Austin-Oliver was three years older than SSG Martinez; still, "he was very protective of me, as if he were the older sibling."[317] She called her brother by his middle name, "Chance."[318] She remembered how he liked to hunt and fish as a young boy, and loved Star

---

[316]    Kimberlee Austin-Oliver's declaration and birth certificate confirm that she is a U.S. citizen, and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. EE, birth certificate; Ex. FF, Declaration of Kimberlee Austin-Oliver, dated October 6, 2020, ¶ 1.

[317]    *Id.*, ¶ 5.

[318]    *See id.*, ¶ 1.

Wars.[319] He played cops or Army constantly, so she was not surprised when he enlisted in the Army.[320]

Kimberlee recalled how SSG Martinez was afraid to tell her that he re-enlisted, as they had gotten very close.[321] She took him to the airport for his flight to Germany, and described how their mother "was bawling her eyes out."[322] Kimberlee remembered telling her mother to "quit it, it's not like you're never going to see him again."[323] But it was the last time – Kimberlee was unable to obtain a passport so she could travel to Germany, and could not visit her brother while he was stationed there. They kept in touch via telephone calls and Yahoo Messenger, but she has "tremendous[] regret" over not being able to see him.[324] During one of their last conversations, she reminded SSG Martinez to wear his protective vest, instructing him that he "better not die on me."[325]

Kimberlee was at her desk eating lunch when her father called to tell her SSG Martinez had been killed. She fell to the floor, which startled her boss, who came into her office and took the phone. He drove her to her parents' house, followed by their receptionist, who drove Kimberlee's car. When they arrived, her boss had to hold her up for support and hand her to her father.[326] At her parents' house, Kimberlee found her mother crying in her room. Instantly, she

---

[319]    *See id.*, ¶¶ 6-7.

[320]    *See id.*, ¶ 8.

[321]    *See id.*, ¶ 11.

[322]    *Id.*, ¶ 12.

[323]    *Id.*

[324]    *Id.*, ¶ 13.

[325]    *Id.*, ¶ 14.

[326]    *See id.*, ¶ 17.

knew that their family would never be the same: "My mother was not strong enough to handle something like that."[327]

Kimberlee was right – it was she who handled the funeral arrangements; her parents were too distraught.[328] She called the funeral a "big circus," with a "tremendous" line of people waiting to pay their respects, and Patriot Guard presence to watch out for protestors.[329]

Kimberlee described how her mother never recovered, and died of a heart attack on New Year's Day of 2019. Kimberlee believes she actually died of a broken heart.[330] For over a decade since SSG Martinez was killed, her mother never wanted to leave her home. According to Kimberlee, "she lost her will to live and never had fun again."[331] ███████████████ ████████████████████████████████████████████████████████ ███████████████ She lost her brother and her mother, leaving her "emotionally neglected,"[333] with a "void in my heart."[334]

Plaintiffs have requested an award of $2.5 million for Kimberlee Austin-Oliver's solatium claim, and I recommend that the Court approve that award.

---

[327]    *Id.*, ¶ 18.

[328]    *See id.*, ¶ 19.

[329]    *Id.*, ¶ 20.

[330]    *See id.*, ¶ 22.

[331]    *Id.*, ¶ 23.

[332]    *Id.*, ¶ 24.

[333]    *Id.*, ¶ 23.

[334]    *Id.*, ¶ 25.

### h.    January 22, 2007, Attack – Baghdad

On January 22, 2007, SPC Brandon Stout was driving the fourth vehicle of a five-vehicle convoy traveling south on Route Pluto towards FOB Rustamiyah in Baghdad when a multi-array explosive emplaced on the side of the road struck the right side of his vehicle. The blast blew open the driver's side of the vehicle and caused it to swerve into a nearby tree and fence, ejecting SPC Stout from the vehicle. He was found dead approximately 20 meters behind the site where his vehicle stopped. SPC Stout's casualty report confirms that he was killed in the attack. *See* 2022 WL 4764905, at *16. This Court found satisfactory evidence in the record to demonstrate that the explosive used in this attack was "an EFP traceable to Iran and its proxies," and found Iran responsible for the attack "by supporting proxy forces who conducted the attack." *Id.*

The Plaintiff in this case injured as a result of this attack is Adam G. Stout, SPC Stout's brother. *See* AC, ¶¶ 602-07. The following chart reflects the claim asserted by the Plaintiff injured in the January 22, 2007, attack, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|-----------|------------------------------|-------------------|----------|---------|
| Adam G. Stout | SPC Stout's brother | Solatium claim $2.5 million | Copy of Adam G. Stout's birth certificate | GG |
| | | | Declaration of Adam Stout, dated September 21, 2020 | HH |

1.     **Solatium Claim Brought by SPC Stout's Family Member**

i.     Adam Stout[335]

SPC Stout was a year and a half older than Adam Stout.[336] Their parents divorced when they were very young, and Adam described how that difficult time in their lives forged a strong connection between them. Often, they would fall asleep holding onto each other.[337] Their mother remarried and had more children, and Adam and SPC Stout were raised in a household with eight children. Of them, Adam felt closest to SPC Stout.[338]

Adam described how he and his brother helped each other become better wrestlers and students.[339] They bowled together and liked the same movies.[340] Their father gifted SPC Stout a sky-blue Buick Electra hearse he had won from a radio contest, and they rode around town in it together blaring music.[341] When SPC Stout got married, Adam was his best man.[342]

Adam described how SPC Stout's real dream was to serve as an Army chaplain, but when he enlisted in the Army, there were no positions available. He joined the Military Police instead, believing it was an opportunity to serve in the trenches where he would be most needed.[343] Adam

---

[335]     Adam Stout's declaration and birth certificate confirm that he is a U.S. citizen, and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. GG, birth certificate; Ex. HH, Declaration of Adam Stout, dated September 21, 2020, ¶ 1.

[336]     *See id.*, ¶ 5.

[337]     *See id.*

[338]     *See id.*, ¶ 6.

[339]     *See id.*, ¶¶ 7-8.

[340]     *See id.*, ¶ 9.

[341]     *See id.*, ¶ 12.

[342]     *See id.*, ¶ 14.

[343]     *See id.*, ¶¶ 16-17.

recalled that he was nervous, but thought his brother would surely be "among the many soldiers who make it home."[344]

SPC Stout volunteered to deploy to Iraq before his orders required him too, as he and his wife wanted to start their family once he finished his service.[345] Adam found it difficult to watch the news while his brother was overseas. SPC Stout, who had originally encouraged Adam to enlist too, tried to persuade him to join the Air Force instead, reasoning that it was much safer and "it was enough for one family member to serve in active duty."[346] According to Adam, since SPC Stout had seen the "devastation of war, his attitude changed 180 degrees."[347]

Adam's girlfriend called him the day SPC Stout was killed, telling him to call his mother. Knowing something was amiss, he pressured her into telling him the news. As soon as she told him that SPC Stout had been killed, he left work and sped to his parents' house, where their pastor had already arrived.[348] Adam described himself as being in "a state of shock."[349] His brother was supposed to be one of the many soldiers who came back.[350] Even when he went to the airport to receive SPC Stout's body, Adam "honestly expected him to walk off the airplane as if nothing had happened."[351]

---

[344]   *Id.*, ¶ 17.

[345]   *See id.*, ¶ 21.

[346]   *Id.*, ¶ 23.

[347]   *Id.*

[348]   *See id.*, ¶ 24.

[349]   *Id.*, ¶ 25.

[350]   *See id.*

[351]   *Id.*, ¶ 27.

Adam described how, after that denial phase passed, he became "deeply depressed."[352] He could not get out of bed in the morning and often slept until noon. He could not work or take care of himself and had to move back in with his parents.[353] He refused their efforts to help, and their relationship fell apart. Eventually, they asked him to leave.[354] Adam felt betrayed, and stopped speaking to them.[355] His relationship with his siblings was "not much better."[356] Adam remembered feeling completely alone, and stated that none of this would have happened if SPC Stout had not been killed.[357]

Eventually, Adam found work and things began to shift. He stated that he has been able to move on with his life, although his relationship with his parents is not completely restored.[358] Knowing that SPC Stout would want him to move forward, Adam tries to do so, but still encounters difficult days. When people talk to him about his brother, it can set him back significantly.[359] He wonders what life would have been like if SPC Stout had not been killed, and feels "consumed by the loss of what could have been."[360]

Plaintiffs have requested an award of $2.5 million for Adam Stout's solatium claim, and I recommend that the Court approve that award.

---

[352] *Id.*, ¶ 29.

[353] *See id.*

[354] *See id.*

[355] *See id.*, ¶ 30.

[356] *Id.*, ¶ 31.

[357] *See id.*, ¶¶ 30-31.

[358] *See id.*, ¶ 32.

[359] *See id.*, ¶ 33.

[360] *Id.*, ¶ 34.

### i.    January 20, 2007, Attack – Karbala

PFC Shawn Falter was situated in the driver's seat of a Humvee in the courtyard of the Provincial Joint Coordination Center in Karbala when several vehicles driven by insurgents disguised as American troops entered the center. The insurgents exited their vehicles, and one individual shot PFC Falter in the neck from behind. PFC Falter was not killed by the gunshot, and was abducted with three other soldiers from the center in two SUVs driven by the insurgents toward the general direction of Iran. Members of the Iraqi Army stationed at a checkpoint along the route who were alerted about the attack detained and pursued the convoy, which proceeded to shoot all four soldiers execution-style. *See Fritz v. Islamic Republic of Iran*, 320 F. Supp. 3d 48, 65-69 (D.D.C. 2018), cited by *Stearns*, 2022 WL 4764905, at *8. PFC Falter's autopsy report reflects that he suffered blunt force trauma to his head, as well as "abrasions and contusions and hemorrhaging around his face and head, torso, and extremities." *Fritz*, 320 F. Supp. 3d at 70 (internal citations and alternations omitted). He was determined to have been alive when those injuries were inflicted. *See id.*

Noting that the courts in *Fritz*, *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12, 50-52 (D.D.C. 2019), and *Lee v. Islamic Republic of Iran*, 518 F. Supp. 3d 475, 489-90 (D.D.C. 2021), each found that Iran's Islamic Revolutionary Guard Corps ("IRGC") and Hezbollah planned and orchestrated the January 20, 2007, attack, which was carried out at their direction by Asayb Ahl al-Haq, one of the IRGC's militia groups, this Court conducted its own review of the evidence and also found "Iran responsible for the January 20, 2007 attack by supporting proxy forces who conducted the attack." 2022 WL 4764905, at *8.

The Plaintiff in this case injured as a result of this attack is Michael Lucas, PFC Falter's step-brother. *See AC*, ¶¶ 572-601. The following chart reflects the claim asserted by the Plaintiff

injured in the January 20, 2007, attack, as well as the evidence setting forth the bases of that claim.

That evidence is provided as exhibits to the accompanying Gielchinsky Declaration. Plaintiffs

respectfully request an upward departure for PFC Falter's step-brother.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Michael Lucas | PFC Falter's step-brother | Solatium claim $3 million | Copy of Michael Lucas's birth certificate | II |
| | | | Declaration of Michael Lucas, dated March 27, 2023 | JJ |

### 1.    Solatium Claim Brought by PFC Falter's Family Member

#### i.    Michael Lucas[361]

Each of PFC Falter's family members who were plaintiffs in *Fritz* was awarded 20%

upward departures from the typical baseline solatium amounts. *See Fritz*, 2018 WL 5046229, at

*23, report and recommendation adopted as modified, 324 F. Supp. 3d 54 (recommending $6

million each for PFC Falter's father and step-mother; and $3 million each for his four half-siblings

and four step-siblings). The *Fritz* court observed that "[t]he deaths of Jacob Fritz, Bryan Chism,

Shawn Falter, and Ahmed Al-Taie, *and the manner in which they occurred*, have wrought

profound harm to each of these families—emotional, physical, and financial." *Fritz*, 324 F. Supp.

3d at 62 (emphasis added). The court noted that while it is not the case that "every half-sibling or

step-sibling … will always be entitled to recover as a full sibling would," each of PFC Falter's

"non-biological or half-family member has shown that he or she was sufficiently close to the direct

victim to meet the 'functional equivalent' test." *Id.* at 63 and n.1.

---

[361]    Michael Lucas's declaration and birth certificate confirm that he is a U.S. citizen, and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. II, birth certificate; Ex. JJ, Declaration of Michael Lucas, dated March 27, 2023, ¶ 1.

In particular, the court observed that PFC Falter's half-brother, Andrew Lucas, was in his early twenties when he met PFC Falter, and the two "did not live in the same household for extended periods of time." *Id.* at n.1. Nonetheless, the court concluded that Andrew "demonstrated that his relationship with Shawn was sufficiently close to entitle Andrew to the solatium award of a full sibling," observing that he had known PFC Falter since PFC Falter was four or five years old, "saw Shawn 'probably more' than Andrew saw 'any of [his blood relatives,' and picked Shawn up from school, assisted with his homework, and attended his sporting events.'" *Id.* (internal citations omitted, alterations in original). Additionally, "Andrew was also profoundly affected by Shawn's death and was personally involved in the aftermath." *Id.*

Michael Lucas, who was 22 years old when his mother married PFC Falter's father, similarly met PFC Falter when he was almost seven years old.[362] Michael moved into PFC Falter's house for four months, after which he moved into his own apartment two miles away.[363] Michael described how their families "blended immediately," sharing dinners together every Sunday and as often as possible during the week.[364] Michael worked at night and was often at PFC Falter's house when he arrived home from school, and the two would play "hours of video games."[365] Michael attended PFC Falter's Little League games when he was younger, and when PFC Falter entered high school, Michael attended his basketball games.[366] They shared taste in music, and

---

[362]     *See id.*, ¶ 5.

[363]     *See id.*

[364]     *Id.*, ¶ 6.

[365]     *Id.*, ¶ 8.

[366]     *See id.*

listened to the same bands together.[367] Michael encouraged PFC Falter to work with him at a local restaurant, and the two often worked the same shift and commuted together. After work, they often went to the record store to browse the new selections.[368]

Michael recalled how PFC Falter confided in him about how he was unhappy in college and at the construction job he started after leaving school. PFC Falter told him that he wanted to be "part of something that mattered," and was considering joining the military.[369] Michael was proud of PFC Falter, and not surprised at his decision: "He was patriotic and wanted to serve his country, particularly after the terrorist attacks on September 11, 2001."[370] It was Michael that reassured their mother when she was "beside herself with worry" at PFC Falter's decision.[371] Michael and PFC Falter talked as often as they could while PFC Falter was in training and then on deployment.[372]

Michael and his family were not told immediately how PFC Falter had died; they thought he was killed in a bombing.[373] Michael recalled hoping that a mistake had been made.[374] The following day, they learned on the news that PFC Falter had been kidnapped, tortured, and murdered.[375] Michael remembered that their "shock of the manner of his death was almost as

---

[367]    *See id.*

[368]    *See id.*, ¶ 9.

[369]    *Id.*, ¶ 10-11.

[370]    *Id.*, ¶ 12.

[371]    *Id.*, ¶ 13.

[372]    *See id.*, ¶¶ 14-16.

[373]    *See id.*, ¶ 19.

[374]    *See id.*, ¶ 18.

[375]    *See id.*, ¶ 20.

difficult to bear as the fact that he had been killed."[376] Immediately, media arrived and camped outside Michael's parents' home, exacerbating all of their grief.[377] Even then, Michael still hoped there was a mistake and that PFC Falter was still alive.[378] He knew there was no mistake once he saw PFC Falter in the casket.[379] Michael described how "[i]t took everything I had" to stay at the funeral; all he wanted to do was be "alone with grief and memories of Shawn."[380]

Michael keeps pictures of PFC Falter all around his apartment, and has his old football jersey hanging on the wall. He also kept PFC Falter's CD collection and the matchbox cars he collected as a child.[381] He shared the same birthday as PFC Falter, and since his brother died, Michael celebrates alone.[382] It is some small consolation to Michael that he told PFC Falter he loved him during their last telephone conversation.[383] Michael had also told PFC Falter he loved him the last time they saw each other.[384] Michael explained that he always considered PFC Falter a younger brother,[385] but more than that, despite their age difference, Michael considered PFC

---

[376]     *Id.*

[377]     *See id.*, ¶ 21.

[378]     *See id.*, ¶ 22.

[379]     *See id.*, ¶ 24.

[380]     *Id.*, ¶ 25.

[381]     *See id.*, ¶ 29.

[382]     *See id.*, ¶ 27.

[383]     *See id.*, ¶ 16.

[384]     *See id.*, ¶ 15.

[385]     *See id.*, ¶ 8.

Falter his best friend.[386] He hopes PFC Falter knows that he visits his grave, and how much he misses him.[387]

Plaintiffs have requested an award of $3 million for Michael Lucas's solatium claim, reflecting a 20% upward departure commensurate with PFC Falter's family members in *Fritz*. I recommend that the Court approve that award.

## CONCLUSION

As discussed in detail in the preceding sections of this Report and Recommendations, I recommend that the Court approve the following awards:

| | |
|---|---|
| Logan Rice | $5 million |
| Michael Rice | $5 million |
| David Dixon | $2.5 million |
| Daniel A. Dixon | $2.5 million |
| Gretchen Lang | $2.5 million |
| Ed Elliott | $5 million |
| David Wayne Hartley | $2.5 million |
| Kaylie Hartley | $2.5 million |
| Lisa Duncan | $2.5 million |
| Judy Hoffman | $5 million |
| Michael Mock | $6 million |
| Tammy Dorsey | $3 million |
| Eric Phye | $2.5 million |

---

[386] *See id.*, ¶ 9.

[387] *See id.*, ¶ 28.

| | |
|---|---|
| Thomas Smith | $2.5 million |
| Kimberlee Austin-Oliver | $2.5 million |
| Adam G. Stout | $2.5 million |
| Michael Lucas | $3 million |

Dated: June 6, 2023             /s/ Stephen A. Saltzburg
                                        Special Master