# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY STEARNS, *et al.*, | |
| *Plaintiffs,* | |
| v. | Case No. 17-cv-131 (RCL) |
| THE ISLAMIC REPUBLIC OF IRAN, | |
| *Defendant.* | |

## ERRATA ORDER

Pursuant to Federal Rule of Civil Procedure 60(a), the Court corrects its Order and Judgment of April 30, 2024 (ECF No. 106), *nunc pro tunc* to change the plaintiffs' name "Vivan Pickett," listed twice on page 1 and once in the chart on page 2, to "Vivian Pickett." Similarly, the Court corrects its Order and Judgment of April 30, 2024 (ECF No. 108), *nunc pro tunc* to change the plaintiff's name "Breanna Lynn Glasper," listed once on page 1 and twice on page 2 to "Breanna Lynn Gasper."

**IT IS SO ORDERED.**

SIGNED this ___13th___ day of May, 2024.

Royce C. Lamberth
United States District Judge