UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-------------------------------------------------------------------------x

SHIRLEY STEARNS, *et al.*,                            :
                                                      :
                        Plaintiffs,                   :        **Case No.: 17-cv-131 (RCL)**
                                                      :
-against-                                             :
                                                      :
ISLAMIC REPUBLIC OF IRAN,                             :
                                                      :
                        Defendant.                    :

-------------------------------------------------------------------------x

**SPECIAL MASTER'S EIGHTH REPORT AND RECOMMENDATIONS REGARDING
DAMAGES FOR 18 PLAINTIFFS IDENTIFIED IN THE COURT'S OCTOBER 3, 2022,
ORDER**

## TABLE OF CONTENTS

INTRODUCTION ................................................................................................................... 1

I.      PROCEDURAL BACKGROUND ............................................................................... 1

II.     CATEGORIES OF CLAIMS AND PROPOSED EFP DAMAGES FRAMEWORK . 2

    A.   Economic Loss Claims ......................................................................................... 2

    B.   Solatium Claims .................................................................................................. 3

III.    THE 18 PLAINTIFFS' INJURIES ............................................................................. 4

    A.   Edwin A. Andino – September 3, 2006, Attack - Baghdad ................................. 4

        1.   Solatium Claim Brought by PFC Andino's Family Member ...................... 5

            a.   Cathy Andino ...................................................................................... 5

        2.   Claim Brought on Behalf of the Estate of PFC Andino ............................. 9

            a.   Economic Loss Claim .......................................................................... 9

    B.   Anthony Cardinal – December 25, 2005, Attack – Baghdad ........................... 10

        1.   Solatium Claims Brought by SPC Cardinal's Family Member ................ 11

            a.   David G. Cardinal, Jr. ....................................................................... 11

    C.   Keith Coe – April 27, 2010, Attack – Khalis ................................................... 14

        1.   Solatium Claims Brought by Sgt. Coe's Family Members ...................... 17

            a.   Katrina Coe ....................................................................................... 17

            b.   Keith Coe, Jr. ..................................................................................... 20

            c.   Sgt. Coe's Son, K.A.C. ..................................................................... 23

            d.   Sgt. Coe's Daughter, K.A.C. ............................................................ 24

            e.   Rhonda Smith ..................................................................................... 26

            f.   Matthew Coe ...................................................................................... 29

            g.   Sabrina Incorvia ................................................................................ 33

2.    Claim Brought on Behalf of the Estate of Sgt. Coe ................................... 35

a.    Economic Loss Claim ................................................................ 35

D.    Paul Finken – November 2, 2006, Attack – Baghdad ................................. 36

1.    Solatium Claims Brought by Lt. Col. Finken's Family Members ............................ 39

a.    Jackie Farrar-Finken ........................................................... 39

b.    Emilie Finken ................................................................... 45

c.    Caroline Finken .................................................................. 48

d.    Julia Finken ..................................................................... 50

e.    David Finken .................................................................... 53

f.    Joan Henscheid .................................................................. 56

2.    Claim Brought on Behalf of the Estate of Lt Col Finken ........................... 59

a.    Economic Loss Claim ................................................................ 59

**CONCLUSION** ................................................................................ 60

## <u>TABLE OF AUTHORITIES</u>

**Cases**

*Estate. of Brown v. Islamic Republic of Iran*,
  872 F. Supp. 2d 37 (D.D.C. 2012) ............................................................... 3

*Mark v. Islamic Republic of Iran,* 626 F. Supp. 3d 16 (D.D.C. 2022).................................. 22, 25

*Miller v. Juarez Cartel*,
  2022 U.S. Dist. LEXIS 112463 (D. N.D. 6-24-2022)...................................... 2

*Murphy v. Islamic Republic of Iran*,
  740 F. Supp. 2d 51 (D.D.C. 2010) ........................................................... 3, 29

*Oveissi v. Islamic Republic of Iran*,
  768 F. Supp. 2d 16 (D.D.C. 2011) ............................................................... 3

*Peterson v. Islamic Republic of Iran*,
  515 F. Supp. 2d 25 (D.D.C. 2007) ............................................................... 3

*Selig v. Islamic Republic of Iran*,
  573 F. Supp. 3d 40 (D.D.C. 2021) ......................................................... 24, 25

*Stearns v. Islamic Republic of Iran*,
  633 F. Supp. 3d 284 (D.D.C. 2022) ................................................. 1, 4, 10, 14

*Valore v. Islamic Republic of Iran*,
  700 F. Supp. 2d 52 (D.D.C. 2010) ....................................................... 3, 14, 32

**Statutes**

28 U.S.C. § 1605A(a)(2)(A)(ii)(I) ................................................................ passim

28 U.S.C. § 1605A(c) ................................................................................. passim

28 U.S.C. § 1605A(c)(4)................................................................................. 2

## INTRODUCTION

The Special Master respectfully submits this Report and Recommendations (R&R) regarding damages for the injuries sustained by 18 of the 229 Plaintiffs for whom the Court granted default judgment against the Defendant, Islamic Republic of Iran, in its October 3, 2022, Order, 633 F. Supp. 3d 284 (D.D.C. 2022).

## I.    PROCEDURAL BACKGROUND

On December 30, 2021, Plaintiffs filed their First Proposed Findings of Fact and Conclusions of Law in Support of their Motion for Default Judgment, ECF No. 35, on behalf of Plaintiffs injured in 61 attacks. Default judgment was granted in favor of Plaintiffs on October 3, 2022. *See Stearns v. Islamic Republic of Iran*, 633 F. Supp. 3d 284 (D.D.C. 2022), ECF No. 47, ECF No. 48.

On January 13, 2023, Plaintiffs moved to appoint me as a Special Master to issue Reports and Recommendations for damages suffered by Plaintiffs and estates of decedents in the *Stearns* decision. ECF No. 50. The Court granted this motion on February 21, 2023. ECF No. 52.  The Court authorized me to file R&Rs on a rolling basis. *See* ECF No. 58. I filed my first R&R for the compensatory damages claims of 17 Plaintiffs on June 8, 2023, ECF No. 60; my second R&R for the compensatory damages claims of 16 Plaintiffs on June 22, 2023, ECF No. 64; my third R&R for the compensatory damages claims of 16 Plaintiffs on August 22, 2023, ECF No. 78; my fourth R&R for the compensatory damages claims of 18 Plaintiffs on November 17, 2023, ECF No. 87; my fifth R&R for the compensatory damages claims of 18 Plaintiffs on December 11, 2023, ECF No. 89; my sixth R&R for the compensatory damages claims of 17 Plaintiffs on January 10, 2023, ECF No. 91; and my seventh report on May 1, 2024, ECF No. 115. The Court entered Orders and Judgments on the first and second R&Rs on August 4, 2023, ECF Nos. 70 and 72.   The Court

entered orders and judgments on my third R&R, April 30, 2024, ECF No. 102; my Fourth R&R, April 30, 2024, ECF No. 104; my Fifth R&R, April 30, 2024, ECF No. 106; my Sixth R&R, April 30, 2024, ECF No. 108; and my seventh R&R, April 30, 2024, ECF No. 110,

## II.    CATEGORIES OF CLAIMS AND PROPOSED EFP DAMAGES FRAMEWORK

This Eighth R&R addresses Plaintiffs' request for damages for eighteen Plaintiffs injured in various EFP attacks traceable to Iran and its proxies. All Plaintiffs are family members of U.S. military servicemen who were killed in action by EFP attacks in Iraq. This Circuit follows a damages framework under Foreign Sovereign Immunities Act ("FSIA") cases.

### A.  Economic Loss Claims

Several representatives of estates seek compensation for economic losses for lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c)(4) ("damages may include economic damages."). To support these claims, Plaintiffs submit the expert reports of Dr. Stan V. Smtih, Jr., Ph.D, identified as Exhibits E, V, AK.

Dr. Smith has worked as an economic and financial consultant since 1974. He is the President of Smith Economics Group, Ltd., headquartered in Chicago, Illinois, which provides economic and financial consulting nationwide. Dr. Smith served as the Vice President of the National Association of Forensic Economics for three years and is the founder of Ibbotson Associates' Stock, Bonds, Bills, and Inflation (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services. He wrote the first textbook on Forensic Economic Damages that has been used in courses at various universities, such as the University of Wisconsin and Penn State University. Dr. Smith previously provided expert reports regarding economic losses in a terrorism case. *See e.g. Miller v. Juarez Cartel*, 2022 U.S. Dist. LEXIS 112463 (D. N.D. 6-24-2022).

**B.  Solatium Claims**

Courts in this Circuit follow the established baseline award for solatium claims of family members of victims who died in terrorist attacks. *See Peterson v. Islamic Republic of Iran* ("*Peterson II*"), 515 F. Supp. 2d 25, 52 (D.D.C. 2007. Under this framework, relatives of deceased servicemen are awarded $8 million for spouses, $5 million for children and parents, and siblings receive $2.5 million. *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 85 (D.D.C. 2010). However, this baseline award is "not set in stone." *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010).

Decisions to deviate from the baseline and award upward departures depend on various factors. See e.g. *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 26-27 (D.D.C. 2011) (factors such as "an especially close relationship between the plaintiff and decedent, particularly in comparison to the normal interactions to be expected given the familial relationship; medical proof of severe pain, grief or suffering on behalf of the claimant; and circumstances surrounding the terrorist attack which made the suffering particularly more acute or agonizing."); *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 85 (D.D.C. 2010).

Decisions have identified other relevant factors.  See e.g. *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 26 (D.D.C. 2011 (children who were minors when their parents died have been awarded $6.25 million); *Est. of Brown v. Islamic Republic of Iran*, 872 F. Supp. 2d 37, 43 (D.D.C. 2012) (upward departure was warranted where sister suffered a nervous breakdown that required medical treatment and she was prescribed medication for approximately one year.); *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010) (noting that self-destructive behavior is "uniquely acute suffering warranting an upward departure.").

## III.    THE 18 PLAINTIFFS' INJURIES

In this Section of the R&R, I describe the four attacks for which this Court found Iran liable as well as the injuries Plaintiffs sustained.

### A. Edwin A. Andino – September 3, 2006, Attack - Baghdad

On the morning of September 3, 2006, Private 1st Class ("PFC") Edwin A. Andino was the gunner in the lead vehicle of a four-vehicle convoy, traveling south on Route Wildcat in Baghdad when his vehicle was struck by an Explosively Formed Penetrator ("EFP"). *See Stearns*, 633 F. Supp. 3d at 325, ECF No. 47. PFC Andino's casualty report confirms that he was killed in the attack. *Id*. The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for PFC's Andino's death in the September 3, 2006, attack was an EFP "traceable to Iran and its proxies" and that Iran was responsible for the attack "by supporting proxy forces who conducted the attack." *Id*.

PFC Andino's mother, Cathy Andino, is a plaintiff in this case. *See* Amend. Compl., ECF No. 14 ¶¶ 451-457. The Plaintiff suffered severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel. The following chart reflects the claim asserted by Cathy Andino in the September 3, 2006, attack, as well as the evidence setting forth the bases of her claim. That evidence is provided as exhibits to the accompanying Declaration of John Eubanks ("Eubanks Declaration").

| Plaintiff | Relationship to Direct Victim | Claim Asserted | Evidence | Exhibit |
|-----------|-------------------------------|----------------|----------|---------|
| Cathy Andino | PFC Andino's mother | Solatium claim $5 million | Copy of Cathy Andino's birth certificate | A |
|  |  |  | Declaration of Cathy Andino dated July 30, 2023 | B |

The following chart reflects the claim asserted on behalf of PFC Andino's estate arising out of the September 3, 2006, attack, as well as the evidence setting forth the bases of the claim.

*See* Amend. Compl., ECF No. 14 ¶¶ 451-457. This evidence is provided as exhibits to the accompanying Eubanks Declaration.

| Plaintiff | Claim Asserted | Evidence | Exhibit |
|---|---|---|---|
| Edwin A. Andino's estate | Economic loss claim<br><br>$1,254,753 | Letters of Administration dated February 1, 2019, appointing Cathy Andino as personal representative over the estate of Edwin A. Andino. | C |
| | | Economic Declaration of Cathy Andino dated May 3, 2024. | D |
| | | Appraisal of Present Value of Economic Life of Edwin A. Andino, dated June 4, 2024, prepared by Stan V. Smith, Ph.D. | E |

### 1. Solatium Claim Brought by PFC Andino's Family Member

#### a. Cathy Andino[1]

Cathy Andino is the mother of PFC Andino who was her only child.[2] She raised him in Reva, Virginia and referred to her son as "EJ".[3] Ms. Andino recalled how amazed she was when her son was born because of how beautiful he was.[4] She described that PFC Andino was "tough

---

[1] Cathy Andino's birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. A, birth certificate; Ex. B, Declaration of Cathy Andino, dated July 30, 2023.
[2] Ex. B, Declaration of Cathy Andino, ¶ 5.
[3] *Id*.
[4] *Id*.

but had a heart of gold."[5] He was thoughtful and giving.[6] PFC Andino was a man of faith and a member of the Bethel Baptist Church.[7]

Ms. Andino described how much PFC Andino loved music and playing the guitar.[8] He was a natural artist and mastered playing the guitar very fast.[9] PFC Andino would play "for hours on end" and Ms. Andino "enjoyed listening to him play."[10] Ms. Andino recalled that her son told her that he "was going to do something big someday."[11] She though that "he was going to be a rockstar."[12]

PFC Andino wanted to join the military because it provided him with "opportunity and hope."[13] He was Ms. Andino's only child, so she was very concerned when he told her he wanted to join the U.S. Army.[14] She was fearful that something could happen to him and that she would lose him.[15]

PFC Andino was stationed in Germany after basic training but came home to spend Christmas with Ms. Andino.[16] Looking back on that holiday, she realized that was the last Christmas they spent together.[17] Ms. Andino was "terrified" when PFC Andino told her that he would be deployed to Iraq.[18] He remained in contact with his mother and called her whenever he

---

[5] *Id.*, ¶ 6.
[6] *Id.*
[7] *Id.*, ¶ 5.
[8] *Id.*, ¶ 7.
[9] *Id.*
[10] *Id.*
[11] *Id.*
[12] *Id.*
[13] *Id.*, ¶ 8.
[14] *Id.*, ¶ 8.
[15] *Id.*
[16] *Id.*, ¶ 9.
[17] *Id.*
[18] *Id.*, 10.

could. Ms. Andino recalled that she spoke with her son two days before he was killed and the last words he ever spoke to her were "I love you."[19]

On September 3, 2006, Ms. Andino received a call from her stepmother telling her to go home.[20] When she arrived, there were soldiers in uniform waiting.[21] Initially, she thought that one soldier was her son until he turned around.[22] Ms. Andino was informed that PFC Andino was killed in an EFP attack. She "crumbled" and "was in complete and utter shock."[23]

Ms. Andino was unable to sleep through the night when she found out what happened to her son.[24] She would frequently have nightmares about him being covered in blood.[25] PFC Andino was the only grandchild in Ms. Andino's family.[26] When he died, Ms. Andino's father was devastated. She worried that her father would have a heart attack.[27] They previously experienced loss when Ms. Andino's younger brother died in 1997.[28] Ms. Andino's father worried that she would be alone after he died because she would have no one left in her family.[29] Ms. Andino's father died in 2019, and she was left alone without any familial support.[30] Dating after PFC Andino died was "impossible" because she feared losing another person she loved.[31] She "never want[s] to experience [that] pain" again.[32]

---

[19] *Id.*
[20] *Id.*, ¶ 11.
[21] *Id.*
[22] *Id.*
[23] *Id.*
[24] *Id.*, ¶ 13.
[25] *Id.*
[26] *Id.*, ¶ 14.
[27] *Id.*
[28] *Id.*, ¶ 14.
[29] *Id.*
[30] *Id.*
[31] *Id.*, ¶ 16.
[32] *Id.*

Ms. Andino experiences pain from the loss of security and protection without PFC Andino.[33] There is a "constant sense of fear and hopelessness."[34] She "spent many years in a fog and would go numb."[35] PFC Andino was her "everything."[36] Ms. Andino stated that: "It is still difficult to lead a happy and fulfilled life. His death has been crippling and forever changed me for the worse."[37] She ███████████████████████."[38]

Ms. Andino ████████████████████████████████████████████.[39] ████████ ████████████████, although she still suffers from Post-Traumatic Stress Disorder.[40] Ms. Andino described how lonely she has been because "no one understands the level of loss" that she has endured.[41] It saddens Ms. Andino that some people will never get to meet her son and experience how great of a person he was.[42] She also wanted to be a grandmother, but that will never happen for her.[43] The thought of PFC Andino being in a cemetery has been difficult for Ms. Andino. She recalled that during the first snow after her son died, she thought of how cold PFC Andino's body must have been in the ground.[44] Ms. Andino visited her son's "tombstone once and almost collapsed."[45] This was a terrifying experience for her, and she stated that she never wants to go back.[46]

---

[33] *Id.*
[34] *Id.*
[35] *Id.*, ¶ 15.
[36] *Id.*
[37] *Id.*
[38] *Id.*, ¶ 17.
[39] *Id.*
[40] *Id.*, ¶¶ 17-18.
[41] *Id.*, ¶ 18.
[42] *Id.*, ¶ 19.
[43] *Id.*, ¶ 19.
[44] *Id.*, ¶ 20.
[45] *Id.*, 22.
[46] *Id.*

Ms. Andino tries to keep busy all of the time, so she doesn't have to "sit in [her] pain."[47] She works until she is tired and has admitted that "staying still is hard."[48] According to Ms. Andino: "When EJ was killed in Iraq, I was given a life sentence of solitude. EJ was my family. Now that my father has passed, I have no one. For Thanksgiving, it's me. During Christmas, it's me. During Mother's Day, it's only me. I fight ever day to live and find things to be grateful for."[49]

Plaintiffs have requested, and I recommend, that the Court award $5 million for Cathy Andino's solatium claim.

### 2.  Claim Brought on Behalf of the Estate of PFC Andino

#### a.  Economic Loss Claim

Cathy Andino,[50] on behalf of PFC Andino's estate, also seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c). To support the estate's claims for these economic losses, Plaintiffs submitted an expert report prepared by Dr. Smith.

To project PFC Andino's future income stream if not for the September 3, 2006, attack, Dr. Smith incorporated testimonial evidence that PFC Andino would have pursued a military career, and overlaid that information against statistical data generated by the Bureau of Labor Statistics, the Department of Labor, military pay websites, and other relevant sources.[51] From these sources, Dr. Smith calculated the present value of PFC Andino's lost income, assuming that PFC Andino, who was 23 years old when he was killed, (1) would have remained in the military for 20 years; (2) would have been promoted to E-4 Corporal in 2008, to E-5 Sergeant in 2011, and to E-

---

[47] *Id.*, ¶ 23.

[48] *Id.*

[49] *Id.*, ¶ 24.

[50] *See* Ex. C, Letter of Administration dated February 1, 2019, appointing Cathy Andino personal representative over the estate of Edwin A. Andino.

[51] *See* Ex. E, Appraisal of Present Value of Economic Life of Edwin A. Andino, June 4, 2024, prepared by Stan V. Smith, Ph. D., at 2-8; Ex. D, Economic Declaration of Cathy Andino, dated May 3, 2024.

6 Staff Sergeant in 2017; (3) had a remaining life expectancy of 56.8 years; (4) would have employee benefits that grow at the same rate as wages that are discounted to present value at the same discount rate.[52]

I recommend an award of $1,254,753, as calculated by Dr. Smith for the estate of PFC Andino's economic loss claim.[53]

**B. Anthony Cardinal – December 25, 2005, Attack – Baghdad**

On December 25, 2005, Christmas morning, Specialist Anthony Cardinal was driving the lead vehicle turning south on route Pluto in Baghdad in a three-vehicle convoy when a multi-array EFP struck the left side of the vehicle and penetrated the driver's door. *See Stearns*, 633 F. Supp. 3d at 324, ECF No. 47. SPC Cardinal's casualty report confirms that he was injured in the attack, suffered "blood loss from pelvic fracture" and later died from his injuries. *Id*. The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for SPC Cardinal's death on December 25, 2005, was an EFP "traceable to Iran and its proxies," and found Iran responsible for the attack "by supporting proxy forces who conducted the attack." *Id*. at 324-25.

SPC Cardinal's father, David G. Cardinal, Jr. is a Plaintiff in this case. Amend. Compl., ECF No. 14 ¶¶ 241-247. Mr. Cardinal has suffered severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel. *Id*. ¶ 247. The following chart reflects the claim asserted by Mr. Cardinal who was injured in the December 25, 2005, attack, as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the accompanying Eubanks Declaration.

| Plaintiff | Relationship to Direct Victim | Claim Asserted | Evidence | Exhibit |
|---|---|---|---|---|

---

[52] *See Id*. at 2-8.
[53] *See Id*. at 10.

| David Cardinal | SPC Cardinal's father | Solatium claim $6.25 million | Copy of David Cardinal's birth certificate | F |
| | | | Declaration of David Cardinal dated September 5, 2023 | G |

### 1. Solatium Claims Brought by SPC Cardinal's Family Member

### a. David G. Cardinal, Jr.[54]

David Cardinal and his ex-wife raised SPC Cardinal ("Tony") and three daughters in Muskegon, Michigan.[55] Mr. Cardinal described SPC Cardinal as a responsible and trustworthy child who grew to become a respectable man.[56] The family owned and ran several businesses over the years and as SPC Cardinal became old enough, he assisted his father with the family business.[57] Mr. Cardinal described that prior to the death of his son, he was hardworking and always provided for his family.[58] Holidays were a special occasion in the Cardinal household, and Mr. Cardinal made sure that his children had everything he didn't have growing up.[59] Mr. Cardinal described that his favorite memory of his son was "watching his face light up when he received a Yamaha dirt bike" one Christmas.[60] SPC Cardinal was so excited that he created a racetrack in their backyard.[61]

After the terrorist attacks on September 11, 2001, SPC Cardinal was inspired to join the military and serve his country.[62] It came to no surprise to Mr. Cardinal that his son decided to enlist

---

[54] David Cardinal's birth certificate and declaration confirm that he is a U.S. citizen and was at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. F, birth certificate; Ex. G, Declaration of David Cardinal, dated September 5, 2023.

[55] Ex. G, Declaration of David Cardinal, dated September 5, 2023, ¶¶ 2-5.

[56] *Id.*, ¶ 5.

[57] *Id.*

[58] *Id.*

[59] *Id.*, ¶ 6.

[60] *Id.*

[61] *Id.*

[62] *Id.*, ¶ 7.

in the U.S. Army after he graduated high school.[63] He sat SPC Cardinal down and explained the dangers of serving in the military but supported his son's decision to join.[64]

On Christmas morning in 2005, Mr. Cardinal received a call from SPC Cardinal's Sergeant, informing him that his son was injured in an EFP attack and later died from his injuries.[65] Mr. Cardinal was told that his son suffered from "immense pain" before succumbing to his injuries.[66] "Picturing [SPC Cardinal] bleeding out" is traumatizing for Mr. Cardinal.[67] SPC Cardinal's death "destroyed [his] entire family."[68] Mr. Cardinal was unable "to eat and sleep for a long time" after receiving the news of his son's death.[69] He lost weight and would "stay up at night thinking."[70] He cried until there were no more tears.[71] It was unbearable to attend the funeral and watch others grieve who knew SPC Cardinal for his entire life.[72] Mr. Cardinal also grew tired of hearing how sorry people were for his loss.[73]

Mr. Cardinal suffered from SPC Cardinal's death to the point that his family was torn apart.[74] He "shut the world off" and "moved to an apartment where [he] could be alone."[75] ██ ████████████████████████████████████████[76] The family businesses quickly dissolved and a man who once was a provider for his family became estranged.[77] His relationship with his wife and three daughters deteriorated and he felt as though he "had nothing."[78] "The

---

[63] *Id.*
[64] *Id.*
[65] *Id.*, ¶ 8.
[66] *Id.*
[67] *Id.*, ¶ 18.
[68] *Id.*, ¶ 8.
[69] *Id.*, ¶ 9.
[70] *Id.*
[71] *Id.*
[72] *Id.*
[73] *Id.*
[74] *Id.*, ¶ 10.
[75] *Id.*
[76] *Id.*
[77] *Id.*
[78] *Id.*

constant blame game for the death of [SPC Cardinal] caused irreparable harm" and Mr. Cardinal and his wife divorced after several years of marriage.[79]

Eager to be in isolation, Mr. Cardinal packed his belongings and moved to Pfafftown, North Carolina in order to "get away from everyone and everything."[80] This helped to numb the pain from losing his son, who was his best friend.[81] According to Mr. Cardinal, "something in [him] shut down when Tony was killed."[82] He still has not heard from his ex-wife and two of his three daughters in years and the family is divided.[83] This has hurt Mr. Cardinal "deeply."[84]

Mr. Cardinal was inspired by SPC Cardinal's faith in God.[85] When he was on Rest and Recuperation leave from Iraq in 2005, SPC Cardinal got saved at church.[86] It wasn't until Mr. Cardinal lost everything that he "really found God."[87] He described that ███████████████████ ██████████████████████████████████████████████████[88] At the time of his death, SPC Cardinal was married with two children.[89] Mr. Cardinal described how SPC Cardinal's youngest child was only two months when he died, and his son never got to meet his daughter.[90] "It is devastating" for Mr. Cardinal to know that his son had "less than two weeks before he was scheduled to return home."[91] Holidays are particularly difficult for Mr. Cardinal, "especially Christmas."[92] He relies on his faith to get him through those times.[93] Mr. Cardinal finds

---

[79] *Id.*, ¶ 11.
[80] *Id.*, ¶ 12.
[81] *Id.*, ¶¶ 12-13.
[82] *Id.*, ¶ 13.
[83] *Id.* ¶¶ 13, 18.
[84] *Id.*, ¶ 13.
[85] *Id.*, ¶ 14.
[86] *Id.*
[87] *Id.*
[88] *Id.*
[89] *Id.*, ¶ 15.
[90] *Id.*
[91] *Id.*, ¶ 16.
[92] *Id.*
[93] *Id.*

purpose in his volunteer work by serving food to people in his community who are homeless and
███████████████████████.[94]

According to Mr. Cardinal, he relives the loss of his son all the time.[95] "There is not a day
that goes by where [he] do[esn't] feel his absence."[96] He described that: "I spent years in isolation
██████████████████████ When Tony died a piece of my life was also taken."

Plaintiffs have requested an upward deviation of twenty-five percent, or $1.25 million from
the baseline award of $5 million for David Cardinal's solatium claim. This is based upon ██████
████████████████████████████████████████████ and is consistent with *Valore v.
Islamic Republic of Iran*, 700 F. Supp. 2d 52, 86 (D.D.C. 2010) (awarding an upward departure of
25% where the Plaintiff "became ████████████████████████████████████████
████████████████████.").  I find the Plaintiff's request to be reasonable and recommend
that the Court award $6.25 million for David Cardinal's solatium claim.

**C.  Keith Coe – April 27, 2010, Attack – Khalis**

On April 27, 2010, Sergeant ("Sgt.") Keith Coe was riding in the last vehicle in a three-
vehicle convoy traveling south on Route Cheyenne on the way to Khalis when his vehicle was
struck by a multi-array explosive. *See Stearns*, 633 F. Supp. 3d at 322, ECF No. 47.  Sgt. Coe's
casualty report confirms that he died in the attack. The Court found satisfactory evidence in the
record to demonstrate that the explosive responsible for the April 27, 2010, attack was an "EFP
traceable to Iran and its proxies," and found Iran responsible for the EPF attack "by supporting
proxy forces who conducted this attack." *Id*.

---

[94] *Id.*, ¶ 17.
[95] *Id.*, ¶18.
[96] *Id.*

Sgt. Coe's wife, Katrina Coe; two sons, Keith Coe, Jr.,[97] and K.A.C.; daughter, K.A.C.; mother, Rhonda Smith; brother, Matthew Coe; and sister, Sabrina Incorvia are Plaintiffs in this case.[98] Amend. Compl., ECF No. 14 ¶¶ 1284-1296. Plaintiffs have suffered severe physical and mental anguish and extreme emotional pain and suffering and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel. *Id.*, ¶ 1296. The following chart reflects the claims asserted by each of the Plaintiffs injured in the April 27, 2010, attack, as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits in the accompanying Eubanks Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Katrina Coe | Sgt. Coe's wife | Solatium claim $8 million | Copy of Katrina Coe's birth certificate | H |
| | | | Declaration of Katrina Coe dated November 4, 2023 | I |
| Keith A. Coe, Jr. | Sgt. Coe's son | Solatium claim $6.25 million | Copy of Keith A. Coe, Jr.'s birth certificate | J |
| | | | Declaration of Katrina Coe dated November 4, 2023 | I |
| | | | Declaration of Keith A. Coe, Jr. dated February 13, 2024. | K |
| K.A.C. | Sgt. Coe's son | Solatium claim $6.25 million | Copy of Keith Coe's son, K.A.C.'s birth certificate | L |
| | | | Declaration of Katrina Coe dated November 4, 2023 | I |
| K.A.C. | Sgt. Coe's daughter | Solatium claim $6.25 million | Copy of Sgt. Keith Coe's daughter, K.A.C.'s birth certificate | M |
| | | | Declaration of Katrina Coe dated November 4, 2023 | I |
| Rhonda Smith | Sgt. Coe's mother | Solatium claim $6.25 million | Copy of Rhonda Smith's birth certificate | N |
| | | | Declaration of Rhonda Smith dated August 4, 2023 | O |

---

[97] Keith Coe, Jr. was a minor when this case was file, and was listed as K.A.C. in the complaints. He has since turned 18. *See* Am. Comp. ¶ 1289.

[98] Plaintiff's name was Sabrina Chapman at the time this case was filed and has since changed to Sabrina Incorvia.

| Matthew Coe | Sgt. Coe's brother | Solatium claim $3.125 million | Copy of Matthew Coe's passport | P |
|---|---|---|---|---|
| | | | Declaration of Matthew Coe dated July 24, 2023 | Q |
| Sabrina Incorvia | Sgt. Coe's sister | Solatium claim $2.5 million | Copy of Sabrina Incorvia's passport | R |
| | | | Declaration of Sabrina Incorvia dated August 4, 2023 | S |

The following chart reflects the claim asserted on behalf of Sgt. Coe's estate arising out of the April 27, 2010, attack, as well as the evidence setting forth the bases of the claim. *See* Amend. Compl., ECF No. 14 ¶¶ 1284-1296. This evidence is provided as exhibits to the accompanying Eubanks Declaration.

| Plaintiff | Claims Asserted | Evidence | Exhibit |
|---|---|---|---|
| Keith Coe's Estate | Economic loss claim $4,233,105 | Letters of Administration, appointing Katrina Coe as personal representative over the estate of Keith Coe. | T |
| | | Economic Declaration of Katrina Coe, dated February 13, 2024. | U |
| | | Appraisal of Present Value of Economic Life of Keith Coe, dated June 4, 2024, prepared by Stan V. Smith, Ph.D. | V |

### 1.  Solatium Claims Brought by Sgt. Coe's Family Members

#### a.  Katrina Coe[99]

Katrina Coe is the widow of Sgt. Keith Coe. According to Mrs. Coe, she was "instantly drawn" to Sgt. Coe when she met him in 2004.[100] She described him as "compassionate," "fair," and "funny." When the pair began dating, they "were inseparable" and they "spent every day together."[101] Their first child, Keith Coe Jr., was born on April 28, 2005.[102] Sgt. Coe "had several challenges" growing up and wanted to make sure that his son was loved and provided for.[103] He decided that he wanted to join the military to support his family.[104] Mrs. Coe grew up in a military family her entire life. She unequivocally supported Sgt. Coe's decision to join the U.S. Army.[105] Mrs. Coe knew that she "wanted to spend the rest of [her] life" with him.[106] She married her "best friend" on April 13, 2007.[107]

When Sgt. Coe left for basic training, that was the longest time the two were apart since they met in 2004.[108] She described that "[n]othing could have prepared [her] for losing him forever."[109] Mrs. Coe described Sgt. Coe as an advocate for others around him.[110] Sgt. Coe joined the military at age twenty-seven and was older than many of the other soldiers he worked with.[111] He always opened his home for soldiers to come during the holidays, to get a home cooked meal,

---

[99]  Katrina Coe's birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. H, birth certificate; Ex. I, Declaration of Katrina Coe, dated November 4, 2023.

[100] Ex. I, Declaration of Katrina Coe, dated November 4, 2023, ¶ 6.

[101] *Id*., ¶¶ 6, 9.

[102] *Id*., ¶ 7.

[103] *Id*.

[104] *Id*., ¶ 8.

[105] *Id*.

[106] *Id*.

[107] *Id*.

[108] *Id*., ¶ 9.

[109] *Id*.

[110] *Id*., ¶ 6.

[111] *Id*., ¶ 11.

and gave them rides whenever they needed it.[112] Sgt. Coe was a caring person and a provider.[113] Mrs. Coe felt safe with him.[114]

Mrs. Coe and Sgt. Coe's second son, K.A.C., was born on January 12, 2008.[115] They were building a life together when Sgt. Coe received orders to deploy to Iraq in August 2009.[116] At this time, Mrs. Coe was pregnant with their daughter, who was due in October 2009.[117] Sgt. Coe was a family man and it "hurt him to not be present for the birth" of their daughter.[118] During her labor, Mrs. Coe focused on capturing the birth so he would be able to experience it as well.[119] According to Mrs. Coe, Sgt. Coe was looking forward to meeting his daughter and spending time with her.[120]

The couple remained close, even though Sgt. Coe was in Iraq. They spoke every day if possible but at least once a week.[121] When Sgt. Coe returned  home for a couple of weeks during Rest and Recuperation break in February 2010, the family spent it together in a rented house in Hawaii.[122] Sgt. Coe was finally able to see his daughter in person.[123] It was difficult for Sgt. Coe to leave his family to return to Iraq, but he was scheduled to return home in July 2010.[124]

Mrs. Coe was preparing for the fifth birthday party of Keith Coe, Jr. in April 2010.[125] She recalled that on April 27, 2010, she saw a vehicle approach their home and two soldiers get out.[126] Her "heart sank" because she immediately knew that meant Sgt. Coe was gone.[127] Mrs. Coe

---

[112] *Id.*
[113] *Id.*, ¶¶ 6, 8.
[114] *Id.*, ¶ 6.
[115] *Id.*, ¶ 10.
[116] *Id.*, ¶¶ 10, 12.
[117] *Id.*, ¶ 12.
[118] *Id.*
[119] *Id.*
[120] *Id.*
[121] *Id.*, ¶ 13.
[122] *Id.*, ¶ 14.
[123] *Id.*
[124] *Id.*, ¶ 15.
[125] *Id.*, ¶ 16.
[126] *Id.*
[127] *Id.*

explained that her "entire body went into shock" and she was "frozen."[128] She was unsure what to say or do and recalled feeling "so alone" when she found out he was killed.[129] Her daughter was an infant at the time and went with Mrs. Coe to retrieve Sgt. Coe's body in Dover, Delaware.[130] Mrs. Coe was unable to eat because of grief and her breastmilk supply "dried up" and she was unable to feed her baby.[131] She was forced to switch to baby formula.[132]

With Sgt. Coe gone, Mrs. Coe was "left raising three children ages 5 and under without [her] life partner."[133] The first year after his death was a blur and she completely blocked it out of her mind.[134] She went into survival mode in order to be there for her young children who had just lost a parent.[135] According to Mrs. Coe, she is "always reminded" of Sgt. Coe when she looks at their children.[136] Mrs. Coe has become emotionally detached and has never been in another relationship since her husband's death.[137] Her family has been a support system for her and she was rocked by the loss of her mother in 2017.[138] She described, "[l]osing her brought back those same feelings as when Keith was taken from us."[139]

The month of April is always a difficult time for Mrs. Coe and her children.  April is the month she and Sgt. Coe were married (13th), the month Sgt. Coe was born (14th), the month Sgt. Coe was killed (27th), and the month Keith Coe, Jr. was born (28th).[140] Grief has been "paralyzing" for her and she tries to be strong for the kids.[141] Mrs. Coe stated that she must, "fight through my

---

[128] *Id.*, ¶ 17.
[129] *Id.*
[130] *Id.*, ¶ 18.
[131] *Id.*
[132] *Id.*
[133] *Id.*, ¶ 19.
[134] *Id.*, ¶ 20.
[135] *Id.*
[136] *Id.*, ¶ 21.
[137] *Id.*, ¶ 29.
[138] *Id.*, ¶ 30.
[139] *Id.*
[140] *Id.*, at ¶ 21.
[141] *Id.*, ¶ 31.

depression every day to provide the love and support they need."[142] According to Mrs. Coe, the attack that took Sgt. Coe's life has had "catastrophic consequences" for their family.[143] She explained: "At the peak of our journey Keith was violently killed and taken from us. This has been a perpetual nightmare that I will never be able to wake from."[144]

Plaintiffs request, and I recommend, that the Court award $8 million for Katrina Coe's solatium claim.

### b.  Keith Coe, Jr.[145]

Keith Coe, Jr. is the oldest son of Sgt. Coe and turned five years old, the day after his father was killed.[146] He described that he still has memories of his dad, like when they would go to the movies.[147] Keith Jr. cherishes those moments with his father and recalls how Sgt. Coe always made him feel special.[148] His dad often took him to do activities one on one.[149] He remembered that his last memory with his father was the vacation they took to Hawaii when he was on leave from Iraq.[150]

Keith Jr. was only four years old when his father was deployed to Iraq.[151] He recalls feeling sad when his dad left because he would miss him but did not comprehend how "grave" the deployment was due to his age.[152] He never imagined at the time that Sgt. Coe wouldn't return home.[153] Keith Jr. recounted that on April 27, 2010, a vehicle approached their house and two

---

[142] *Id.*
[143] *Id.*, ¶ 34.
[144] *Id.*
[145] Keith Coe, Jr.'s birth certificate and declaration confirm that he is a U.S. citizen and was at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. J, birth certificate; Ex. K, Declaration of Keith Coe, Jr., dated February 13, 2024.
[146] Ex. K, Declaration of Keith Coe, Jr., ¶7.
[147] *Id.*, ¶ 5.
[148] *Id.*
[149] *Id.*
[150] *Id.*, ¶ 6.
[151] *Id.*
[152] *Id.*
[153] *Id.*

soldiers came inside to speak with his mom and she began to cry.[154] When she told him his dad died, Keith Jr. "did not grasp the magnitude" of his dad's death at the time. "From age five to twelve [Keith Jr.] was on autopilot" and went numb.[155]

It was hard for Keith Jr. to grow up without a father.[156] Every year it gets more difficult.[157] He was raised by his mother and didn't have a male figure to guide him throughout his life or a male role model to look up to.[158] Keith Jr. watched as his friends interacted with their fathers and this always made him sad because he doesn't get to experience that with his dad.[159]

After Sgt. Coe died, Keith Jr. became the oldest male in their immediate family. He described how he didn't have much of a childhood and always did everything he could at a young age to take care of his mom and siblings.[160] He felt as though he "had to step in and take control of everything at such a young age."[161] Keith Jr. has "struggled with depression, anxiety, and ██████████████████████[162] He gets through ████████████████████, although "there is still a lot of unspoken trauma" that he is still trying to overcome.[163] His mother, Katrina Coe explained that Keith Jr. is reminded of the tragedy of losing his father every year right before his birthday.[164] ████████████████████████████ but "life without [Sgt. Coe] is still challenging."[165]

---

[154] *Id.*, ¶ 7.
[155] *Id.*
[156] *Id.*, ¶ 8.
[157] *Id.*
[158] *Id.*, 10.
[159] *Id.*, ¶ 8.
[160] *Id.*, ¶ 9.
[161] *Id.*
[162] *Id.*, ¶ 12.
[163] *Id.*
[164] Ex. I, Declaration of Katrina Coe, dated November 4, 2023, ¶ 28.
[165] *Id.*

Case 1:17-cv-00131-RCL    Document 128    Filed 06/25/24    Page 26 of 64

Keith Jr. described the grief he sees his mother grapple with all the time and how she has never been in a romantic relationship since his father's death.[166] The death of his dad "broke [their] family a part."[167] Keith Jr. keeps Sgt. Coe's clothes and PlayStation to remember him by.[168] He often looks at photos but his memory is starting to fade as he gets older and he wishes he could hear Sgt. Coe's voice.[169] Having the same name as his dad has been difficult for him in addition to always being told that he looks so much like him.[170] It makes him sad that some family members cry when they see him because of the resemblance.[171] Keith Jr. described that he feels as though he is a "shadow" of his father and is not acknowledged as his own person.[172] The loss of his father "affects [his] everyday life."[173]

Plaintiffs have requested an upward deviation of twenty-five percent, or $1.25 million, from the baseline award of $5 million for a total award of $6.25 million for Keith Coe, Jr.'s solatium claim because Keith Jr. was a minor at the time of Sgt. Coe's death. They rely on *Mark v. Islamic Republic of Iran,* 626 F. Supp. 3d 16, 38 (D.D.C. 2022) (awarding 6.25 to children who were minors when their parents died). Although Plaintiffs' request is not unreasonable and is supported by *Mark*, I have recommended, and the Court has approved, awards of $5 million for other minor children whose fathers were killed in previous R&Rs, and I once again recommend an award of $5 million for Keith Coe, Jr.'s solatium claim.[174]

---

[166] Ex. K, Declaration of Keith Coe Jr., ¶ 13.
[167] *Id.*, ¶ 10.
[168] *Id.*, ¶ 11.
[169] *Id.*
[170] *Id.*, ¶ 14.
[171] *Id.*
[172] *Id.*
[173] *Id.*
[174] For example, in my Sixth R&R, I recommended, and the Court approved, $5 million for Jaden Hale who was four yearsn old when his father was killed; $5 million for Jesse James Hale who was three years sold when his father was killed; and $5 million for J.H. who was born while her father was on tour in Iraq and was only five weeks old when her father was killed.

### c.  Sgt. Coe's Son, K.A.C.[175]

K.A.C. was only two years old when Sgt. Coe was killed in the EFP attack.[176] He is now fifteen years old, and Mrs. Coe described how it is difficult raising sons without a male role model in their lives.[177] K.A.C. enjoys playing and watching sports and is athletic and competitive like Sgt. Coe had been.[178] Mrs. Coe tries to be there for K.A.C. but knows that he wishes his father could enjoy sports with him.[179] She described how K.A.C. has a lot of the same qualities that his dad had.

K.A.C. has worked hard to be the best student and athlete that he can be.[180] He has played soccer with a travel team and at school for over eight years.[181] Mrs. Coe explained that if Sgt. Coe were still alive, K.A.C. would have his father there to support him through these experiences.[182]

When K.A.C. was about eight years old, he began to express disappointment that other kids had their fathers around and his dad was gone.[183] He did not get the chance to bond with his father as his peers were able to bond with their fathers.[184] While Mrs. Coe supports K.A.C. the best she can, she stated that "[t]here is always a longing" for Sgt. Coe that cannot ever be fulfilled.[185]

Plaintiffs have requested an upward deviation of twenty-five percent, or $1.25 million, from the baseline award of $5 million for a total award of $6.25 million for K.A.C.'s solatium claim because K.A.C. was a minor at the time of Sgt. Coe's death.  They rely on *Mark v. Islamic*

---

[175] K.A.C.'s birth certificate and declaration confirm that he is a U.S. citizen and was at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. L, birth certificate; Ex. I, Declaration of Katrina Coe, dated November 4, 2023.

[176] Ex. I, Declaration of Katrina Coe, dated November 4, 2023, ¶ 25.

[177] *Id.*

[178] *Id.*

[179] *Id.*

[180] *Id.*, ¶ 26.

[181] *Id.*

[182] *Id.*

[183] *Id.*, ¶ 27.

[184] *Id.*

[185] *Id.*

*Republic of Iran,* 626 F. Supp. 3d 16, 38 (D.D.C. 2022) (awarding 6.25 to children who were minors when their parents died), and *Selig v. Islamic Republic of Iran*, 573 F. Supp. 3d 40, 75 (D.D.C. 2021) ("courts have recognized the particularly devastating effect that the loss of a parent can have on minors"). Although Plaintiffs' request is not unreasonable and is supported by *Mark*, I have recommended in previous R&Rs, and the Court has approved, awards of $5 million for other minor children whose fathers were killed, and I once again recommend that the Court award $5 million for Keith Coe, Jr.'s solatium claim.[186]

### d. Sgt. Coe's Daughter, K.A.C.[187]

K.A.C. was born one month after Sgt. Coe's departure to Iraq in 2009.[188] The first time Sgt. Coe met his daughter in person was for two weeks during his break from deployment in February 2010.[189] This is the only interaction K.A.C. has ever had with her father as Sgt. Coe was killed in an EFP attack on April 27, 2010.[190] K.A.C. is now fourteen years old and still struggles with the loss of her father.[191]

Mrs. Coe recounted that Sgt. Coe was not there to experience K.A.C.'s "first words, first steps, or first day of school."[192] She often tells K.A.C. how much her dad loves her, but K.A.C. is "heartbroken that she will never get to experience his love."[193] According to Mrs. Coe, K.A.C. watches how other fathers interact with their children when she is out in public or at a friend's

---

[186] For example, in my Sixth R&R, I recommended, and the Court approved, $5 million for Jaden Hale who was four years old when his father was killed; $5 million for Jesse James Hale who was three years sold when his father was killed; and $5 million for J.H. who was born while her father was on tour in Iraq and was only five weeks old when her father was killed.

[187] K.A.C.'s birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. M, birth certificate; Ex. I, Declaration of Katrina Coe, dated November 4, 2023.

[188] Ex. I, Declaration of Katrina Coe, dated November 4, 2023, ¶ 12.

[189] *Id.*, ¶ 14.

[190] *Id.*, ¶ 5.

[191] *Id.*, ¶¶ 23-24.

[192] *Id.*, ¶ 23.

[193] *Id.*

house.[194] K.A.C. has "battled emotions of grief and confusion" and there are always reminders that her father is gone.[195]

There are daddy-daughter dances that K.A.C. never gets to experience. Friends and teachers at school ask her about her dad and she must constantly explain that he was killed in Iraq.[196] Mrs. Coe described: "The magnitude of loss to K.A.C. is immeasurable. She lost a parent and her sense of stability."[197]

Plaintiffs have requested an upward deviation of twenty-five percent, or $1.25 million, from the baseline award of $5 million for a total award of $6.25 million for K.A.C.'s solatium claim because K.A.C, was a minor at the time of Sgt. Coe's death.  They rely on *Mark v. Islamic Republic of Iran,* 626 F. Supp. 3d 16, 38 (D.D.C. 2022) (awarding 6.25 to children who were minors when their parents died), and *Selig v. Islamic Republic of Iran*, 573 F. Supp. 3d 40, 75 (D.D.C. 2021) ("courts have recognized the particularly devastating effect that the loss of a parent can have on minors").  Although Plaintiffs' request is not unreasonable and is supported by *Mark*, I have recommended in previous R&Rs, and the Court has approved, awards of $5 million for other minor children whose fathers were killed, and I once again recommend that the Court award $5 million for K.A.C.'s solatium claim.[198]

---

[194] *Id.*, ¶ 24
[195] *Id.*
[196] *Id.*
[197] *Id.*
[198] For example, in my Sixth R&R, I recommended, and the Court approved, $5 million for Jaden Hale who was four years old when his father was killed; $5 million for Jesse James Hale who was three years sold when his father was killed; and $5 million for J.H. who was born while her father was on tour in Iraq and was only five weeks old when her father was killed.

### e. Rhonda Smith[199]

Rhonda Smith is the mother of Sgt. Coe, Matthew ("Matt") Coe and Sabrina Incorvia. She recalled that she and Sgt. Coe "shared a special bond" and how "[r]aising him has been one of [her] greatest joys."[200] She did not expect to lose her son when he was deployed to Iraq in 2009.[201]

Ms. Smith described Sgt. Coe as a protector who was responsible from a young age.[202] He strived to be the best at everything he decided to do.[203] Although Sgt. Coe was strong, he was also very caring.[204] According to Ms. Smith, Sgt. Keith had to grow up fast and did not grow up with a father or male figure in his life to look up to.[205] Despite this, he was like a protector to his brother Matthew and his sister Sabrina.[206] Mr. Smtih recounted how hard Sgt. Coe worked to have a better life.[207] She supported his decision to join the military because at this time he began a family of his own.[208] Ms. Smith described how much it meant to her when she lived with Sgt. Coe and his family in Washington for several months.

On April 27, 2010, Ms. Smith was out shopping with her sister when she received a missed call from Sgt. Coe's wife, Katrina Coe.[209] Ms. Smith's mother called her shortly after and told her to go home when she answered.[210] When Ms. Smith returned home, she called her mother back and she just said his name.[211] Ms. Smith immediately knew that Sgt. Coe was gone. She dropped

---

[199] Rhonda Smith's birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. N, birth certificate; Ex. O, Declaration of Rhonda Smith, dated August 4, 2023.

[200] Ex. O, Declaration of Rhonda Smith, ¶ 9.

[201] *Id.*

[202] *Id.*, ¶ 5.

[203] *Id.*, ¶ 6.

[204] *Id.*, ¶¶ 6-7.

[205] *Id.*, ¶ 5.

[206] *Id.*

[207] *Id.*, ¶ 8.

[208] *Id.*

[209] *Id.*, ¶ 10.

[210] *Id.*

[211] *Id.*

to the floor and screamed, "God no, God no!"[212] When she saw her son Matt after receiving the news, she "let out a howl."[213] The sound of her voice was unrecognizable.[214] Ms. Smith recalled that she felt grief through her entire body and was in shock.[215]

Life for Ms. Smith after finding out about the attack was consumed with grief.[216] She "fell into such a deep depression that it was difficult to function."[217] Every day she felt a sense of "hopelessness."[218] The pain of losing Sgt. Coe was emotional and physical. She "could feel his loss through [her] entire body" to the point where her "heart and stomach hurt."[219] Ms. Smith described that she was in physical pain for months.[220] █████████████████████████

████████████████████████████████████████████████████████████████[221]

When Sgt. Coe's was taken to Dover, Delaware after the attack, Ms. Smith did not get to view his body.[222] His casket was also closed at the funeral and she feels as though she "did not get a proper goodbye."[223] It is difficult for Ms. Smith to see her grandchildren get older without their father.[224] According to Ms. Smith, Keith Jr. looks and sounds just like Sgt. Coe and it gives her "goosebumps" to hear him laugh because of the similarity.[225] She recounted that Sgt. Coe missed so much, like the high school graduation of his oldest son and meeting his nieces and nephews.[226] She shares photos of Sgt. Coe with his children who have little to no memory of their father

---

212 *Id.*
213 *Id.*, 11.
214 *Id.*
215 *Id.*
216 *Id.*, ¶ 12.
217 *Id.*
218 *Id.*
219 *Id.*, ¶ 13.
220 *Id.*
221 *Id.*, ¶ 14.
222 *Id.*, ¶ 15.
223 *Id.*
224 *Id.*, ¶ 16.
225 *Id.*
226 *Id.*, ¶ 17.

because they were so young when he died.[227] It hurts her to know that the memory they do have is beginning to fade.[228] Ms. Smith stressed the importance of keeping photos and videos of your loved ones because it can "help capture[] a person's voice and mannerisms."[229] She stated, "[y]ou never know when this will be all you have left."[230] Ms. Smith imagines what her son would have been like as a middle aged male and "agonize[s]" over the fact that she will never know and experience that.[231]

According to Ms. Smith, Matt and Keith were "best friends."[232] Sgt. Coe was a "jokester and always made everyone laugh."[233] She described that he had been that way his entire life.[234] Sgt. Coe is "greatly missed by all who love him," especially his sense of humor.[235] Sgt. Coe "loved his children" and was "the father that he never had."[236] Family is very important to Ms. Smith and she treasures them now more than ever.[237] She "never could have imagined losing [her] son" and this "has been [her] greatest heartbreak."[238] No matter how much time has passed, she "will never recover from his death" and misses him every day.[239] Mother's day and holidays are especially difficult without Sgt. Coe.[240] According to Ms. Smith, "[e]very day is Memorial day" for her.[241] Ms. Smith described that when asked how many kids she has, she always answers "three" and hopes not to be put in a position to explain more.[242]

---

[227] *Id.*, ¶ 20.
[228] *Id.*
[229] *Id.*
[230] *Id.*
[231] *Id.*, ¶ 18.
[232] *Id.*, ¶ 19.
[233] *Id.*
[234] *Id.*
[235] *Id.*
[236] *Id.*, ¶ 21.
[237] *Id.*, ¶ 22.
[238] *Id.*
[239] *Id.*, ¶¶ 22-23.
[240] *Id.*, ¶ 23.
[241] *Id.*, ¶ 26.
[242] *Id.*, ¶ 24.

Losing Sgt. Coe has "hardened" Ms. Smith.[243] She struggles daily to move forward with life without him and it feels like he was taken just yesterday.[244] On Sgt. Coe's death certificate, it lists the cause of death as homicide, and she feels as though she'll "never have justice."[245] Ms. Smith stated that: "The worst thing a mom can do is bury a child. I've asked God to take me first next time. I don't think I can survive losing a child again."[246] Notwithstanding the rough childhood Sgt. Coe had, he changed the trajectory of his life.  Ms. Smith stated how proud she was of him.[247]

Plaintiffs have requested an upward deviation of twenty-five percent, or $1.25 million, to the base award of $5 million for Rhonda Smith's solatium claim, for a total award of $6.25 million, i█████████████████████████████████████████  Plaintiffs rely on *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010).  Plaintiffs' request seems reasonable, and I recommend that the Court award $6.25 million for Rhonda Smith's solatium claim.

### f.   Matthew Coe[248]

Matthew ("Matt") Coe and Sgt. Coe grew up close to one another.[249] Mr. Coe described that things were hard for them when they were young that caused the brothers to live apart at times during their childhood.[250] Their father was not present, yet Sgt. Coe stepped up and was the male

---

[243] *Id.*, ¶ 23.
[244] *Id.*, ¶ 26.
[245] *Id.*, ¶ 28.
[246] *Id.*, ¶ 14.
[247] *Id.*, ¶ 21.
[248] Matthew Coe's passport and declaration confirm that he is a U.S. citizen and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. P, passport; Ex. Q, Declaration of Matthew Coe, dated June 24, 2023.
[249] Ex. Q, Declaration of Matthew Coe, ¶ 5.
[250] *Id.*

figure in Mr. Coe's life.[251] Their "bond was special" as Sgt. Coe was not only his older brother but his "protector."[252] Mr. Coe stated: "[w]hen Keith died my life changed forever."[253]

When Mr. Coe was sixteen years old, his brother opened his home in Florida up to him.[254] Mr. Coe moved to Florida with Sgt. Coe and his girlfriend and got a job.[255] He described that they "were both kids at this time" but his brother looked out for him.[256] Mr. Coe recalled how hard they both worked to graduate from high school. He had the "most fun" during the time he spent living with Sgt. Coe.[257] "Every day was like a party."[258] Sgt. Coe was "everything" to Mr. Coe.[259] He described that Sgt. Coe "always tried to put a smile" on his face and "[t]here was no one else like him."[260] Mr. Coe stated: "We didn't have a father, but Keith made sure I was taken care of and prioritized my well-being. I could always count on him."[261]

When Sgt. Coe married Katrina Coe and started a family, he "did a complete one-eighty and became a family man."[262] Mr. Coe was "proud of the man" Sgt. Coe became.[263] "His wife and kids meant the world to him."[264] Mr. Coe "feared" what could happen to his brother if he joined the military.[265] One week before Sgt. Coe deployed to Iraq, Mr. Coe went to visit him in Washington.[266] He recalled telling Sgt. Coe "not to go" because he "had a bad feeling that

---

[251] *Id.*
[252] *Id.*, ¶ 16.
[253] *Id.*
[254] *Id.*, ¶ 6.
[255] *Id.*
[256] *Id.*
[257] *Id.*, ¶ 7.
[258] *Id.*
[259] *Id.*
[260] *Id.*
[261] *Id.*, ¶ 10.
[262] *Id.*, ¶ 8.
[263] *Id.*
[264] *Id.*
[265] *Id.*, ¶ 9.
[266] *Id.*

something would happen."[267] According to Mr. Coe, Sgt. Coe reassured him that everything would be alright.[268]

On April 27, 2010, Mr. Coe was at work when he got a call from his sister-in-law, Katrina Coe.[269] At first, he believed that it was his nephew, Keith Coe, Jr. calling to speak with his uncle as he often did.[270] When Mrs. Coe told him that Sgt. Coe had been killed, he "lost control."[271] Mr. Coe drove himself home and "climbed in bed with [his] wife who was pregnant with [their] first child" and "sobbed uncontrollably."[272] It took him several minutes before he was able to "make out the words to tell her what happened to Keith."[273] Mr. Coe described that his brother "meant more to [him] than any human being on the planet at that time."[274] "It was a terrible loss."[275] He recalled how "painful" it was to retrieve his brothers body in Dover, Delaware.[276] He stated: "I never want to go to Delaware again in my life."[277]

Mr. Coe began ██████████████████████████████████████ ██████████████████████████████████ ████████████████████████████████ ████████████████████████[280] His wife was his "rock to lean on" and supported him for several years ████████████████.[281] The pain of Sgt. Coe's death has caused Mr. Coe "so much grief" that "has affected [his] wife and kids."[282] He described the loss

---

[267] *Id.*
[268] *Id.*
[269] *Id.*, ¶ 12.
[270] *Id.*
[271] *Id.*
[272] *Id.*, ¶ 13.
[273] *Id.*
[274] *Id.*, ¶ 14.
[275] *Id.*
[276] *Id.*
[277] *Id.*
[278] *Id.*, ¶ 15.
[279] *Id.*
[280] *Id.*
[281] *Id.*, ¶ 17.
[282] *Id.*

of his brother as "crippling" as he had difficulty sleeping and did not focus on his health.[283] Mr. Coe's wife convinced him to finally go to see a physician and he learned that he had issues with his thyroid.[284] According to Mr. Coe, the doctor said that "given [his] condition [he] should be in a coma." It was at that point that Mr. Coe began to turn his life around.[285]

Mr. Coe is ███████████████████████████████████ ██████████████

███████████████████ and he tries to do things that would make Sgt. Coe proud.[287] He speaks about his brother often with his kids although it hurts him that they don't get to "experience [Sgt. Coe's] unconditional love" as he did.[288] Mr. Coe recounted how much he misses the nights he and his brother would hang out and how Sgt. Coe would tell a joke to make him laugh.[289] He misses having "that one person [he] thought would always be there."[290] "Having that ripped away has been devastating."[291] Mr. Coe stated: "Keith's absence is felt every day. Nothing could have prepared me for losing such an important piece of my life. Without my older brother, there is a lingering hollowness that will never be filled."[292]

Plaintiffs have requested an upward deviation of twenty-five percent, or $625,000, to the base award of $2.5 million for Matthew Coe's solatium claim, for a total award of $3.125 million ████████████████████████████████████████████ Plaintiffs rely on *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 86 (D.D.C. 2010).  Given the

---

[283] *Id.*, ¶ 18.
[284] *Id.*
[285] *Id.*
[286] *Id.*, ¶ 19.
[287] *Id.*
[288] *Id.*, ¶ 20.
[289] *Id.*, ¶ 21.
[290] *Id.*
[291] *Id.*
[292] *Id.*, ¶ 22.

███████████████████████████ Plaintiffs' request appears reasonable. I recommend that the Court award $3.125 million for Matthew Coe's solatium claim.

### g.  Sabrina Incorvia[293]

Sgt. Coe and Matthew Coe are the only siblings of Sabrina Incorvia.[294] Ms. Incorvia was separated from her siblings growing up and was raised by her father in Florida.[295] She spoke with her siblings often by phone but "wanted to be near [her] brothers."[296] When Sgt. Coe moved to Florida in 1998, Ms. Incorvia was "excited" to have her brother close by. [297] The trip to visit him in Winter Haven was about a forty-five-minute drive from her home in Lakeland, Florida.[298] Ms. Incorvia would drive to her brother's apartment to spend time with him "at least once a week."[299] They also met at their grandmother's house in Winter Haven and would hangout by the pool.[300] Sgt. Coe took Ms. Incorvia to theme parks and concerts. One of her favorite concerts they attended was the Warped Tour music festival. She "cherish[es] the time [they] spent together."[301]

When Sgt. Coe joined the military, Ms. Incorvia was proud of him but frightened.[302] According to Ms. Incorvia, Sgt. Coe had a "rough life and pulled himself out of it."[303] She described how she and Sgt. Coe "built a close relationship and spent as much time as possible with one another."[304] It was difficult for her living apart from him as a child and having him there as

---

[293] Sabrina Incorvia's passport and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. R, passport; Ex. S, Declaration of Sabrina Incorvia, dated August 4, 2023.
[294] Ex. S, Declaration of Sabrina Incorvia, ¶ 6.
[295] *Id.*
[296] *Id.*
[297] *Id.*, ¶ 7.
[298] *Id.*
[299] *Id.*
[300] *Id.*, ¶ 9.
[301] *Id.*, ¶ 7.
[302] *Id.*, ¶ 8.
[303] *Id.*
[304] *Id.*, ¶ 10.

her "protector was comforting."[305] Mrs. Incorvia thought that she would always have her brother in her life.[306] He made her "feel safe, loved, and most importantly [like she] wasn't alone."[307] It is "heartbreaking" for her to not have Sgt. Coe in her life.[308] She stated, "I will never be the same."[309]

On April 27, 2020, Ms. Incorvia was with her grandmother who was "distraught."[310] She tried to understand what was happening and her grandmother couldn't get the words out.[311] "She repeatedly said Keith's name."[312] At that moment, Ms. Incorvia knew that her "brother was gone."[313] She was "devastated" by the loss of her brother. "Overwhelmed with severe anxiety [she] had [her] first panic attack that day.[314] According to Ms. Incorvia, she was unrecognizable at that time.[315] She stated, " [i]t was the worst day of my life, and the grief was unbearable."[316] Her doctor diagnosed her with Post Traumatic Stress Disorder ("PTSD") and prescribed medication.[317] Ms. Incorvia "still suffer[s] from anxiety attacks and attend[s] therapy for [her] PTSD."[318]

Ms. Incorvia described that she just had her brother back in her life and "built a relationship" she thought she would have "forever."[319] She stated, " I am furious that he was taken from us."[320] There have been times since Sgt. Coe's death where she "really needed [him] for support." She recounted that he was not there to comfort her through her divorce, to celebrate her

---

[305] *Id.*
[306] *Id.*
[307] *Id.*
[308] *Id.*
[309] *Id.*
[310] *Id.*, ¶ 11.
[311] *Id.*
[312] *Id.*
[313] *Id.*
[314] *Id.*, ¶ 12.
[315] *Id.*
[316] *Id.*
[317] *Id.*, ¶ 13.
[318] *Id.*
[319] *Id.*, ¶ 14.
[320] *Id.*

new marriage, and for holidays.[321] Celebrating holidays used "to be a joyful time but are [now] always clouded by sorrow."[322] Sgt. Coe met her twins when they were infants, but he did not get to meet Ms. Incorvia's youngest son who is named after him. She described that "it is devastating" that her children will never know their uncle.[323] The attack on Sgt. Coe has caused her "great emotional pain" that she grapples with every day.[324] She described that her life "is permanently altered by the loss" of Sgt. Coe.[325]

Ms. Incorvia stated: "Everything reminds me of my brother Keith. When I'm outside in my yard and see cardinals, I think of him. When I hear a song that Keith would sing, I think of him. Keith was my big brother and my protector. I feel great despair that his life was cut short. We had more memories to make."[326]

Plaintiffs have requested, and I recommend, that the Court award $2.5 million for Sabrina Incorvia's solatium claim.

## 2.  Claim Brought on Behalf of the Estate of Sgt. Coe

### a.  Economic Loss Claim

On behalf of Sgt. Coe's estate, Katrina Coe[327] also seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c). To support the estate's claims for these economic losses, Plaintiffs submit an expert report prepared by Dr. Smith.

To project Sgt. Coe's future income stream if not for the April 27, 2010, attack, Dr. Smith incorporated testimonial evidence that Sgt. Coe would have pursued a military career, and overlaid

---

[321] *Id.*, ¶ 16.
[322] *Id.*
[323] *Id.*, ¶ 15.
[324] *Id.*, ¶ 17.
[325] *Id.*
[326] *Id.*, ¶ 18.
[327] *See* Ex. T, Letters of Administration, appointing Katrina Coe personal representative over the estate of Keith Coe.

that information against statistical data generated by the Bureau of Labor Statistics, the Department of Labor, military pay websites, and other relevant sources.[328] From these sources, Dr. Smith calculated the present value of Sgt. Coe's lost income and loss of the value of housekeeping and household management services, assuming that Sgt. Coe, who was 30 years old when he was killed, (1) would have been promoted to E-6 Staff Sergeant in 2019; (2) had a life expectancy of 77.8 years; (3) would have remained employed through age 67; (4) would have employee benefits that grow at the same rate as wages that are discounted to present value at the same discount rate; and (5) would have contributed household service hours at 66.67 percent of the statistical average through age 67.[329] Dr. Smith adjusted these income figures for consumption and adjusted the Social Security benefit at a range from 4.10% to 4.57%.[330]

Plaintiffs have requested, and I recommend that the Court award, $3,397,152 for loss of wages and benefits and $835,953 for household service loss for a total of $4,233,105 in economic damages, as calculated by Dr. Smith, for the estate of Sgt. Coe's economic loss claim.[331]

### D.  Paul Finken – November 2, 2006, Attack – Baghdad

On November 2, 20006, Lieutenant Colonel ("Lt. Col.") Paul Finken was traveling in the lead vehicle of a four-vehicle convoy when a multi-array explosive struck his vehicle. *See Stearns*, 633 F. Supp. 3d at 306, ECF No. 47. Lt. Col. Finken's casualty report confirms that he was killed in the attack. *Id*. The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for Lt. Col. Finken's death in the November 2, 2006, attack was an EFP

---

[328] *See* Ex. V, Appraisal of Present Value of Economic Life of Keith Coe, dated June 4, 2024, prepared by Stan V. Smith, Ph. D., at 2-8.
[329] *See Id*. at 2-10.
[330] *Id*. at 7-8.
[331] *See Id*. at 14.

"traceable to Iran and its proxies," and found Iran responsible for the attack "by supporting proxy forces who conducted the attack." *Id*.

Lt. Col. Finken's wife, Jackie Farrar-Finken; daughters Emilie Finken, Caroline Finken, Julia Finken; brother, David Finken; and sister, Joan Henscheid, are Plaintiffs in this case. *See* Am. Compl., ECF No. 14, ¶¶ 497-514. Plaintiffs have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/brother's society, companionship, comfort, advice and counsel. *Id*., ¶ 514. The following chart reflects the claims asserted by each of the Plaintiffs injured in the November 2. 2006, attack, as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the accompanying Eubanks Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Jackie Farrar-Finken | Lt. Col. Finken's wife | Solatium claim $8 million | Copy of Jackie Farrar-Finken's birth certificate | W |
| | | | Declaration of Jackie Farrar-Finken dated February 18, 2024 | X |
| Emilie Finken | Lt. Col. Finken's daughter | Solatium claim $6.25 million | Copy of Emilie Finken's birth certificate | Y |
| | | | Declaration of Emilie Finken dated January 22, 2024 | Z |
| Caroline Finken | Lt. Col. Finken's daughter | Solatium claim $6.25 million | Copy of Caroline Finken's birth certificate | AA |
| | | | Declaration of Caroline Finken dated January 8, 2024 | AB |
| Julia Finken | Lt. Col. Finken's daughter | Solatium claim $6.25 million | Copy of Julia Finken's birth certificate | AC |
| | | | Declaration of Julia Finken dated January 24, 2024 | AD |
| David Finken | Lt. Col. Finken's brother | Solatium claim $2.5 million | Copy of David Finken's birth certificate | AE |

| | | | Declaration of David Finken dated September 11, 2023 | AF |
|---|---|---|---|---|
| Joan Henscheid | Lt. Col. Finken's sister | Solatium claim $2.5 million | Copy of Joan Henscheid's birth certificate | AG |
| | | | Declaration of Joan Henscheid dated October 5, 2023 | AH |

The following chart reflects the claims asserted on behalf of Lt. Col. Finken's estate arising out of the November 2, 2006, attack, as well as the evidence setting forth the bases of the claim. *See* Amend. Compl., ECF No. 14 ¶¶ 497-514. This evidence is provided as exhibits to the accompanying Eubanks Declaration.

| Plaintiff | Claims Asserted | Evidence | Exhibit |
|---|---|---|---|
| Paul Finken's Estate | Economic loss claim $6,898,527 | Letters of Administration dated January 4, 2024, appointing Jackie Farrar-Finken as personal representative over the estate of Paul Finken. | AI |
| | | Economic Declaration of Jackie Farrar-Finken, dated February 20, 2024. | AJ |
| | | Appraisal of Present Value of Economic Life of Paul Finken, dated June 4, 2024, prepared by Stan V. Smith, Ph.D. | AK |

### 1.  Solatium Claims Brought by Lt. Col. Finken's Family Members

#### a.  Jackie Farrar-Finken[332]

Jackie and Paul Finken both grew up in Iowa and formed an "instant connection" when they met.[333] Mrs. Finken described how "funny and very down to earth" Lt. Col. Finken was.[334] They began dating in 1988 while he attended the WestPoint United States Military Academy.[335] The connection between Mrs. Finken and Lt. Col. Finken was strong. They couple married in 1992 in Earling, Iowa.[336]

Mrs. Finken went to every duty station of Lt. Col. Finken and supported him through each deployment. Over the years they lived in Alaska, Georgia, Germany, California, Kansas, and Kentucky.[337] They were "inseparable apart from his deployment with work."[338] She described: "[e]ven still, we shared a special bond. Paul was my life partner and the love of my life."[339] Lt. Col. Finken received his first deployment to Bosnia as a company commander while stationed in Vilseck.[340] Mrs. Finken "was concerned" but felt "reassured that he would return safely."[341] Their eldest daughter, Emilie Finken was born in Monterey, California.[342] According to Mrs. Finken, Lt. Col. Finken was a "great husband" but an "even better father."[343] When they moved to

---

[332] Jackie Farrar Finken's birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. W, birth certificate; Ex. X, Declaration of Jackie Farrar-Finken, dated February 18, 2024.

[333] Ex. X, Declaration of Jackie Farrar-Finken, ¶ 5.

[334] *Id.*

[335] *Id.*

[336] *Id.*

[337] *Id.*, ¶¶ 6-8.

[338] *Id.*, ¶ 6.

[339] *Id.*

[340] *Id.*, ¶ 7.

[341] *Id.*

[342] *Id.*, ¶ 8.

[343] *Id.*

Leavenworth, Kansas, their two daughters Caroline and Julia were born.[344] Mrs. Finken knew that Lt. Col. loved them and was their protector.[345]

Lt. Col. Finken was deployed to Tal Afar, Iraq in 2003.[346] Mrs. Finken described that "it was hard being away" from Lt. Col. Finken, but she felt "relief when he made it home safely."[347] After his deployment to Iraq, Lt. Col. Finken received orders that his next duty station would be in Washington, D.C.[348] Mrs. Finken described how excited they were to start the next chapter in their lives.[349] She obtained an undergraduate degree in Political Science and a graduate degree in Public Administration.[350] Lt. Col. Finken had a degree in Operations Analysis and "was looking forward to working in a different field.[351] Most of all, Mrs. Finken was looking forward to having her husband home more and not worrying about his safety while at war.[352] As they were making arrangements for their move, Lt. Col. Finken's "orders were abruptly changed.[353] Instead of moving to D.C., he would be deployed to Iraq for a second time.[354] Mrs. Finken was crushed by news of this second deployment to Iraq.[355] She worried about Lt. Col. Finken's safety and knew he would be in danger.[356]

According to Mrs. Finken she was "fortunate to be able to speak with [her husband] every day while he was in Iraq because of his duty station."[357] "This was both a blessing and a curse

---

[344] *Id.*
[345] *Id.*
[346] *Id.*, ¶ 9.
[347] *Id.*
[348] *Id.*
[349] *Id.*
[350] *Id.*
[351] *Id.*
[352] *Id.*
[353] *Id.*
[354] *Id.*
[355] *Id.*
[356] *Id.*
[357] *Id.*, ¶ 10.

because when no one answered the phone, [she] knew something was wrong."[358] After the deployment in Iraq, Lt. Col. Finken would be stationed in Sydney, Australia.[359] Emilie, Caroline and Julia were in school and the couple debated about whether they would meet Lt. Col. in Sydney after the girls finished their semester.[360] Mrs. Finken recalled, on November 1, 2006, she spoke wither husband and they agreed that they had been away from each other too long and would go to Sydney together as a family.[361] She recounted: "I remember that we were so happy and on the same page. In hindsight, this call felt different. There was a sense of resolution."[362]

At approximately three in the morning on November 2, 2006, Mrs. Finken woke up in a "complete panic."[363]  Before she received word of anything happening to her husband, she knew he was gone.[364] Mrs. Finken described that her intuition was confirmed when she called him, and no one answered.[365] Someone always answered unless something was wrong.[366] When her daughters woke up, she took Emilie and Caroline to school and took Julia with her to a friend's house.[367] Mrs. Finken explained to her friend that she had a gut feeling that her husband was gone.[368] Her friend comforted her and agreed to watch Julia while Mrs. Finken went home.[369] She described that, she "had to be there when the soldiers arrived to give [her] the news."[370] Mrs. Finken called Lt. Col. Finken's oldest brother, Al and asked that he get a plane ticket and meet them in Kentucky.[371]

---

[358] *Id.*
[359] *Id.*, ¶ 11.
[360] *Id.*
[361] *Id.*
[362] *Id.*
[363] *Id.*, ¶ 12.
[364] *Id.*
[365] *Id.*
[366] *Id.*, ¶ 10.
[367] *Id.*, ¶ 12.
[368] *Id.*
[369] *Id.*
[370] *Id.*
[371] *Id.*

A few moments after she arrived home, a vehicle approached the Finken home.[372] When the soldiers arrived at the door, Mrs. Finken asked if they would take off their coats and have a beer with her.[373] She described, "[t]that's what Paul would have wanted."[374] The soldiers agreed and after a while, Mrs. Finken knew that she could not prolong what they were there to tell her.[375] She stated: "They confirmed what I already knew, Paul was gone. I was heartbroken. My life has never been the same."[376] The news of the attack was devastating for her, but she had to "muster the strength to tell [their] daughters [ages four, six, and eight] that their father would not be returning home."[377] A community of friends, teachers, and the principal of the girls' school came over to help comfort them.[378] All of the women were military wives and they understood.[379] She recalled how grateful she was to have a community of support in Kentucky and from Lt. Col. Finken's family.[380]

Mrs. Finken described that it was difficult for her daughters to process death; "even today."[381] She stated, "[w]hen Paul died it took a part of them with him."[382] Lt. Col. Finken was scheduled to come home on November 10 and he was killed on November 2.[383] "Instead of planning his homecoming, [they] were preparing for his funeral."[384] Mrs. Finken described how it angered her that her husband was not supposed to be in Iraq and he was merely days away from

---

[372] *Id.*, ¶ 13.
[373] *Id.*
[374] *Id.*
[375] *Id.*
[376] *Id.*
[377] *Id.*, ¶ 14.
[378] *Id.*
[379] *Id.*
[380] *Id.*, ¶ 15.
[381] *Id.*
[382] *Id.*
[383] *Id.*, ¶ 16.
[384] *Id.*

his return.[385] The first year was a "blur" for the Finken family after Lt. Col. Finken was killed.[386] His family took turns coming to visit and comforting the girls.[387] Mrs. Finken described Paul as "loyal and unforgettable."[388] "He could light up every room he entered."[389] Lt. Col. Finken "was a leader, yet very humble."[390] She misses everything about him and he touched so many other lives.[391] Mrs. Finken often finds that people leave behind things at Lt. Col. Finken's grave, such as a mini bar.[392] The loss of her husband "has been gut wrenching for so many people."[393]

Mrs. Finken described how much of an impact, Lt. Col. Finken's death had on their daughters.[394] "They have each struggled immensely due to his loss."[395] Emilie was eight years old when he was killed and has memories of him.[396] She now shuts down and is not as happy and outgoing as she was when her father was here.[397] "Caroline went completely mute for years" ███

████████████████████████████████████████████████[398] Julia was so young when Lt. Col. Finken was killed and has no memory of him.[399] "She suffers from anxiety and fear of abandonment."[400] Mrs. Finken described that there were so many moments in their lives where they needed Lt. Col. Finken and he was not there for them.[401]

---

[385] *Id.*
[386] *Id.*, ¶ 17.
[387] *Id.*
[388] *Id.*
[389] *Id.*
[390] *Id.*
[391] *Id.*
[392] *Id.*
[393] *Id.*
[394] *Id.*, ¶ 19.
[395] *Id.*
[396] *Id.*
[397] *Id.*
[398] *Id.*, ¶ 20.
[399] *Id.*
[400] *Id.*
[401] *Id.*

After Lt. Col. Finken was killed, Mrs. Finken and her daughters stayed in Fort Campbell, Kentucky for two years before moving to Woodridge, Virginia.[402] She went back to work as a substitute teacher for the schedule flexibility, although she had a background in political science.[403] She wanted to be there for her daughters and did not want to commute to D.C. to work in her field.[404] Mrs. Finken described how she and Lt. Col. Finken loved to travel.[405] He was an avid outdoorsman and they would often camp, hike, and fish.[406] They hiked in places like the Shawangunk Mountains in New York, Willow Creek in Alaska, and the redwoods in California.[407] When their daughters were born, they often took them on trips.[408] Now that Lt. Finken is gone, the family does not get to travel as often, even though that is something they loved to do.[409]

According to Mrs. Finken: "If Paul were here our lives would be so much richer. His love was comforting and there is such a big void without him. This longing will never be satisfied. Paul is the first and last person I think of each day. Now that our children are older, I don't have my life partner to live out the rest of my life. It's hard to put in words the loss. His absence is so very loud."[410]

Plaintiffs have requested, and I recommend, that the Court award $8 million for Jackie Farrar-Finken's solatium claim.

---

[402] *Id.*, ¶ 21.
[403] *Id.*
[404] *Id.*
[405] *Id.*, ¶ 22.
[406] *Id.*
[407] *Id.*
[408] *Id.*, ¶ 23.
[409] *Id.*
[410] *Id.*, ¶ 24.

### b. Emilie Finken[411]

Emilie Finken was eight years old when her father Lt. Col. Finken was killed in the November 2, 2006, attack.[412] She described her father as a "hands on dad" that always made time for his daughters no matter how busy he got with work.[413] His career "never stopped him from making [his daughters] feel special."[414] Although she was very young when Lt. Col. Finken died, Ms. Finken has early memories of her father.[415] The Finken's had an apple tree in their backyard while they lived in Kansas.[416] According to Ms. Finken, they would spend all day eating apples and swimming when Lt. Col. Finken was home from work.[417] He also played softball and croquet with his daughters.[418] They "loved climbing the playhouse and eating waffles for breakfast."[419] Ms. Finken stated that her "life forever changed the day he was taken."[420]

Lt. Col. Finken had a "wicked sense of humor and always had a joke up his sleeve."[421] Ms. Finken described how she missed his "laughter and presence."[422] On November 2, 2006, Ms. Finken recalled that she and her sister Caroline were picked up from school by a family friend.[423] The sisters stayed at the family friend's house for a while before she brought them home.[424] Ms. Finken described that she was "shocked" to see her teachers and principal waiting for her at their

---

[411] Emile Finken's birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. Y, birth certificate; Ex. Z, Declaration of Emilie Finken, dated January 22, 2024.

[412] Ex. Z, Declaration of Emilie Finken, ¶ 4.

[413] *Id.*, ¶ 5.

[414] *Id.*

[415] *Id.*

[416] *Id.*, ¶ 6.

[417] *Id.*

[418] *Id.*

[419] *Id.*

[420] *Id.*, ¶ 4.

[421] *Id.*, ¶ 7.

[422] *Id.*

[423] *Id.*, ¶ 8.

[424] *Id.*

house.[425] She recalled that she "was overcome by grief" when her mom told her that Lt. Col. Finken had been killed.[426] Ms. Finken knew that her dad was gone and that she would "never see him again."[427]

She recalled that there were so many moments "where it felt incomplete without [her] dad."[428] A couple of months after Lt. Col. Finken died, Ms. Finken had her first communion.[429] She described how "strange" it was to not have her father there during such a monumental point in her life.[430] Ms. Finken recounted how her father was not able to attend sports games, dance recitals and graduations.[431] The annual donut brunch for daughters and fathers were always difficult for Ms. Finken and her sisters.[432] Every year she and her sisters joined other girls at the brunch who were also without fathers.[433] Throughout middle school and high school, Ms. Finken participated in robotics.[434] Lt. Col. Finken was an engineer, and she naturally took this interest after him.[435] During high school, Ms. Finken was preparing to present her final project to a panel of engineers.[436] Her mother was always there to support every activity she participated in.[437] However, Ms. Finken described that she used to build things together with her father before he was killed.[438] She stated: "Moments like this, I needed my dad there."[439]

---

[425] *Id.*
[426] *Id.*
[427] *Id.*
[428] *Id.*, ¶ 9.
[429] *Id.*
[430] *Id.*
[431] *Id.*
[432] *Id.*, ¶ 10.
[433] *Id.*
[434] *Id.*, ¶ 11.
[435] *Id.*
[436] *Id.*
[437] *Id.*
[438] *Id.*
[439] *Id.*

According to Ms. Finken, her mother "worked tirelessly to be there" for her and her sisters.[440] At times, it was difficult for her mother to split her time between each of them.[441] For example, her mother had to coordinate schedules while the girls were in high school to meet as many teachers as possible during orientation.[442] Ms. Finken described Lt. Col. Finken as a parent who was very "present" and has no doubt that things would have been different if he were still alive.[443] Without him, there was no one there to help her mother with all of the daily activities.[444]

Ms. Finken followed in Lt. Col. Finken's footsteps and began working as an engineer.[445] She currently works in government contracting as a mechanical engineer.[446] Ms. Finken is responsible for verifying the system her department designs to ensure that the components will not break and harm crucial ship systems or sailors nearby.[447] She takes her job "very seriously" because she does not want other kids to grow up like her and her sisters.[448] The death of Lt. Col. Finken has influenced Ms. Finken's life and career path.[449] The work she does gives her purpose.[450] Ms. Finken stated: "I miss my dad every day. Growing up without him has been challenging."[451]

Plaintiffs have requested an upward deviation of twenty-five percent, or $1.25 million , from the base award of $5 million for a total award of $6.25 million for Emilie Finken's solatium claim because she was a minor at the time of Lt. Col. Finken's death.  Although Plaintiffs' request

---

[440] *Id.*, ¶ 12.
[441] *Id.*
[442] *Id.*
[443] *Id.*
[444] *Id.*
[445] *Id.*, ¶ 13.
[446] *Id.*
[447] *Id.*
[448] *Id.*
[449] *Id.*
[450] *Id.*
[451] *Id.*, ¶ 14.

is not unreasonable, I recommend, consistent with other recommendations I have made and the Court has approved, that the Court award $5 million for Emilie Finken's solatium claim.[452]

### c.  Caroline Finken[453]

Caroline Finken was just six years old when Lt. Col. Finken died.[454] She described how great of a father he was. Her sixth birthday party theme was My Little Pony.[455] Being the hands-on dad he was, Lt. Col. Finken built a pony for each guest at the party.[456] Ms. Finken stated that, "he always made sure to spend time playing with my sisters and I no matter how busy he got."[457]

Ms. Finken recalled that the day Lt. Col. Finken was killed, she was picked up from school by a family friend. When she returned home later that night, she was met by her teachers and principal. When her mother told her that her father was killed, she stated: "We were all in tears. It was devastating to lose him."[458] Ms. Finken recalled how hard it was to grow up without her dad and watch her peers interact with their fathers.[459] "It really hit [her] that [her] dad was gone."[460] Lt. Col. Finken collected gifts for his daughters.[461] Ms. Finken wears the gold locket he gave her "every single day."[462] There are also several videos Lt. Col. Finken pre-recorded of himself reading books that the Finken family still has.[463] Ms. Finken cherishes these videos so much because it allows her "to hear his voice."[464]

---

[452] See notes 174, 186, and 198, supra.
[453] Caroline Finken's birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. AA, birth certificate; Ex. AB, Declaration of Caroline Finken, dated January 8, 2024.
[454] Ex. AB, Declaration of Caroline Finken, ¶ 2.
[455] *Id.*, ¶ 3.
[456] *Id.*
[457] *Id.*
[458] *Id.*, ¶ 4.
[459] *Id.*
[460] *Id.*, ¶ 5.
[461] *Id.*
[462] *Id.*
[463] *Id.*
[464] *Id.*

Despite the adversities she faced growing up without her father, Ms. Finken excelled academically and was salutatorian in high school.[465] She was honored with the opportunity to give a speech to her class during graduation, but recalls crying when she came home from the ceremony because Lt. Col. Finken was not there to celebrate with her.[466] "What should have been a happy day was clouded by grief."[467]

Holidays, such as July 4th celebrations, were big in the Finken household and were always celebrated before Lt. Col. Finken was killed.[468] After he was gone, his siblings took turns visiting the family to celebrate. Ms. Finken's uncle, Dave, visited the family during Halloween to take them trick or treating and dressed as a UPS employee.[469] She recounted that one Christmas, they traveled to Earline, Iowa to spend time with her father's family when their vehicle caught fire.[470] Lt. Col. Finken took them to a gas station where they spent time together drinking hot chocolate.[471] Ms. Finken described how fun this day was and how spontaneous Lt. Col. Finken was.[472] He always made them feel loved.[473]

Ms. Finken fought depression over the years and attended therapy.[474] She described how she struggled with mental health issues that she "wouldn't have dealt with if [Lt. Col. Finken] were still here."[475] ██████████████████████████████████████████ ████████[476] According to Ms. Finken, this is linked to "the trauma of losing [her] father in a

---

[465] *Id.*, ¶ 6.
[466] *Id.*
[467] *Id.*
[468] *Id.*, ¶ 7.
[469] *Id.*
[470] *Id.*, ¶ 8.
[471] *Id.*
[472] *Id.*
[473] *Id.*
[474] *Id.*, ¶ 9.
[475] *Id.*
[476] *Id.*

violent way at such a young age."[477] She has "taken countless hours of therapy" and spent a lot of money throughout her life to get her to a better place mentally.[478] Ms. Finken stated: "I miss my dad tremendously. The attack that took his life has greatly impacted me."[479]

Plaintiffs have requested an upward deviation of twenty-five percent, or $1.25 million , from the base award of $5 million for a total award of $6.25 million for Caroline Finken's solatium claim because she was a minor at the time of Lt. Col. Finken's death.  Although Plaintiffs' request is not unreasonable, I would not recommend that the Court deviate upward simply because she was a minor when her father died.  But it appears that Caroline Finken suffered more than most children from the loss of her father.  ████████████████████████████████ ████████████████████████████ leads me to recommend that the Court award $6.25 million for Caroline Finken's solatium claim.

### d.  Julia Finken[480]

Julia Finken is the youngest daughter of Lt. Col. Finken, and was four years old when he died.[481] She described him as a great father and "wished that he was able to experience life" with her.[482] Lt. Col. Finken always took his daughters trick or treating, read them books, and took them to get ice cream.[483] During his Rest and Recuperation break from his second tour in Iraq, he camped out with his daughters and watched the stars with them.[484] Lt. Col. Finken even built lightsabers for the girls.[485]

---

[477] *Id.*
[478] *Id.*
[479] *Id.*
[480] Julia Finken's birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. AC, birth certificate; Ex. AD, Declaration of Julia Finken, dated January 24, 2024.
[481] Ex. AD, Declaration of Julia Finken, ¶¶ 1, 4.
[482] *Id.*, ¶ 5.
[483] *Id.*
[484] *Id.*
[485] *Id.*

Because she was so young when he died, Ms. Finken did not grasp the concept of her father's death until she was eight years old.[486] She remembered that it was Superbowl Sunday and she had trouble falling asleep because she was worried that no one would attend her soccer game because her dad was gone.[487] Ms. Finken was inconsolable and this kind of panic continued into adulthood.[488] She stated: "It took me many years to recognize that I was having anxiety attacks. I still fear that I will lose someone close to me."[489] Ms. Finken explained that her father was killed in a violent attack and so it is possible that death "can happen at any moment."[490]

Ms. Finken is appreciative for all that her mother has done for her and her sisters.[491] Now that she is older, she understands that her mother "never had a break."[492] Her mom had a full day of afterschool activities and still comforted her through the night during her panic attacks.[493] Ms. Finken described how her mother set her own feelings aside and showed her patience and grace.[494] Lt. Col. Finken is the youngest of ten siblings.[495] Ms. Finken also expressed gratitude for his siblings stepping up to attend recitals, graduations, and holidays after Lt. Col. Finken's death.[496] They made her feel as though she was still a part of the Finken family, and it has "meant so much" having them in her life.[497] During her girl scouts father-daughter dances, Ms. Finken was always escorted by a close family friend, Mr. Osbourne.[498] The Osbournes were close with the Finken

---

[486] *Id.*, ¶ 6.
[487] *Id.*
[488] *Id.*
[489] *Id.*
[490] *Id.*
[491] *Id.*, ¶ 7.
[492] *Id.*
[493] *Id.*
[494] *Id.*
[495] *Id.*, ¶ 8.
[496] *Id.*
[497] *Id.*
[498] *Id.*, ¶ 9.

family since they were stationed in Germany.[499] When the family moved to Virginia after Lt. Col. Finken's death, the Osbornes moved two streets over from them and were like a support system.[500]

According to Ms. Finken, Lt. Col. Finken collected several gifts for his daughters.[501] Their mother kept the gifts and would give one to each of the sisters during major milestones in their lives.[502] They would celebrate the occasion by their mother telling them a story about how Lt. Col. Finken got the gift.[503] Ms. Finken will graduate college in the Spring of 2024 and will receive the last remaining gift from her dad.[504] She described this as a "bittersweet" moment because she is excited to receive a gift from her father but is saddened that there are none left.[505] She stated that, "although my dad wasn't planning on not being here, his collection of gifts allows for his memory to stay with us."[506]

Ms. Finken described that she had a "midlife crisis at twenty years old" when she was in college because her parents met each other in college when they were twenty.[507] Lt. Col. Finken was forty years old when he died.[508] When she was younger, Ms. Finken believed that forty years seemed old. She is devastated to know that she will one day out live her father.[509]

Plaintiffs have requested an upward deviation of twenty-five percent, or $1.25 million , from the base award of $5 million for a total award of $6.25 million for Julie Finken's solatium claim because she was a minor at the time of Lt. Col. Finken's death. Although Plaintiffs' request

---

[499] *Id.*
[500] *Id.*
[501] *Id.*, ¶ 10.
[502] *Id.*
[503] *Id.*
[504] *Id.*
[505] *Id.*
[506] *Id.*
[507] *Id.*, ¶ 11.
[508] *Id.*
[509] *Id.*

is not unreasonable, I recommend, consistent with other recommendations I have made, that the Court award $5 million for Julie Finken's solatium claim.[510]

### e.   David Finken[511]

Lt. Col. Finken and his twin brother Pete were the youngest of ten children to Charles and Edna Finken.[512] David Finken is the older brother of Lt. Col. Finken and described the families upbringing in rural Earling, Iowa as one surrounded by people who cared for one another.[513] Mr. Finken recalled the great memories he shared with his siblings growing up in such a tightknit community.[514] Lt. Col. Finken and Mr. Finken "played baseball in the summer, worked mowing lawns, had paper routes, helped with gardening and canning, and worked with [their] father Charles who was an electrician by trade."[515] While the siblings spanned in age, they were very close.[516] Mr. Finken's favorite memory of his brother was hunting pheasants or their occasional fishing trips.[517]

According to Mr. Finken, the family had "strong military ties and tradition."[518] Their father served in World War II as a radio expert, brother Steve Finken was a marine pilot who served in Vietnam, brother Alan Finken was a gunner chief who served in Vietnam, and brother Mark Finken served in the Air Force.[519] Following the family tradition, Pete Finken and Lt. Col. Finken both joined the Army.[520] When Lt. Col. Finken graduated from West Point Academy with a Bachelor

---

[510] See notes 174, 186, and 198, supra.

[511] David Finken's birth certificate and declaration confirm that he is a U.S. citizen and was at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. AE, birth certificate; Ex. AF, Declaration of David Finken, dated September 11, 2023.

[512] Ex. AF, Declaration of David Finken, ¶ 6.

[513] *Id*., ¶ 5.

[514] *Id*.

[515] *Id*., ¶ 6.

[516] *Id*.

[517] *Id*.

[518] *Id*., ¶ 7.

[519] *Id*.

[520] *Id*., ¶ 8.

of Science degree in Engineering Management, Mr. Finken was "incredibly proud of his accomplishments."[521] Lt. Col. Finken worked hard while he was in the military and had a "decorated career."[522] "Even after being promoted to Lieutenant Colonel, [he] strived for excellence" and obtained a Master of Science degree in Operations Analysis.[523] He also "served in the TRADOC Analysis Center [ ] as a combat analyst and as an Executive Officer and Operations Officer in the 101st Airborne Division."[524]

Mr. Finken described how Lt. Col. Finken was a "dedicated husband and father."[525] Their parents "were married for fifty-eight years before [their] mother passed away in 2002."[526] He compared the relationship of his brother and Jackie Farrar-Finken to his parents.[527] According to Mr. Finken, "it was undeniable that they were meant to be life partners."[528]

When Lt. Col. Finken was deployed, "it was particularly difficult" for Mr. Finken and "generated a lot of anxiety" for him.[529] He "found solace in the fact that his deployment was nearing its end."[530] Tragically, on November 2, 2006, Mr. Finken received a call from his older brother Alan Finken who informed him that Lt. Col. Finken was killed in an attack.[531] Mr. Finken described that he "was in shock and disbelief because [his] brother was one week from his scheduled return home" and end of his tour.[532] It was also "devastating" for Mr. Finken to share this news with other family members.[533] Although he was hurt by Lt. Col. Finken's death, he tried

---

[521] *Id.*
[522] *Id.*, ¶ 10.
[523] *Id.*, ¶ 11.
[524] *Id.*
[525] *Id.*, ¶ 9.
[526] *Id.*
[527] *Id.*
[528] *Id.*
[529] *Id.*, ¶ 12.
[530] *Id.*
[531] *Id.*, ¶ 13.
[532] *Id.*
[533] *Id.*, ¶ 14.

to step up and help in any way he could.[534] He was especially concerned with Lt. Col. Finken's twin, Pete.[535]

Mr. Finken recounted that his brother was "buried on Veteran's Day on November 11, 2006, at the eleventh hour."[536] He was focused on comforting Lt. Col. Finken's wife Jacke Farrar-Finken and his daughters during the funeral.[537] Mr. Finken was "overcome" with both "appreciation and grief when [he] saw that people lined up fifteen miles from the funeral home in Haran, Iowa to Earling" to pay their respects to his brother.[538] He described Lt. Col. Finken as "an awesome guy" who was "loved by many."[539]

The Finken family had experienced loss before when their brother John Finken died at age eleven in a hunting accident.[540] The family experienced loss again when their mother died in 2002 and when their father died in 2004.[541] Even still, "[n]othing could have prepared [Mr. Finken] for also losing [his] brother Paul in such a violent and tragic manner."[542] Lt. Col. Finken is buried in Iowa next to his parents and brother John.[543] Mr. Finken visits the cemetery every year.[544] In the years following his brother's death, he would drive from Nebraska to Fort Campbell, Kentucky to spend time with his nieces and sister-in-law.[545] He described Lt. Col. Finken as "an incredible father" who "spent all his free time with his kids."[546] Each year, Lt. Col. Finken would carve pumpkins with his daughters for Halloween.[547] Mr. Finken stepped up and carved pumpkins with

---

[534] *Id.*
[535] *Id.*
[536] *Id.*, ¶ 15.
[537] *Id.*
[538] *Id.*
[539] *Id.*
[540] *Id.*, ¶ 17.
[541] *Id.*
[542] *Id.*
[543] *Id.*, ¶ 18.
[544] *Id.*
[545] *Id.*
[546] *Id.*, ¶ 16.
[547] *Id.*

his nieces, "just like Paul used to do."[548] It "saddens" him that his brother has missed so much and that his nieces had to grow up without their father.[549]

According to Mr. Finken, he has "gone through grief and anger" over the years due to the loss of his brother.[550] Their big family meets often to celebrate the holidays.[551] He recounted that Lt. Col. Finken has missed "so many weddings, funerals, graduations, and lake trips."[552] In the Summer of 2023, another Finken sibling, Mark Finken passed away. The family is now down to seven surviving siblings.[553] Mr. Finken "lean[s] on [his]faith" to try and move on but he misses Lt. Col. Finken "a great deal."[554] He stated: " The part of my grief that lingers is watching his girls go through life without him or watching his wife be a single parent. The pain and scars of that lasts a long time. Paul's job was not finished, and his life was cut too short."[555]

Plaintiffs have requested, and I recommend that, the Court award of $2.5 million for Lt. Col. Finken's brother's, David Finken's, solatium claim.

### f.  Joan Henscheid[556]

Lt. Col. Finken grew up in a family of ten siblings.[557] Joan Henscheid is five years older than her younger twin brothers, Paul and Peter Finken.[558] Because the three of them  were close in age, they grew up together and "spent many days by the pool or fishing with [their] father."[559] Ms.

---

[548] *Id.*, ¶ 18.
[549] *Id.*, ¶¶ 18-19.
[550] *Id.*
[551] *Id.*, ¶ 20.
[552] *Id.*
[553] *Id.*, ¶ 21.
[554] *Id.*
[555] *Id.*, ¶ 22.
[556] Joan Henscheid's birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. AG, birth certificate; Ex. AH, Declaration of Joan Henscheid, dated October 5, 2023.
[557] Ex. AH, Declaration of Joan Henscheid, ¶ 5.
[558] *Id.*, ¶ 5.
[559] *Id.*

Henscheid was protective over her younger brothers and watched over them occasionally growing up.[560] She described how daring they were and recalled that they always pulled pranks on her.[561]

Ms. Henscheid was proud of Paul when he decided to join the military. She recalled how hard he worked to get into the WestPoint Military Academy.[562] He accomplished all the goals he set out for himself.[563] Ms. Henscheid "watched [her] little brother grow into a man, husband, and father."[564] Lt. Col. Finken was family oriented and always planned activities for everyone to do together.[565]

According to Ms. Henscheid, she was fearful when her brother Lt. Col. Finken deployed to Iraq.[566] He was dedicated to serving his country, but she knew it was a "great sacrifice for him to be without his family."[567] Lt. Col. Finken would often "write letters to let everyone know that he was doing well and that they were loved."[568]

Ms. Henscheid recalled that on November 2, 2006, she received a call from her older brother Alan Finken at an unusual hour.[569] She was alone at home at the time when he told her that Lt. Col. Finken was killed in an attack.[570] Ms. Henscheid was in complete shock and was "devastated by his death."[571] He was "scheduled to return to his family soon and he didn't make it home."[572] Ms. Henscheid's birthday is on November 10th and she had to bury Lt. Col. Finken on November 11, 2006.[573] She stated: "I could not fathom a celebration when my little brother was

---

[560] *Id.*
[561] *Id.*
[562] *Id.*, ¶ 6.
[563] *Id.*
[564] *Id.*, ¶ 7.
[565] *Id.*
[566] *Id.*, ¶ 8.
[567] *Id.*
[568] *Id.*
[569] *Id.*, ¶ 9.
[570] *Id.*
[571] *Id.*
[572] *Id.*
[573] *Id.*, ¶ 10.

being laid to rest."[574] Ms. Henscheid described that she went through emotions of "disbelief, sorrow, and anger" over the years.[575] She questioned over and over: "How can this happen? Why did this happen? How is anyone supposed to move on?"[576] "The news about how [Lt. Col. Finken] died was so overwhelming that [she] would go numb at times."[577]

According to Ms. Henscheid, she "refused to speak with anyone outside of [her] family in the days after his death."[578] "It was easier to be in disbelief than to confront the horrible truth that [Lt. Col. Finken] was gone."[579] She described how heartbroken she is that her nieces and sister-in-law navigate life without her brother.[580] It brings her joy to see them even though it must be difficult for them to see their father's siblings because we remind them so much of him.[581] Ms. Henscheid stated: "When we embrace at family gatherings it is so meaningful and I cherish every moment."[582]

She described that "life is so precious, and [Lt. Col. Finken's] life was so important to many people."[583] It is difficult for Ms. Henscheid to understand "why his life was taken so carelessly and violently."[584] Ms. Henscheid stated: "Paul's death changed me forever. I often sit and wonder how many other families went through loss the way my family did. This thought devastates me and is consuming. The lack of regard for life is inexcusable."[585]

---

[574] *Id.*
[575] *Id.*, ¶ 11.
[576] *Id.*
[577] *Id.*
[578] *Id.*
[579] *Id.*
[580] *Id.*, ¶ 12.
[581] *Id.*, ¶ 13.
[582] *Id.*
[583] *Id.*
[584] *Id.*
[585] *Id.*, ¶ 14.

Plaintiffs have requested, and I recommend, that the Court award of $2.5 million for Lt. Col. Finken's sister's, Joan Henscheid's, solatium claim.

### 2. Claim Brought on Behalf of the Estate of Lt Col Finken

#### a. Economic Loss Claim

On behalf of Lt. Col. Finken's estate, Jackie Farrar-Finken[586] also seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay. See 28 U.S.C. § 1605A(c). To support the estate's claims for these economic losses, Plaintiffs submit an expert report prepared by Dr. Smith.

To project Lt. Col. Finken's future income stream if not for the November 2, 2006, attack, Dr. Smith incorporated testimonial evidence that Lt. Col. Finken would have pursued a military career, and overlaid that information against statistical data generated by the Bureau of Labor Statistics, the Department of Labor, military pay websites, and other relevant sources.[587] From these sources, Dr. Smith calculated the present value of Lt. Col. Finken's lost income and loss of the value of housekeeping and household management services, assuming that Lt. Col. Finken, who was 40 years old when he was killed, (1) would have been promoted to the O-6 rank of Colonel in January 2009; (2) would have earnings that were equal in either the military or civilian sectors; (3) had a life expectancy of 78.7 years; (4) would have remained employed through age 67; (4) would have employee benefits that grow at the same rate as wages that are discounted to present value at the same discount rate; and (5) would have contributed household service hours at 66.67 percent of the statistical average from 2006 through 2032.[588] Dr. Smith adjusted these

---

[586] See Ex. AI, Letters of Administration dated January 4, 2024, appointing Jackie Farrar-Finken personal representative over the estate of Paul Finken.

[587] See Ex. AK, Appraisal of Present Value of Economic Life of Paul Finken, dated June 4, 2024, prepared by Stan V. Smith, Ph. D., at 2-8; Ex. AJ, Economic Declaration of Jackie Farrar-Finken, dated February 20, 2024.

[588] See Id. at 2-10, 14.

income figures for consumption, and adjusted the Social Security benefit at a range from 4.84%

to 5.15% of total wages.[589]

Plaintiffs respectfully request, and I recommend, that the Court award of $6,148,549[590] for

loss of wages and benefits and $749,978[591] for household service loss for a total of $6,898527, in

economic damages as calculated by Dr. Smith for the estate of Lt. Col. Finken's economic loss

claim.

## CONCLUSION

Based on the foregoing analysis, I recommend that the Court make the following awards:[592]

| Cathy Andino | Solatium Claim | $5 million |
|---|---|---|
| Estate of Edwin A. Andino | Economic Loss Claim | $1,254,753 |
| David Cardinal | Solatium Claim | $6.25 million |
| Katrina Coe | Solatium Claim | $8 million |
| Keith Coe, Jr. | Solatium Claim | $5 million* |
| K.A.C. - minor | Solatium Claim | $5 million* |
| K.A.C. - minor | Solatium Claim | $5 million* |
| Rhonda Smith | Solatium Claim | $6.25 million |
| Matthew Coe | Solatium Claim | $3.125 million |
| Sabrina Incorvia | Solatium Claim | $2.5 million |
| Estate of Keith Coe | Economic Loss Claim | $4,233,105 |
| Jackie Farrar-Finken | Solatium Claim | $8 million |
| Emilie Finken | Solatium Claim | $5 million* |
| Caroline Finken | Solatium Claim | $6.25 million |
| Julia Finken | Solatium Claim | $5 million* |
| David Finken | Solatium Claim | $2.5 million |
| Joan Henscheid | Solatium Claim | $2.5 million |
| Estate of Paul Finken | Economic Loss Claim | $6,898,527 |

Dated: June 18, 2024                         Respectfully submitted,

                                             /s/ Stephen A. Saltzburg
                                             Special Master

---

[589] *Id*. at 8.
[590] *Id*. at 9.
[591] *Id*. at 14.
[592] For the Court's convenience, I put an * by the claims where I have recommended less than Plaintiffs' requested.