UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHIRLEY STEARNS, *et al.*,

    *Plaintiffs*,

v.

THE ISLAMIC REPUBLIC OF IRAN,

    *Defendant.*

Case No. 17-cv-131 (RCL)

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion issued today, it is hereby, **ORDERED** that final judgment is entered against defendant and in favor of the following plaintiffs: Matthew Adamson, Ricky Adamson, Kathy Adamson, Richard Adamson, Jeffrey Adamson, Justin Adamson, Christopher Adamson, James Shepard, John Sklaney, III, Joshua Starkey, Joshua Brooks, Joyce Brooks, Danny Brooks, Daniel Tyler Brooks, Matthew Benson, Melissa Benson, Brock Benson, Daniel P. Benson, Carol Benson, Daniel R. Benson, Rene Pool, Estate of Daniel Crabtree, Tabitha McCoy, Landen McCoy, Ryley McCoy.

It is further **ORDERED** that plaintiffs are awarded $35,500,000 in compensatory damages, $55,850,000 in solatium damages, and $2,161,226.14 in economic-loss damages, and $280,533,678.42 in punitive damages for a total award of $374,044,905.56.

It is further **ORDERED** that the damages are to be distributed as follows: Matthew Adamson shall be awarded $3.5 million in damages for his assault and battery and IIED claims; Ricky Adamson shall be awarded $2.5 million for loss of solatium; Kathy Adamson shall be awarded $2.5 million for loss of solatium; Richard Adamson shall be awarded $2.5 million for loss of solatium; Jeffrey Adamson shall be awarded $1.25 million for loss of solatium; Justin

1

Adamson shall be awarded $1.25 million for loss of solatium; Christopher Adamson shall be awarded $1.25 million for loss of solatium; James Shepard shall be awarded $1.5 million in damages for his assault and battery and IIED claims; John Sklaney, III shall be awarded $3.5 million in damages for his assault and battery and IIED claims; Joshua Starkey shall be awarded $2 million in damages for his assault and battery and IIED claims; Joshua Brooks shall be awarded $10 million in damages for his assault and battery and IIED claims; Joyce Brooks shall be awarded $2.5 million for loss of solatium; Danny Brooks shall be awarded $2.5 million for loss of solatium; Daniel Tyler Brooks shall be awarded $1.25 million for loss of solatium; Matthew Benson shall be awarded $15 million in damages for his assault and battery and IIED claims; Melissa Benson shall be awarded $4 million for loss of solatium; Brock Benson shall be awarded $2.5 million for loss of solatium; Daniel P. Benson shall be awarded $2.5 million for loss of solatium; Carol Benson shall be awarded $2.5 million for loss of solatium; Daniel R. Benson shall be awarded $1.25 million for loss of solatium; Rene Pool shall be awarded $6 million for loss of solatium; Estate of Daniel Crabtree, Tabitha McCoy shall be awarded $9.6 million for loss of solatium; Landen McCoy shall be awarded $5 million for loss of solatium; Ryley McCoy shall be awarded $5 million for loss of solatium.

| Plaintiff | Economic Loss Claim | Assault, Battery, and IIED Claim | Solatium | Punitive damages award |
|---|---|---|---|---|
| Matthew Adamson | | $3.5 million | | $10.5 million |
| Ricky Adamson | | | $2.5 million | $7.5 million |
| Kathy Adamson | | | $2.5 million | $7.5 million |
| Richard Adamson | | | $2.5 million | $7.5 million |
| Jeffrey Adamson | | | $1.25 million | $3.75 million |
| Justin Adamson | | | $1.25 million | $3.75 million |

2

| | | | | |
|---|---|---|---|---|
| Christopher Adamson | | | $1.25 million | $3.75 million |
| James Shepard | | $1.5 million | | $4.5 million |
| John Sklaney, III | | $3.5 million | | $10.5 million |
| Joshua Starkey | | $2 million | | $6 million |
| Joshua Brooks | | $10 million | | $30 million |
| Joyce Brooks | | | $2.5 million | $7.5 million |
| Danny Brooks | | | $2.5 million | $7.5 million |
| Daniel Tyler Brooks | | | $1.25 million | $3.75 million |
| Matthew Benson | | $15 million | | $45 million |
| Melissa Benson | | | $4 million | $12 million |
| Brock Benson | | | $2.5 million | $7.5 million |
| Daniel P. Benson | | | $2.5 million | $7.5 million |
| Carol Benson | | | $2.5 million | $7.5 million |
| Daniel R. Benson | | | $1.25 million | $3.75 million |
| Rene Pool | | | $6 million | $18 million |
| Estate of Daniel Crabtree | $ 2,161,570.74 | | | $6,483,678.42 |
| Tabitha McCoy | | | $9.6 million | $28.8 million |
| Landen McCoy | | | $5 million | $15 million |
| Ryley McCoy | | | $5 million | $15 million |
| **TOTAL** | **$ 2,161,570.74** | **$35,500,000** | **$55,850,000** | **$280,533,678.42** |

It is further **ORDERED** that defendants shall be liable for the entire amount.

It is further **ORDERED** plaintiffs shall, at their own expense and consistent with the requirements of 28 U.S.C. § 1608(e), send to defendants a copy of this Order and Judgment as well as the unsealed, redacted Memorandum Opinion. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**IT IS SO ORDERED.**

SIGNED this ___ day of April, 2025.

Royce C. Lamberth
United States District Judge