UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------------------------x

SHIRLEY STEARNS, *et al.*,                          :

                                                    :

        Plaintiffs,                         :      **Case No.: 17-cv-131 (RCL)**

                                                    :

-against-                                           :

                                                    :

ISLAMIC REPUBLIC OF IRAN,                           :

                                                    :

        Defendant.                          :

-----------------------------------------------------------------------x

### PLAINTIFFS' MOTION AND MEMORANDUM OF LAW IN SUPPORT OF AUTHORIZATION AND COORDINATION OF PAYMENT TO SPECIAL MASTER STEPHEN A. SALTZBURG

Plaintiffs, through undersigned counsel, respectfully move pursuant to 28 U.S.C. § 1605A(e) for entry of an Order authorizing, and directing coordination of, payment to Special Master Stephen A. Saltzburg in the amount of $18,000.00.

Plaintiffs brought this case under 28 U.S.C. § 1605A's terrorism exception to the Foreign Sovereign Immunities Act ("FSIA"), which authorizes courts to "appoint special masters to hear damage claims brought under this section." 28 U.S.C. § 1605A(e)(1). Those special masters shall be paid "from funds available for the program under section 1404C of the Victims of Crime Act of 1984." 28 U.S.C. § 1605A(e)(2). This provision ensures that special masters who have worked on cases brought under § 1605A will be compensated for their assistance. *See In re Islamic Republic of Iran Terrorism Litig.*, 659 F. Supp. 2d 31, 61 (D.D.C. 2009). The FSIA directs that payment for special masters shall be transferred "to the Administrator of the United States district court" in which the particular case is pending. 28 U.S.C. § 1605A(e)(2).

This Court issued an Order authorizing Stephen A. Saltzburg to serve as Special Master in this case on February 21, 2023, directing him to "take evidence and file a report and

recommendation regarding the compensatory damages claims of the 229 Plaintiffs implicated in the Court's recent liability decision, 2022 WL 4764905 (D.D.C. Oct. 3, 2022)." ECF No. 52 at 1. The Order provided that the Special Master shall be paid $1,200 per day for each day he works more than four hours and $600 for each day he works four hours or less, and authorized compensation for reasonable business expenses, *see id.* at 4. The Order directed the Special Master to provide Plaintiffs with vouchers after the entry of any damages award in this case itemizing, for each day of work, "the amount of time worked, the nature of work done, and the amount of any business or travel expenses incurred," and further directed Plaintiffs to "file a motion with the Court seeking the Court's order that the Clerk coordinate payment with the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice." *Id.*

The Special Master submitted his ninth Report and Recommendation ("R&R") for 25 Plaintiffs on January 15, 2025, ECF No. 146. The Court adopted the R&R and entered a Judgment and Order on April 29, 2025, ECF Nos. 152, 153. In accordance with this Court's February 21, 2023, Order, the Special Master provided Plaintiffs with the voucher attached as **Exhibit A**, attesting to the time he expended reviewing documents and preparing the R&R. The voucher contains a detailed record of the time the Special Master devoted to these tasks. No expenses were incurred. *See id.* The total due to Special Master Saltzburg, as documented by the vouchers, is $18,000.00.

WHEREFORE, Plaintiffs respectfully request that this Motion be granted and this Court enter the proposed Order authorizing payment of $18,000.00 and directing the Clerk of the Court to coordinate payment with the U.S. Department of Justice Office for Victims of Crime.

Dated: April 30, 2025

Respectfully submitted,

OSEN LLC

By:    /s/ Dina Gielchinsky
Dina Gielchinsky (DC Bar No. NJ011)
Gary M. Osen (DC Bar No. NJ009)
Ari Ungar (DC Bar No. NJ008)
Michael J. Radine (DC Bar No. NJ015)
Aaron Schlanger (DC Bar No. NJ007)
190 Moore Street, Suite 272
Hackensack, NJ 07601
Tel.: (201) 265-6400
Fax: (201) 265-0303

TURNER & ASSOCIATES, P.A.
C. Tab Turner
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
(501) 791-2277

*Attorneys for Plaintiffs*