UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------x
SHIRLEY STEARNS, *et al.*,

       Plaintiffs,                          **Case No.: 17-cv-131 (RCL)**

-against-

ISLAMIC REPUBLIC OF IRAN,

       Defendant.
------------------------------------------------------------------------x

## SPECIAL MASTER'S VOUCHER FOR TIME SPENT ON JANUARY 15, 2025, REPORT AND RECOMMENDATIONS

| Date | Task | Time Spent | Compensation |
|---|---|---|---|
| 12/28/24 | Review Plaintiffs' proposed findings of fact as well as exhibits relied on from *Karcher v. Islamic Republic of Iran* and other cases, including expert reports and trial transcripts | 5 hours | $1200 |
| 12/29/24 | Review Plaintiffs' proposed findings of fact as well as exhibits relied on from *Karcher v. Islamic Republic of Iran* and other cases, including expert reports and trial transcripts | 5 hours | $1200 |
| 12/30/24 | Review Plaintiffs' proposed findings of fact and accompanying documents relating to claims of Matthew Adamson and family member Ricky Adamson | 5 hours | $1200 |
| 12/31/24 | Review Plaintiffs' proposed findings of fact and accompanying documents relating to solatium claims of Matthew Adamson's family members: Kathy Adamson, Richard Adamson, Jeffrey Adamson, Justin Adamson, Christopher Adamson; review Plaintiffs' proposed findings of fact and accompanying documents relating to claims of James Shepard | 4.5 hours | $1200 |
| 1/1/25 | Review Plaintiffs' proposed findings of fact and accompanying documents relating to claims of John Sklaney, III, and Joshua Starkey | 4.5 hours | $1200 |
| 1/2/25 | Review Plaintiffs' proposed findings of fact and accompanying documents relating to claims of Joshua Brooks | 4.5 hours | $1200 |

| | | | |
|---|---|---|---|
| 1/3/25 | Review Plaintiffs' proposed findings of fact and accompanying documents relating to solatium claims of Joshua Brooks's family members: Danny Brooks, Joyce Brooks, Daniel Brooks | 2.25 hours | $600 |
| 1/4/25 | Review Plaintiffs' proposed findings of fact and accompanying documents relating to claims of Matthew Benson | 4.2 hours | $1200 |
| 1/5/25 | Review Plaintiffs' proposed findings of fact and accompanying documents relating to claims of Matthew Benson | 4.4 hours | $1200 |
| 1/6/25 | Review Plaintiffs' proposed findings of fact and accompanying documents relating to claims of Matthew Benson | 4.2 hours | $1200 |
| 1/7/25 | Review Plaintiffs' proposed findings of fact and accompanying documents relating to solatium claims of Matthew Benson's family members: Melissa Benson, Brock Benson, Carol Benson, Daniel Patrick Benson, Daniel Robert Benson | 4.2 hours | $1200 |
| 1/8/25 | Review Plaintiffs' proposed findings of fact and accompanying documents relating to solatium claim of SGT Miller's family member Rene Pool, and the economic loss claim of the estate of SFC Crabtree | 4.5 hours | $1200 |
| 1/11/25 | Review Plaintiffs' proposed findings of fact and accompanying documents relating to solatium claims of SGT McCoy's family members: Tabitha McCoy, Landen McCoy, Riley McCoy | 4.2 hours | $1200 |
| 1/12/25 | Draft Special Master's Report and Recommendations | 2.0 hours | $600 |
| 1/13/25 | Draft Special Master's Report and Recommendations, review draft | 4.5 hours | $1200 |
| 1/14/25 | Review draft, check citations, and format Special Master's Report and Recommendations; E-mail copy of draft to Plaintiffs' counsel | 1.75 hours | $600 |
| 1/15/25 | Review Plaintiffs' suggestions regarding draft Special Master Report and Recommendations; Finalize Report; File Special Master's Report and Recommendation together with Gielchinsky Declaration | 1.5 hours | $600 |
| | | **TOTAL:** | **$18,000.00** |