UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------------------------x
SHIRLEY STEARNS, *et al.*,                            :
                                                      :
        Plaintiffs,                              :    **Case No.: 17-cv-131 (RCL)**
                                                      :
-against-                                             :
                                                      :
ISLAMIC REPUBLIC OF IRAN,                             :
                                                      :
        Defendant.                               :
---------------------------------------------------------------------------x

## [PROPOSED] ORDER

      This matter comes before the Court on Plaintiffs' Motion and Memorandum of Law in Support of Authorization and Coordination of Payment to Special Master Stephen A. Saltzburg, seeking compensation for the Special Master's administration of damages proceedings and preparation of proposed findings and recommendations for Plaintiffs' compensatory damages.

      The terrorism exception to the Foreign Sovereign Immunities Act ("FSIA") authorizes courts to "appoint special masters to hear damage claims brought under this section," and provides that those special masters shall be paid "from funds available for the program under section 1404C of the Victims of Crime Act of 1984." 28 U.S.C. § 1605A(e)(1)-(2). This provision ensures that special masters who have worked on cases brought under § 1605A will be compensated for their assistance. *See In re Islamic Republic of Iran Terrorism Litig.*, 659 F. Supp. 2d 31, 61 (D.D.C. 2009). The FSIA directs that payment for special masters shall be transferred "to the Administrator of the United States district court" in which the particular case is pending. 28 U.S.C. § 1605A(e)(2).

      This Court issued an Order authorizing Stephen A. Saltzburg to serve as Special Master in this case on February 21, 2023, directing him to "take evidence and file a report and

recommendation regarding the compensatory damages claims of the 229 Plaintiffs implicated in the Court's recent liability decision, 2022 WL 4764905 (D.D.C. Oct. 3, 2022)." ECF No. 52 at 1. The Order provided that the Special Master shall be paid $1,200 per day for each day he works more than four hours and $600 for each day he works four hours or less, and authorized compensation for reasonable business expenses, *see id.* at 4. The Order directed the Special Master to provide Plaintiffs with vouchers after the entry of any damages award in this case itemizing, for each day of work, "the amount of time worked, the nature of work done, and the amount of any business or travel expenses incurred," and further directed Plaintiffs to "file a motion with the Court seeking the Court's order that the Clerk coordinate payment with the Office for Victims of Crime, Office of Justice Programs, U.S. Department of Justice." *Id.*

The Special Master submitted his ninth Report and Recommendation ("R&R") for 25 Plaintiffs on January 15, 2025, ECF No. 146. The Court adopted the R&R and entered a Judgment and Order on April 29, 2025, ECF Nos. 152, 153. In accordance with this Court's February 21, 2023, Order, the Special Master provided Plaintiffs with a voucher attesting to the time he expended reviewing documents and preparing the R&R. Plaintiffs have filed their Motion attaching the voucher seeking compensation for the Special Master in conformity with the Court's instructions.

Upon review, the Court determines that Special Master Saltzburg is entitled to compensation for work done in this case pursuant to the Court's Order appointing him, and is satisfied that the value of such compensation should be $18,000.00.

Accordingly, it is hereby

**ORDERED** that the Plaintiffs' Motion is **GRANTED**. It is further

**ORDERED** that Special Master Saltzburg shall be authorized payment of $18,000.00 in

fees from funds available under 1404C of the Victims of Crime Act of 1984, 34 U.S.C. § 20106. It is further

**ORDERED** that the Clerk of the Court shall promptly provide to the U.S. Department of Justice Office for Victims of Crime ("OVC") one copy of:

1. This Order;

2. Plaintiffs' Motion and Memorandum of Law in Support of Authorization and Coordination of Payment to Special Master Stephen A. Saltzburg and the attached voucher; and

3. The Order appointing Professor Saltzburg as Special Master, ECF No. 52. It is further

**ORDERED** that the Clerk of the Court shall coordinate any required follow-up with the OVC and that, upon receipt of such funds, the Clerk shall promptly disburse them to Professor Saltzburg at his provided address.

Dated: _____

                                                                             _____
                                                                             Royce C. Lamberth
                                                                             United States District Court Judge